IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL DEMANDED. |

### ENTRY OF APPEARANCE FOR PAUL EMERY, M.D.

TO:   CLERK OF THE UNITED STATES DISTRICT COURT,
      FOR THE DISTRICT OF DELAWARE:

PLEASE enter my appearance as attorney for Paul Emery, M.D., a defendant in the above-captioned civil action.

                                PRICKETT, JONES & ELLIOTT, P.A.

                                BY: MASON E. TURNER, JR., No. 661
                                1310 KING STREET
                                P.O. BOX 1328
                                WILMINGTON, DE  19899-1328
                                (302) 888-6508
                                ATTORNEY FOR DEFENDANTS
                                BAYHEALTH MEDICAL CENTER, INC.
                                DELMARVA EMERGENCY PHYSICIANS, LLP
                                 RONALD I. LEBMAN, M.D. AND PAUL EMERY, M.D.
                                E-Mail:  METurner@prickett.com

Dated: March 2, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY, | C.A. No. 04-1540. |
| | JURY TRIAL DEMANDED. |
| Plaintiffs, | |
| v. | |
| RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL, | |
| Defendants. | |

## CERTIFICATE OF SERVICE OF ENTRY OF APPEARANCE FOR PAUL EMERY, M.D.

I HEREBY CERTIFY, that on March 2nd, A.D. 2005, I electronically filed Entry of Appearance for Paul Emery, M.D., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on March 2nd, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, M.D., J.D.
THOMAS KLINE, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

PRICKETT, JONES & ELLIOTT, P.A.

*[signature]*
---
BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail: METurner@prickett.com

March 2, 2005.