IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL DEMANDED. |

## ANSWER TO AMENDED COMPLAINT OF PAUL EMERY, M.D.

1. Admitted upon information and belief.

2. These defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

3. These defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

4. These defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

5. These defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

6. Denied as written; admitted that defendant Lebman practiced emergency medicine at Kent General Hospital at the time referred to.

7. Admitted that this defendant was practicing emergency medicine at Kent General Hospital at the time alleged; agency and employment denied.

8. Denied as written; admitted that Delmarva is a Delaware limited partnership with which Lebman and Emery contracted to provide services at Kent General Hospital.

9. Admitted by Bayhealth operated Kent General Hospital and it employed personnel in the Emergency Department of said hospital; denied that Bayhealth employed Lebman and Emery.

10. Admitted.

11. Admitted.

12. Admitted.

13. Denied.

14. Admitted that Bayhealth employed certain staff working in the Emergency Department; otherwise denied.

15. Admitted that defendant Bayhealth employed certain of the staff working in the Emergency Department; denied that it employed defendants Lebman and Emery.

16. Denied that this paragraph accurately recites the holding of the <u>Vanaman</u> decision referred to.

17. Admitted.

18. Denied.

19. Jurisdiction denied; admitted that the events referred to occurred in the judicial District of Delaware; denied that this defendant is a resident of this judicial district.

20. Denied as written; admitted that decedent sought medical attention for complaints of chest pain and shortness of breath.

21. Denied as written; admitted that the patient reported no relief from nitroglycerin and became unresponsive as documented in the chart.

22. Admitted.

23. Admitted.

25. (Note[1]) Denied.

26. Denied.

27. Denied as written; admitted that defendant Lebman had the responsibilities of a reasonable emergency physician in his involvement with the patient.

28. Denied that the EKG was diagnostic of an acute myocardial infarction.

29. Admitted.

30. Admitted.

31. Admitted.

32. Denied. (Note[2])

32. Denied.

37. (Note[3]) Denied as to these defendants.

38. Denied as to these defendants.

## Count I

39. No response required.

---

[1] Note: The Complaint contains no paragraph numbered "24".
[2] Note: The Complaint contains two paragraphs numbered "32".
[3] Note: The Complaint contains no paragraphs numbered "33" – "36".

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Admitted.

47. Admitted.

48. – 49.   No such exhibit is attached.

## Count II

50. No response required.

51. Denied.

52. – 54.   Denied.

## Count III

55. No response required.

56. – 59.   Denied.

## Count IV

60. No response required.

61. Denied that this paragraph constitutes an accurate statement of the holding in the referred to <u>Vanaman</u> case.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

### Count V - Cause of Action – Survival Claim – 10 Del.C. §3704

67. No response required.

68. Denied.

69. Denied.

### Count VI - Cause of Action – Wrongful Death Claim – 10 Del.C. §3724

70. No response required.

71. Denied.

72. These defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

73. Admitted.

### First Affirmative Defense

74. The Complaint fails to state a claim upon which relief can be granted as to plaintiff Gladys Bailey individually.

### Second Affirmative Defense

75. Count I of the Complaint fails to state a claim upon which relief can be granted as to this defendant.

### Third Affirmative Defense

76. The Complaint fails to state a claim upon which relief can be granted as to this defendant.

### Fourth Affirmative Defense

77.     This Court lacks jurisdiction of the subject matter of this claim.

### Fifth Affirmative Defense

78.     This Court lacks jurisdiction of this claim as it pertains to defendants Delmarva, Lebman and Emery.

WHEREFORE, defendant Emery asks that this action be dismissed, as to him, with costs taxed to the plaintiffs.

PRICKETT, JONES & ELLIOTT, P.A.

BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail: METurner@prickett.com

Dated: March 2, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL DEMANDED. |

## CERTIFICATE OF SERVICE OF ANSWER TO AMENDED COMPLAINT OF PAUL EMERY, M.D.

I HEREBY CERTIFY, that on March 2nd, A.D. 2005, I electronically filed Answer to Amended Complaint of Paul Emery, M.D., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on March 2nd, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, M.D., J.D.
THOMAS KLINE, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

PRICKETT, JONES & ELLIOTT, P.A.

_____
BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail: METurner@prickett.com

March 2, 2005.