IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

**RENOTICE OF DEPOSITIONS**

TO:
STEPHEN B. POTTER, ESQ.  
POTTER, CARMINE & LEONARD, P.A.  
840 N. UNION ST.  
P.O. BOX 514  
WILMINGTON, DE 19899

LEON AUSSPRUNG, M.D., J.D.  
THOMAS KLINE, ESQ.  
KLINE & SPECTOR, P.C.  
1525 LOCUST ST., 19TH FLOOR,  
PHILADELPHIA, PA 19102

PLEASE TAKE NOTICE that the undersigned will take the oral depositions of the plaintiffs, Gladys Bailey, as the Administratrix of the Estate of Debbie Bailey, deceased, and Dominick Bailey, Demetria Bailey, Individually and as Guardian for Amber Bailey, a Minor, and Tia Bailey, on **Tuesday, April 5, 2005 at 10:00 a.m.**, at the offices of Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, DE 19899. This is a rescheduling from Friday, March 18, 2005.

                    PRICKETT, JONES & ELLIOTT, P.A.

                    */s/ Mason E. Turner, Jr.*
                    _____
                    BY: MASON E. TURNER, JR., No. 661
                    1310 KING STREET
                    P.O. BOX 1328
                    WILMINGTON, DE 19899-1328
                    (302) 888-6508
                    ATTORNEY FOR DEFENDANT
                    BAYHEALTH MEDICAL CENTER, INC.

Dated: March 2, 2005.

cc:    Ms. Nancy Bloom, Court Reporter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>　　　　　　　Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on March 2nd, A.D. 2005, I electronically filed Bayhealth Medical Center, Inc.'s Renotice of Depositions of Plaintiffs for April 5, 2005 at 10:00 a.m., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on March 2nd, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, M.D., J.D.
THOMAS KLINE, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA  19102

                PRICKETT, JONES & ELLIOTT, P.A.

                BY:  MASON E. TURNER, JR., No. 661
                1310 KING STREET
                P.O. BOX 1328
                WILMINGTON, DE  19899-1328
                (302) 888-6508
                ATTORNEY FOR DEFENDANTS
                BAYHEALTH MEDICAL CENTER, INC.
                DELMARVA EMERGENCY PHYSICIANS, LLP
                RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
                E-Mail:  METurner@prickett.com

March 2, 2005.