AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____   SC

GLADYS BAILEY, as Administratrix of the Estate
of DEBBIE BAILEY, deceased, et al

            V.

RONALD I. LEBMAN, et al

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1540 GMS

TO: (Name and address of Defendant)

Paul Emery
214 Channell Road
New Park, PA 17352

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen B. Potter, Esquire
840 North Union Street
PO Box 514
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                2/16/05
CLERK                                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE FEBRUARY 22, 2005 1655 HRS |
| NAME OF SERVER (PRINT) ROBERT E. MCCALEB, II | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: PAUL EMERY, 214 Channell Road, New Park, PA. 17352

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: PAUL EMERY

☐ Returned unexecuted: _____

☐ Other (specify): Description: age 57 sex M race W ht 5'11" wt 205 hair Gray eyes Blue, glasses yes

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 22, 2005       _/s/ Robert E. McCaleb_
                Date                      Signature of Server

533 South Baltimore St. Dillsburg, PA 17019
Address of Server

COMMONWEALTH OF PENNSYLVANIA   )
                               )  SS:
COUNTY OF: YORK                )

Sworn to and subscribed before me
this 22 nd day of February, 2005.

_/s/ Tanya M. Heckman_
Notary Public

> Notarial Seal
> Tanya M. Heckman, Notary Public
> Wormleysburg Boro, Cumberland County
> My Commission Expires Dec. 4, 2006
> Member, Pennsylvania Association of Notaries

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.