IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>　　　　　　　Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

### RENOTICE OF DEPOSITIONS II

TO:
STEPHEN B. POTTER, ESQ.　　　　　　　LEON AUSSPRUNG, M.D., J.D.
POTTER, CARMINE & LEONARD, P.A.　　THOMAS KLINE, ESQ.
840 N. UNION ST.　　　　　　　　　　　　KLINE & SPECTOR, P.C.
P.O. BOX 514　　　　　　　　　　　　　　1525 LOCUST ST., 19TH FLOOR,
WILMINGTON, DE 19899　　　　　　　　　PHILADELPHIA, PA  19102

　　PLEASE TAKE NOTICE that the undersigned will take the oral depositions of the plaintiffs, Gladys Bailey, as the Administratrix of the Estate of Debbie Bailey, deceased, and Dominick Bailey, Demetria Bailey, Individually and as Guardian for Amber Bailey, a Minor, and Tia Bailey, on **Wednesday, April 13, 2005 at 11:00 a.m.**, at the offices of Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, DE 19899. This is a rescheduling from Friday, March 18, 2005 and April 5, 2005 at plaintiffs' request.

                    PRICKETT, JONES & ELLIOTT, P.A.

                    */s/ Mason E. Turner, Jr.*
                    _____
                    BY: MASON E. TURNER, JR., No. 661
                    1310 KING STREET
                    P.O. BOX 1328
                    WILMINGTON, DE 19899-1328
                    (302) 888-6508
                    ATTORNEY FOR DEFENDANT
                    BAYHEALTH MEDICAL CENTER, INC.

Dated: March 23, 2005.

cc:    Ms. Nancy Bloom, Court Reporter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>              Plaintiffs,<br><br>              v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>              Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on March 23, A.D. 2005, I electronically filed Bayhealth Medical Center, Inc.'s Renotice of Depositions II of Plaintiffs for April 13, 2005 at 11:00 a.m., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on March 23, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, M.D., J.D.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA  19102

> PRICKETT, JONES & ELLIOTT, P.A.
>
> BY: MASON E. TURNER, JR., No. 661
> 1310 KING STREET
> P.O. BOX 1328
> WILMINGTON, DE  19899-1328
> (302) 888-6508
> ATTORNEY FOR DEFENDANTS
> BAYHEALTH MEDICAL CENTER, INC.
> DELMARVA EMERGENCY PHYSICIANS, LLP
> RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
> E-Mail:  METurner@prickett.com

March 23, 2005.