LAW OFFICES
## POTTER, CARMINE & AARONSON, P.A.

840 N. UNION STREET

STEPHEN B. POTTER
KENNETH F. CARMINE
JAMES R. LEONARD
JENNIFER-KATE AARONSON*

*ALSO ADMITTED IN NJ, PA

P.O. BOX 514
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-8940
TELECOPIER (302) 654-8377
E-MAIL: PCL@PCLLAW.COM

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702

TELEPHONE (302) 832-6000
TELECOPIER (302) 832-6008

April 13, 2005

Ms. Cynthia Tyer-Daly
United States District Court
District of Delaware
844 N King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:  Bailey, et al. v. Lebman, et al.
     Case No.: 1:04-cv-1540

Dear Cynthia:

Thank you for the telephone call advising me that I am excused from attending the Scheduling Conference on May 9, 2005 at 11:00 a.m. in regard to the above captioned case. H. Leon Aussprung, III, Esquire is going to be trying the case and will be present at the conference.

Respectfully,

STEPHEN B. POTTER

SBP/pmh

cc:  Mason Turner, Esquire
     H. Leon Aussprung, III