IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix :
of the Estate of DEBBIE BAILEY,    :   C.A. No. 04-1540-GMS
deceased, et al                    :
                                   :
    v                              :
                                   :
RONALD I. LEBMAN, M.D., et al      :

## JOINT STATUS REPORT

In preparation for this conference, counsel has conferred with respect to all agenda items listed below:

1. **Jurisdiction and Service** - Defendants contest Federal Subject Matter Jurisdiction. All parties have been properly served.

2. **Substance of Issues -**

Plaintiffs - The Defendants were jointly and severally negligent in, among other things, failing to timely and properly evaluate, monitor and treat Plaintiff's medical condition and also failing to perform an appropriate screening examination and /or stabilize decedent's emergency medical condition in violation of the EMTALA statutes, all of which ultimately caused Plaintiff to suffer severe injuries and die.

Defendants - Dispute negligence, causation and damages.

3. **Identification of Issues** - Defendants dispute negligence, causation and damages.

4. **Narrowing of Issues** - No issues have been narrowed by agreement or by motions.

5. **Relief** - Plaintiffs seek a jury trial.

6. **Amendment of Pleadings** - None

7. **Joinder of Parties** - None

8. **Discovery** - All Plaintiffs have been produced and deposed. Plaintiffs are attempting to schedule the depositions of the Defendant doctors and multiple employees of the defendant hospital in addition to other fact and liability witnesses.

9. **Estimated trial length** - Plaintiff's Estimate: 14 days

    Defendants' Estimate: 4-5 days

10. **Jury Trial** - Yes

11. **Settlement** - Pursuant to 6 Del. §2301(d), Plaintiffs have made a demand of $1 million that will remain open for thirty-one (31) days. This demand is made only in the context of a rapid and early settlement of this case. Should this demand not be accepted, Plaintiffs' future demand will be a significant multiple of this number.

    Defendants have made no offer.

12. Counsel for Plaintiffs and for Defense have conferred about each of the above matters.

POTTER, CARMINE, LEONARD & AARONSON, P.A.

BY: S/ Stephen Potter /JVN
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs

and

KLINE & SPECTER, P.C.

BY: _____
LEON AUSSPRUNG, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19102
(215)-772-1000
Pro Hac Attorney for Plaintiffs-


**PRICKETT, JONES & ELLIOTT, PA.**

BY:_____
MASON TURNER, ESQUIRE
1310 King Street
Wilmington, Delaware 19899
(302)-888-6508
Attorney for Defendants