IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al<br><br>v<br><br>RONALD I. LEBMAN, M.D., et al | C.A. No. 04-1540-GMS |

### NOTICE OF DEPOSITION FOR DEBBIE EBERLY, R.N.

TO:   Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Debbie Eberly, R.N. on Friday June 24, 2005 at 11:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with her any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

KLINE & SPECTER, P.C.

By: *Joshua Van Naarden*
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiffs
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19103
(215) 772-1000

**DATED:** June 17, 2005