IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | C.A. No. 04-1540-GMS |
| v | |
| RONALD I. LEBMAN, M.D., et al | |

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 17th day of June, 2005, a correct copy of Plaintiffs' Notice of Deposition for Debbie Eberly, R.N. was served upon the counsel listed below via ~~facsimile and U.S. Mail~~ the CM/ECF filing system:

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

Stephen B. Potter, Esquire
Potter, Carmine, Leonard, & Aaronson, P.A.
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899

KLINE & SPECTER
*A Professional Corporation*

BY: *Joshua Van Naarden*
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiff
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19102
(215) 772-1000

**Dated:**   June 17, 2005