IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al., | : : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 04-1540-GMS |
| RONALD I. LEBMAN, M.D., et al., | : : |
| Defendants. | : |

## ORDER

At Wilmington this **24th** day of **June, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 9, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' negotiations. **Mason E. Turner, Jr., Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE