IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

GLADYS BAILEY, as the Administratrix :
of the Estate of DEBBIE BAILEY,          :   C.A. No. 04-1540-GMS
deceased, et al                          :
                                         :
    v                                    :
                                         :
RONALD I. LEBMAN, M.D., et al            :

---

### NOTICE OF DEPOSITION FOR DR. RONALD LEBMAN

TO:  Mason Turner, Esquire
     Prickett, Jones & Elliott, P.A.
     1310 King Street
     Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Dr. Ronald Lebman, on August 17, 2005 at 11:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with him any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY:_____
    STEPHEN POTTER, ESQUIRE
    840 North Union Street
    Post Office Box 514
    Wilmington, Delaware 19899
    (302) 658-8940
    Attorney for Plaintiffs
        and

**KLINE & SPECTER, P.C.**

By: S/Joshua Van Naarden, Esquire
    JOSHUA VAN NAARDEN, ESQUIRE
    LEON AUSSPRUNG, ESQUIRE
    Attorneys for Plaintiffs
    Nineteenth Floor
    1525 Locust Street
    Philadelphia, Pennsylvania 19103
    (215) 772-1000

**DATED:** July 11, 2005