## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix :
of the Estate of DEBBIE BAILEY, : C.A. No. 04-1540-GMS
deceased, et al :
:
:
v :
:
:
RONALD I. LEBMAN, M.D., et al :

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 11th day of July, 2005, a correct

copy of Plaintiffs' Notice of Deposition for Dr. Lebman was served upon the counsel listed

below via facsimile, U.S. Mail and ECF.

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

Stephen B. Potter, Esquire
Potter, Carmine, Leonard, & Aaronson, P.A.
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899

POTTER, CARMINE, LEONARD & AARONSON, P.A.

BY *Stephen B. Potter*

STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
and

**KLINE & SPECTER**
*A Professional Corporation*

BY:   S/Joshua Van Naarden, Esquire
       JOSHUA VAN NAARDEN, ESQUIRE
       LEON AUSSPRUNG, ESQUIRE
       Attorneys for Plaintiff
       Nineteenth Floor
       1525 Locust Street
       Philadelphia, Pennsylvania 19102
       (215) 772-1000

**Dated:**      July 11, 2005