IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : | C.A. No. 04-1540-GMS |
| v | : : |
| RONALD I. LEBMAN, M.D., et al | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Stephen B. Potter, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Thomas R. Kline, Esquire, Kline & Specter, P.C. ,1525 Locust Street, Philadelphia, PA 19102 to represent Gladys Bailey, Administratrix of the Estate of Debbie Bailey, deceased, et al in this action. The Admitted are admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

_____
STEPHEN B. POTTER, Esquire
Potter, Carmine, Leonard & Aaronson
840 North Union Street
PO Box 514
Wilmington, DE 19899
(302) 658-8940

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
THOMAS R. KLINE, ESQUIRE
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia PA 19102
215-772-1000

MOTION GRANTED.

Dated: _____

BY THE COURT:

_____
United States District Court Judge