IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix :
of the Estate of DEBBIE BAILEY, : C.A. No. 04-1540-GMS
deceased, et al :
    v :
RONALD I. LEBMAN, M.D., et al :

## CERTIFICATE OF SERVICE

I, THOMAS R. KLINE, ESQUIRE, hereby certify that on the ___ day of July, 2005, a correct copy of my Motion for Pro Hac Vice was served upon the counsel listed below via facsimile, U.S. Mail and ECF.

    Mason Turner, Esquire
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    Wilmington, Delaware 19899

                  POTTER, CARMINE, LEONARD & AARONSON, P.A.
                  BY: _Stephen B. Potter_
                        STEPHEN POTTER, ESQUIRE
                        840 North Union Street
                        Post Office Box 514
                        Wilmington, Delaware 19899
                        (302) 658-8940
                        Attorney for Plaintiffs
                            and

                  KLINE & SPECTER
                  *A Professional Corporation*

                  BY: _____
                        THOMAS R. KLINE, ESQUIRE
                        JOSHUA VAN NAARDEN, ESQUIRE
                        LEON AUSSPRUNG, ESQUIRE
                        Attorneys for Plaintiff
                        Nineteenth Floor
                        1525 Locust Street
                        Philadelphia, Pennsylvania 19102
                        (215) 772-1000

**Dated:** July 19, 2005