IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : | C.A. No. 04-1540-GMS |
| v | : : | |
| RONALD I. LEBMAN, M.D., et al | : | |

## NOTICE OF DEPOSITION FOR DR. PAUL EMERY

TO:   Mason Turner, Esquire
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Dr. Paul Emery, on August 2, 2005 at 1:00 p.m. at Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, Delaware 19899.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with him any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

POTTER, CARMINE, LEONARD & AARONSON, P.A.

BY: *Stephen B. Potter*
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
and

                                      **KLINE & SPECTER, P.C.**

                          By: S/Joshua Van Naarden, Esquire
                              JOSHUA VAN NAARDEN, ESQUIRE
                              LEON AUSSPRUNG, ESQUIRE
                              Attorneys for Plaintiffs
                              Nineteenth Floor
                              1525 Locust Street
**DATED:** July 29, 2005            Philadelphia, Pennsylvania 19103
                              (215) 772-1000