IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : <br> : C.A. No. 04-1540-GMS <br> : <br> : |
| v | : <br> : |
| RONALD I. LEBMAN, M.D., et al | : |

### NOTICE OF DEPOSITION FOR DEBBIE EBERLY, R.N.

TO:  Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Debbie Eberly, R.N. on August 18, 2005 at 11:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with her any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

POTTER, CARMINE, LEONARD & AARONSON, P.A.

BY: /s/ Stephen B. Potter
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
and

                                    **KLINE & SPECTER, P.C.**

By: *[signature: J. Van Naarden]*
      JOSHUA VAN NAARDEN, ESQUIRE
      LEON AUSSPRUNG, ESQUIRE
      Attorneys for Plaintiffs
      Nineteenth Floor
      1525 Locust Street
      Philadelphia, Pennsylvania 19103
      (215) 772-1000

**DATED:** July 28, 2005