IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : C.A. No. 04-1540-GMS : : |
| v | : : |
| RONALD I. LEBMAN, M.D., et al | : |

### NOTICE OF DEPOSITION FOR TRACEY SZEWZYK, R.N.

TO:  Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Tracey Szewzyk, R.N. on October 4, 2005 at 10:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with her any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

POTTER, CARMINE, LEONARD & AARONSON, P.A.

BY: /s/ Stephen B. Potter
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
and

                                      **KLINE & SPECTER, P.C.**

                            By: S/Joshua Van Naarden, Esquire
                                  JOSHUA VAN NAARDEN, ESQUIRE
                                  LEON AUSSPRUNG, ESQUIRE
                                  Attorneys for Plaintiffs
                                  Nineteenth Floor
                                  1525 Locust Street
                                  Philadelphia, Pennsylvania 19103
**DATED:**   July 29, 2005             (215) 772-1000