IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al<br><br>v<br><br>RONALD I. LEBMAN, M.D., et al | C.A. No. 04-1540-GMS |

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 29th day of July, 2005, a correct copy of Plaintiffs' Notice of Deposition for Tracey Szewzyk, R. N. was served upon the counsel listed below via facsimile and U.S. Mail.

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

          KLINE & SPECTER
          *A Professional Corporation*

BY: _____
          JOSHUA VAN NAARDEN, ESQUIRE
          LEON AUSSPRUNG, ESQUIRE
          Attorneys for Plaintiff
          Nineteenth Floor
          1525 Locust Street
          Philadelphia, Pennsylvania 19102
          (215) 772-1000

**Dated:** July 29, 2005

KLINE & SPECTER, P.C.

By: *[signature]*
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiffs
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19103
(215) 772-1000

**DATED:** July 28, 2005

Case 1:04-cv-01540-GMS   Document 54-2   Filed 08/01/2005   Page 2 of 2