IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : <br> : C.A. No. 04-1540-GMS <br> : <br> : |
| v | : <br> : |
| RONALD I. LEBMAN, M.D., et al | : |

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 29th day of July, 2005, a correct copy of Plaintiffs' Notice of Deposition for Debbie Eberly, R.N. was served upon the counsel listed below via facsimile and U.S. Mail.

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

KLINE & SPECTER
A Professional Corporation

BY: _____/s/ Van Naarden_____
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiff
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19102
(215) 772-1000

**Dated:**   June 17, 2005