IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix
of the Estate of DEBBIE BAILEY,
deceased, et al

    v

RONALD I. LEBMAN, M.D., et al

C.A. No. 04-1540-GMS

## REVISED NOTICE OF DEPOSITION FOR LOUISE MCLAIN, R.N.

TO:    Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Louise McClain R.N. on Friday August 18, 2005 at 10:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with her any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

POTTER, CARMINE, LEONARD & AARONSON, P.A.

BY: *Stephen B. Potter*
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
       and

                                  **KLINE & SPECTER, P.C.**

By:  S/Joshua Van Naarden, Esquire
     JOSHUA VAN NAARDEN, ESQUIRE
     LEON AUSSPRUNG, ESQUIRE
     Attorneys for Plaintiffs
     Nineteenth Floor
     1525 Locust Street
     Philadelphia, Pennsylvania 19103
     (215) 772-1000

**DATED:**   August 3, 2005