IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix : 
of the Estate of DEBBIE BAILEY, : C.A. No. 04-1540-GMS
deceased, et al :
:
v :
:
RONALD I. LEBMAN, M.D., et al :

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 3rd day of August, 2005, a correct copy of Plaintiffs' Revised Notice of Deposition for Louise McLain, R.N. was served upon the counsel listed below via facsimile and U.S. Mail.

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

KLINE & SPECTER
*A Professional Corporation*

BY: S/Joshua Van Naarden, Esquire
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiff
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19102
(215) 772-1000

**Dated:** August 3, 2005