IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## NOTICE OF MOTION

TO:  STEPHEN B. POTTER, ESQ.          LEON AUSSPRUNG, ESQ.
     POTTER, CARMINE & LEONARD,       THOMAS KLINE, ESQ.
     P.A.                              JOSHUA VAN NAARDEN, ESQ.
     840 N. UNION ST.                  KLINE & SPECTOR, P.C.
     P.O. BOX 514                      1525 LOCUST ST., 19TH FLOOR,
     WILMINGTON, DE 19899              PHILADELPHIA, PA  19102

PLEASE TAKE NOTICE that the within Motion to Compel Discovery will be presented to the Hon. Gregory M. Sleet at a time convenient to the Court.

PRICKETT, JONES & ELLIOTT, P.A.

BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail: METurner@prickett.com

Dated: August 31, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>        Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>        Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## DEFENDANTS' MOTION TO COMPEL DISCOVERY

PURSUANT TO RULE 37(a), defendants move this Court to compel plaintiffs to comply with outstanding discovery. In support of this motion, defendants represent, as follows:

1.   This medical malpractice action premised on alleged wrongful death was initiated in December, 2004.

2.   On January 26, 2005, defendants filed discovery directed to plaintiffs consisting of Interrogatories and a Request for Production of Documents, the responses to which were due on or about February 25, 2005.

3.   On March 10, 2005, plaintiffs filed partial, unexecuted responses to this discovery, which are attached as Exhibit A. Beyond being unexecuted, the answers are deficient in that they provide no information concerning any alleged special damages, provide no information concerning the decedent's earnings, do not provide the decedent's requested income tax returns, do not provide requested medical records, and provide no information concerning the decedent's personal expenditure and savings.

4. On May 18, 2005, this Court entered a Scheduling Order establishing a discovery cut-off date of February 17, 2006, together with other deadlines.

5. On April 14, 2005, counsel for defendants again requested the decedent's tax returns, a response to the discovery concerning any economic claim and also requested specific medical records dealing with the damages of plaintiff Demetria Bailey and provided an authorization for the release of those records. (Letter attached as Exhibit B).

6. On May 24, 2005, counsel for defendants again requested information concerning the economic claim and the tax returns and provided an authorization which would permit their release by the Delaware Division of Revenue, which normally produces such returns within seven to 14 days. The requested medical records were requested again. (Letter attached as Exhibit C).

7. On June 8, 2005, counsel for defendants wrote plaintiffs again concerning the deficient discovery, requesting a response, the alternative to which would be a Motion to Compel Discovery. (Letter attached as Exhibit D).

8. Plaintiffs did not respond and on July 7, 2005, yet another request was sent (attached as Exhibit E). This finally produced a response (attached as Exhibit F) claiming that for the first time the tax records had been requested from the appropriate authorities on June 6, 2005.

9. In addition to the multiple written requests for the discovery, defense counsel has verbally addressed this issue on many occasions with plaintiffs' counsel with varying responses. However, the net result of these efforts, more than five months after full discovery responses were due, is the following:

(a) No proper, verified discovery responses have ever been filed;

  (b) Decedent's tax returns and the nature and extent of any economic claim have never been produced/identified;

  (c) Requested medical records have never been produced;

  (d) Relevant information concerning the decedent's earnings, savings and consumption have never been produced.

  10. Because of the nature of this motion, defendants represent that briefing in connection with it is unnecessary.

  WHEREFORE, defendants ask this Court to enter an Order compelling plaintiffs to comply with the outstanding discovery by a date certain.

         PRICKETT, JONES & ELLIOTT, P.A.

         */s/ Mason E. Turner, Jr.*
         BY: MASON E. TURNER, JR., No. 661
         1310 KING STREET
         P.O. BOX 1328
         WILMINGTON, DE 19899-1328
         (302) 888-6508
         ATTORNEY FOR DEFENDANTS
         BAYHEALTH MEDICAL CENTER, INC.
         DELMARVA EMERGENCY PHYSICIANS, LLP
         RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
         E-Mail: METurner@prickett.com

Dated: August 31, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>        Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>        Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

### CERTIFICATE OF SERVICE FOR DEFENDANTS' NOTICE OF MOTION, MOTION TO COMPEL DISCOVERY, CERTIFICATE OF COUNSEL, PROPOSED ORDER AND COMPENDIUM OF EXHIBITS

I HEREBY CERTIFY, that on August 31, A.D. 2005, I electronically filed Defendants Notice of Motion, Motion to Compel Discovery, Certificate of Counsel, Proposed Order and Compendium of Exhibits, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on August 31, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, ESQ.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA  19102

                              PRICKETT, JONES & ELLIOTT, P.A.

                              BY:  MASON E. TURNER, JR., No. 661
                              1310 KING STREET
                              P.O. BOX 1328
                              WILMINGTON, DE  19899-1328
                              (302) 888-6508
                              ATTORNEY FOR DEFENDANTS
                              BAYHEALTH MEDICAL CENTER, INC.
                              DELMARVA EMERGENCY PHYSICIANS, LLP
                              RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
                              E-Mail:  METurner@prickett.com

August 31, 2005.