IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>                 Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>                 Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## ORDER

AND NOW, to-wit: This _____ day of _____, 2005, defendants' Motion to Compel Discovery having been presented to and considered by the Court and it appearing that plaintiffs are in default of proper, outstanding discovery;

IT IS ORDERED: That plaintiffs shall file full and complete responses to defendants' outstanding discovery no later than _____, 2005.

                                                                                  _____
                                                                                   GREGORY M. SLEET, J.