IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>              Plaintiffs,<br>   v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>              Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## **PARTIAL STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that all claims against defendant Paul Emery, M.D. be, and hereby are, dismissed, with prejudice. This stipulation does not affect plaintiffs' claims against the remaining defendants, which are ongoing.

POTTER CARMINE & AARONSON, P.A.

_/s/ Stephen B. Potter_
BY: STEPHEN B. POTTER
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899
ATTORNEYS FOR PLAINTIFFS

                     PRICKETT, JONES & ELLIOTT, P.A.

                     _/s/ Mason E. Turner, Jr._

BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail: METurner@prickett.com

SO ORDERED:

_____
GREGORY M. SLEET, J.