**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6508
Writer's Telecopy Number: (302) 888-6549
Writer's E-Mail Address: METurner@prickett.com

August 31, 2005

*Via CM/ECF*

The Hon. Gregory M. Sleet
United States District Court Judge
844 King Street
Lock Box 19
Wilmington, DE 19801

      In re:    *Debbie Bailey v. Bayhealth Medical Center, Inc., et.al.*
                *C. A. No. 04-1540-GMS*

Dear Judge Sleet:

      The parties have agreed to the dismissal of defendant Paul Emery, M.D. in the above captioned matter and I enclose a Stipulation and Order that has already been signed by counsel to this effect.

      If this meets with your Honor's approval, I would appreciate it if you would execute the Order portion.

      If for any reason the Court needs to confer with counsel about this matter, we are available at the Court's convenience.

                                      Respectfully,

                                      MASON E. TURNER, JR.

METjr/lsc

  cc:   Stephen B. Potter, Esq.
          Leon Aussprung, Esq.