## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix      :
of the Estate of DEBBIE BAILEY, deceased,    :
and DOMINICK BAILEY, DEMETRIA BAILEY,   :   C.A. No.04-1540
Individually and as guardian for AMBER      :
BAILEY, a minor, and TIA BAILEY            :
                                         :
                     Plaintiffs     :   **TRIAL BY JURY**
                                         :   **DEMANDED**
    v.                                     :
                                         :
RONALD I. LEBMAN, M.D.             :
          and                   :
PAUL EMERY, M.D.                 :
c/o KENT GENERAL HOSPITAL       :
         and                   :
DELMARVA EMERGENCY PHYSICIANS, LLP   :
c/o THE CORPORATION TRUST COMPANY    :
         and                   :
BAYHEALTH MEDICAL CENTER, INC.      :
d/b/a KENT GENERAL HOSPITAL

---

### PLAINTIFFS' ANSWERS TO DEFENDANT BAYHEALTH MEDICAL CENTER, INC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS

1 .     All documents referred to, or identified in, plaintiffs' answers to interrogatories.

     **ANSWER(S) See attached medical records, autopsy report and death certificate.**

2.     Copies of all bills and receipts evidencing payment of bills for which plaintiffs seek compensation in this lawsuit.

     **ANSWER(S)  None as of this date. Plaintiff will supplement.**

3.     Copies of all doctors' reports, hospital reports and any other records reflecting health care services received by the decedent, Debbie Bailey, from January 1, 1995 through the time of her death.

     **ANSWER(S)  See attached medical records**

4.    Copies of all health care records reflecting any health care services received by any named plaintiff subsequent to the death of the decedent as a result of her death.

**ANSWER(S)  See attached medical records**

5.    If-you claim any loss of income, loss of earning capacity or loss of future income as a result of the death of the decedent, please produce her federal and state income tax returns for the years 1998 through 2002.

**ANSWER(S) Plaintiff is claiming past and future loss of earnings. Plaintiff will supplement this request.**

6.    Copies of all photographs, diagrams, radiology films and any other pictorial representation of any matter in issue in this lawsuit.

**ANSWER(S) None as of this date.**

7.    Copies of all documents filed with the Register of Wills in connection with the probate of the estate of the decedent, including the inventory and any accountings.

**ANSWER(S) Plaintiff will supplement upon receipt.**

8.    Copies of all documents and materials submitted to any person to review as a potential expert witness in connection with the claims asserted in this lawsuit.

**ANSWER(S): Expert witnesses are undetermined at this time. Plaintiff will identify expert witnesses in accordance with Pa. R.C.P. once determined.**

**KLINE & SPECTER, P.C.**

BY: _____
JOSHUA VAN NAARDEN
Attorney for Plaintiffs