IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as guardian for AMBER BAILEY, a minor, and TIA BAILEY : : : : : : | C.A. No. 04-1540 |
| Plaintiffs : : | **TRIAL BY JURY DEMANDED** |
| v. : : | |
| RONALD I. LEBMAN, M.D. : and : PAUL EMERY, M.D. : c/o KENT GENERAL HOSPITAL : and : DELMARVA EMERGENCY PHYSICIANS, LLP : c/o THE CORPORATION TRUST COMPANY : and : BAYHEALTH MEDICAL CENTER, INC. : d/b/a KENT GENERAL HOSPITAL | |

## VERIFICATION

I, Gladys Bailey, as the Administratrix of the Estate of Debbie Bailey, deceased, Dominick Bailey, Demetria Bailey, Individually and as guardian for Amber Bailey, a minor, and Tia Bailey, hereby verify that Plaintiffs Answers to Defendants Interrogatories and Request for Production of Documents are true and correct to the best of my knowledge, information and belief. I understand that this verification is subject to the penalties relating to unsworn falsification to authorities.

*/s/ Gladys Bailey*
GLADYS BAILEY