**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

JOSHUA R. VAN NAARDEN

215-772-1000
FAX: 215-772-1359

April 27, 2005

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

RE: Debbie Bailey

Dear Mr. Turner:

    This letter is in response to your letter dated April 14, 2005. We do not currently have possession of any of Debbie Bailey's tax returns. If you provide an IRS authorization, I will forward it to Gladys Bailey for her signature. After consulting with the Bailey family, it is clear that they do not know the whereabouts of William Hicks.

    To date, we have been fully compliant in setting up the Depositions of the Plaintiffs and answering Defendants Interrogatories. Despite our efforts to cooperate, we still have not received any answers to our discovery requests or dates certain for the Depositions of Dr. Emery or Dr. Lehman.

    If we do not receive the discovery answers and the dates for the Defendants' Depositions within twenty (20) days, we will have no choice but to file the appropriate Motion.

Very truly yours,

JOSHUA VAN NAARDEN

JVN/ckp
cc: Stephen B. Potter, Esquire