**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

JOSHUA R. VAN NAARDEN

215-772-1000
FAX: 215-772-1359

June 9, 2005

Via Fax No.308-658-8111
Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

RE: Debbie Bailey

Dear Mr. Turner:

I am in receipt of your fax dated June 8, 2005. In reference to your discovery requests, as soon as I am in receipt of the authorizations that were sent out to the Baileys, I will forward the same to you so that you can obtain the medical records for Demetria and the tax returns for Debbie Bailey.

In your letter, you also indicated frustration in setting up the depositions in this case. Presently I have in my possession eight (8) letters requesting depositions of the Defendants and the nurses. I have repeatedly asked for dates from your office and I have supplied you with available dates. Your responses range from offering a Saturday deposition to supplying us with a date for a deposition with only one or two weeks notice.

I understand that scheduling these depositions has been frustrating and difficult on both sides. However, I am still optimistic that our offices will be able to schedule these depositions within the deadlines prescribed by the Court.

If you have any questions, please contact me.

Very truly yours,

JOSHUA VAN NAARDEN

JVN/ckp
cc: Stephen B. Potter, Esquire