**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

JOSHUA R. VAN NAARDEN

215-772-1000
FAX: 215-772-1359

July 6, 2005

Internal Revenue Service
Philadelphia PA 19255-0002

RE: Debbie Bailey
   Soc. No. 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
   Form 4506

Dear Sir/Madam:

   Please be advised that we represent Gladys Bailey for the Estate of Debbie Bailey, deceased. We respectfully request a copy of Debbie Bailey's tax returns for the years 2000 through 2003. I am enclosing a check in the amount of $156.00 to cover the cost of reproducing these returns.

   If you have any questions, please do not hesitate to call me at 215-772-1436.

   Thank you.

                                        Very truly yours,

                                        JOSHUA VAN NAARDEN

JVN/ckp
Encls.

Form **4506**
(Rev. January 2004)
Department of the Treasury
Internal Revenue Service

**Request for Copy of Tax Return**

► Do not sign this form unless all applicable parts have been completed.
  Read the instructions on page 2.
► Request may be rejected if the form is incomplete, illegible, or any required part was blank at the time of signature.

OMB No. 1545-0429

TIP: You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See new Form 4506-T, Request for Transcript of Tax Return, to order a transcript or you can call 1-800-829-1040 to order a transcript.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
Debbie Bailey

**1b** First social security number on tax return or employer identification number (see instructions)
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

**2a** If a joint return, enter spouse's name shown on tax return

**2b** Second social security number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
388 Millchop Lane, Magnolia DE 19962

**4** Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

CAUTION: Lines 6 and 7 must be completed if the third party requires you to complete Form 4506. Do not sign Form 4506 if the third party requests that you sign Form 4506 and lines 6 and 7 are blank.

**6** Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ► ☐

Note: If the copies must be certified for court or administrative proceedings, check here.

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506.

/ 12000        / 12001        / 12002        / 12003

**8** Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.
  **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . $ 39.00
  **b** Number of returns requested on line 7 . . . . . . . . . . . . . $
  **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . $

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☐

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
( )

**Sign Here**
► Signature (see instructions) *Debbie Bailey*
Title (if line 1a above is a corporation, partnership, estate, or trust)
► Spouse's signature *Debbie Bailey*

Date 6-20-05

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 1-2004)