**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

JOSHUA R. VAN NAARDEN

215-772-1000
FAX: 215-772-1359

July 7, 2005

Via Fax No.302-658-8111

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

RE: Debbie Bailey

Dear Mason:

I am in receipt of your letter dated July 7, 2005. Please be advised of the following:

1. Requests for Debbie Bailey's tax records were sent out with the appropriate authorization forms on July 6, 2005. Once I am in receipt of these records, I will forward the same to you.

2. Demetria Bailey, as you are aware from her deposition, was not present at Bayhealth Medical Center when her mother, Debbie, suffered a cardiac arrest. Demetria arrived at the hospital only after her mother died. Accordingly, Demetria Bailey has no claim for negligent infliction of emotional distress.

3. On July 1, 2005, I sent to your attention proposed dates for the depositions of Dr. Lebman and Emery, as you indicated in the post script to your letter. I am hopeful that we will be able to schedule both of their depositions in a convenient and timely fashion. Additionally, I have also sent you a letter dated July 1, 2005 giving you five different available dates to depose the various nurses and other fact witnesses related to Debbie Bailey's case. I would appreciate you contacting me to confirm the depositions of not only Dr. Lebman and Emery, but also the other witnesses.

4. Plaintiffs have not yet determined the identity of the expert witnesses who will be used at trial in this case. Dr. Wehil has not been identified as an expert witness for purposes of trial. Expert witnesses will be determined after discovery is taken in this case. Plaintiffs' will disclose trial experts as required by the Case

Management Order.

I am frustrated with my inability to get responsive information from you regarding the hospital's root cause analysis materials. On June 9, 2005, I sent you a letter outlining the law that requires you to produce these documents. To date, I have not received any response from you. If you do not produce the root cause analysis material by the beginning of next week, I plan to seek the intervention of the Court.

Very truly yours,

JOSHUA VAN NAARDEN

JVN/ckp
cc: Stephen B. Potter, Esquire