**Internal Revenue Service**   **Department of the Treasury**

Philadelphia Submission Processing Center

RAIVS Team 105, S/E135
11601 Roosevelt Blvd., Philadelphia, Pa. 19255
Contact: 0515566163

Date: July 11, 2005

Date of your Request: July 11, 2005

DEBBIE BAILEY
388 MILLCHOP LN
MAGNOLIA, DE 19962-2005880

Taxpayer Identification Number: 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
Tax Period:

**Subject: We're Sorry, We Can't Send You The Transcript You Requested**

Dear Sir or Madam:

You do not have proper authorization to receive the information you requested.

When requesting business returns, we must have the appropriate signature and title of the officer written on the line below the signature on the 4506.

Please call (215) 516-2090 between 8 a.m. and 2 p.m. ET with any questions you may have. You can return the request by mail to the address above, or you can fax your request with a copy of this letter to (215) 516-2931.

Sincerely yours,

*Ellen Daley*
Research Clerk

Enclosures:
Copy of original Form 4506
Rejection Sheets
Blank Form 4506

Letter No. 12