**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

JOSHUA R. VAN NAARDEN

215-772-1000
FAX: 215-772-1359

April 27, 2005

Demetria Bailey
539 Lambert Drive
Magnolia, DE 19962

Re: Debbie Bailey

Dear Demetria:

    Attached please find an authorization to release your medical records to our office from Dr. Osunkoya's office. Please fill in his address, your date of birth, your social security number and sign and date it on the last page.

    Return the authorization in the enclosed envelope.

    Thank you.

Very truly yours,

JOSHUA VAN NAARDEN

JVN/ckp
Encls.