# MEDICAL RECORDS INVOICE

Delaware Primary Care
938 B South Bradford St.
Dover, DE 19904
302-730-0554

Date: June 20, 2005

Patient: Demetria Bailey
Social Security No.: 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
Date of Birth: 01/12/1981

Bill To: Kline & Specter

Address: The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

Please remit payment in the amount of $50.00 to :
Delaware Primary Care

revised 7/03 kh

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

JOSHUA R. VAN NAARDEN

215-772-1000
FAX: 215-772-1359

June 14, 2005

UPS

Dr. ~~Abimodola~~ *Abimbola* Osunkoya
938 S. Bradford Street
Dover DE 19904

Re: Demetria Bailey

Dear Dr .Osunkoya:

Please be advised that we represent Demetria Bailey regarding the death of her mother. We respectfully request a copy of Demetria's medical records as soon as possible. We will be happy to reimburse you for any reasonable costs to reproduce this chart.

I have enclosed a UPS envelope to assist you in expediting this request. If you have any questions, please call my assistant, Carla at 215-772-1413.

Thank you for your prompt attention to this matter.

Very truly yours,

JOSHUA VAN NAARDEN

JVN/ckp
Encls.

# Delaware Primary Care

938 B S Bradford st.                    802 N Dupont Hwy.
Dover, DE 19904                         Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 12/02/2002

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: New patient, here to establish as a patient of this practice.
hx Back pain
Asthma acting up.
vaginal discharge, on/off
Hx HA
.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)

**PSH** : None

**Past Investigations**:

**FH** : Mother: DM, CVA
Aunty- HTN
G Father: DM
G Mother: Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette 1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Never
Breast exam.: Irregular
Mammogram: NA

**Consultants**:

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, headache, Headache is , episodic, throbbing, bilateral, accompanied with nausea, accompanied with sensitivity to light, visual blurring and aura, not related to period. . Patient complains of  Patient complains of, generalised, aching, pain, in the, neck, upper back, lower back, Associated morning stiffness lasting 30 minutes. .  Patient complains of, thick white vaginal discharge, no change deespite rx. .

Patient denies, fever, fatigue, cough, SOB, pluritic chest pain, urinary frequency, urgency, incontinence, urethral discharge, feeling tired, lacking energy and lacking interest and enjoyment of leisure activities.

**Vitals** :   Temp: 98.5 F.        Pulse: 72 per minute.      BP: 110/70mmHg    RR: 14 per minute.  WEIGHT 234 pounds

**General/ HENT/ Neck Exam**.:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal. Well built and nourished. There is no pallor, cyanosis or jaundice.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal inspection. No thrills palpable. No chest wall tenderness. Apex beat normal. No parasternal heave. Bilateral fair air entry. Vesicular breath sounds. No wheezing or crepitations. S1 S2 regular. No murmur. No S3 or S4. Peripheral pulses are palpable.

**Abd**:  Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all

extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) Singular (*) - 10mg - qpm
4) proventil (*) - 90 mcg/inh - 2puffs qid prn
5) Endocet - 325 mg-5 mg - Every 6-8 hours as needed

**Allergies**: NKDA

**Investigations reviewed**:

**Investigations Ordered**: CBC , CMP, Lipid panel, T4, TSH
X ray spine

**ASSESSMENT & PLAN**

Asthma
controlled, continue on current regimen.
Start Proventil.
Singular 10mg qpm

Vaginal discharge NOS
For vaginal exam,
need Pap- smear

Back pain NOS
Investigations as above.
endocet Prn q8* #60
Motrin 800mg po tid with food, prn. #30/1 refill.
Excuse from work from  12

HA
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications , lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.
Start Axert

Smoking Abuse:

Counselled on smoking habit.

Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.

Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

Obesity:

Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: 6 weeks.

# Delaware Primary Care
938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note
Date: 12/04/2002

## DEMETRIA BAILEY
Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Follow up
complaining of Vaginal discharge thick and white, foul smelling.
also lesion invulva region.
Sexually active with one parttner.
.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)

**PSH** : None

**Past Investigations**:

**FH** : Mother:  DM, CVA
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Never
Breast exam.: Irregular
Mammogram:  NA

**Consultants**:

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of  Patient complains of, generalised, aching, pain, in the, neck, upper back, lower back, Associated morning stiffness lasting 30 minutes. .   Patient complains of, thick white vaginal discharge, no change despite rx. Lesion in right vulva region. .

Patient denies, fever, fatigue, cough, SOB, pluritic chest pain, urinary frequency, urgency, incontinence, urethral discharge, feeling tired, lacking energy and lacking interest and enjoyment of leisure activities.

**Vitals** :  Temp: 98.5 F.      Pulse: 72 per minute.      BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 234 pounds

**General/ HENT/ Neck Exam**.:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal. Well built and nourished. There is no pallor, cyanosis or jaundice.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal inspection. No thrills palpable. No chest wall tenderness. Apex beat normal. No parasternal heave. Bilateral fair air entry. Vesicular breath sounds. No wheezing or crepitations. S1 S2 regular. No murmur. No S3 or S4. Peripheral pulses are palpable.

**Abd**: Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**: On pelvic exam external genitilia is normal., Vaginal discharge is present, it is in form of thick white curd like patches., it is frothy with a foul odor., Cervix is normal in appearance., Routine PAP smear was done using thin prep. technique., Normal bimanual pelvic exam with no para-adenexal masses.

**Current Medications**: 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) Singular (*) - 10mg - qpm
4) proventil (*) - 90 mcg/inh - 2puffs qid prn
5) Endocet - 325 mg-5 mg - Every 6-8 hours as needed


**Allergies**: NKDA

**Investigations reviewed**:

**Investigations Ordered**: CBC , CMP, Lipid panel, T4, TSH
X ray spine
Swabs for GC/Chlamydia/culture


**ASSESSMENT & PLAN**


Vaginitis
Differential diagnosis:  Candida/Trichomona
Start Diflucan 150mg po x2dose
Flagyl 500mg bid x 7 days.


Pap- Done

Vulva Wart
For Cautery

Asthma
controlled, continue on current regimen.
Start Proventil.
Singular 10mg qpm

Back pain NOS
Investigations as above.
endocet Prn q8* #60
Motrin 800mg po tid with food, prn. #30/1 refill.
Excuse from work from  12

HA

Differential diagnosis: Migraine

Headache counselling: Common migraine triggers which include food, beverages, medications , lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.
Start Axert

Smoking Abuse:
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: 6 weeks.

# Delaware Primary Care

938 B S Bradford st.                          802 N Dupont Hwy.
Dover, DE 19904                               Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Procedure note

Date: 12/04/2002

## DEMETRIA BAILEY

Age: 24 yrs.
DOB: 1/12/1981
Sex: female

**Procedure Type:** Destruction of Skin Lesions

**Informed Consent:** obtained verbally after explaining the folllowing risks to the patient:
Minimal pain, reaction which may be local and mild ( flushing,itching,urticaria) or more sever (
wheezing, chest tightness,abdominal pain, nausea and vomitting ). , Post-op complication such as
wound infection and delayed healing may occur.

**Pre-Operative Diagnosis:** Vulva wart

**Local Anasthesia:** Local infiltration with 2% xylocaine

**Procedure Method:**

Lesion, cauterized to a depth of 3mm with no bleeding, using electrosurgical diathermy.,
Bacitracin applied to wound, procedure well tolorated

**Post Operative Instruction:** Patient to keep wound dry. Clean wound daily with NSS, apply
topical antibiotics

# Delaware Primary Care

938 B S Bradford st.                     802 N Dupont Hwy.
Dover, DE 19904                          Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 12/23/2002

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Follow up
Back pain
Fatigue
No Vaginal discharge
Did not finished abx.
s/e to endocet- GI.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)

**PSH** : None

**Past Investigations**:

**FH** : Mother:  DM, CVA
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Never
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of Patient complains of, generalised, aching, pain, in the, neck, upper back, lower back, Associated morning stiffness lasting 30 minutes. .

Patient denies, fever, fatigue, sorethroat, nasal congestion, sneezing, sinus pressure, ithcy eyes and nose, cough, SOB, pluritic chest pain, urinary frequency, urgency, incontinence, urethral discharge, joint pain or stiffness, joint swelling, muscle aches, feeling tired, lacking energy and lacking interest and enjoyment of leisure activities.

**Vitals** :  Temp: 98.5 F.     Pulse: 72 per minute.     BP: 110/70mmHg    RR: 14 per minute. WEIGHT 234 pounds

**General/ HENT/ Neck Exam.**:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal. Well built and nourished. There is no pallor, cyanosis or jaundice.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal inspection. No thrills palpable. No chest wall tenderness. Apex beat normal. No parasternal heave. Bilateral fair air entry. Vesicular breath sounds. No wheezing or crepitations. S1 S2 regular. No murmur. No S3 or S4. Peripheral pulses are palpable.

**Abd**:  Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin:** Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam:**

**Current Medications:** 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) Singular (*) - 10mg - qpm
4) proventil (*) - 90 mcg/inh - 2puffs qid prn
5) Endocet - 325 mg-5 mg - Every 6-8 hours as needed

**Allergies:** NKDA

**Investigations reviewed:** Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal

**Investigations Ordered:** iron w/o

**ASSESSMENT & PLAN**

Abnormal Pap- refer to Dr Khan

Asthma
controlled, continue on current regimen.
Start Proventil.
Singular 10mg qpm

Anemia NOS
Investigations as above.

Back pain NOS
scoliosis
For Physical therapy x3/w for 4 weeks.

HA
Differential diagnosis: Migraine
Headache counselling: Common migraine triggers which include food, beverages, medications, lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.
Continue treatment with Axert
Add fiorinol

Smoking Abuse:

Counselled on smoking habit.

Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.

Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

Obesity:

Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: 8 weeks.

# Delaware Primary Care

938 B S Bradford st.                          802 N Dupont Hwy.
Dover, DE 19904                              Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note
Date: 01/23/2003

## DEMETRIA BAILEY
Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Mother died recently
Feeling anxious and depressed.
Smoking more than usual.
Not gone for Follow up  for abnormal  Pap.
No sucidal tought..

**PMH** :  ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** :  None

**Past Investigations**:

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Never
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite.

Patient denies, fever, fatigue, sorethroat, nasal congestion, sneezing, sinus pressure, ithcy eyes and nose, cough, SOB, pluritic chest pain, urinary frequency, urgency, incontinence, urethral discharge, joint pain or stiffness, joint swelling, muscle aches, feeling tired, lacking energy and lacking interest and enjoyment of leisure activities.

**Vitals** :  Temp: 98.5 F.      Pulse: 72 per minute.      BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 226 pounds

**General/ HENT/ Neck Exam.**:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Low Affect
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal inspection. No thrills palpable. No chest wall tenderness. Apex beat normal. No parasternal heave. Bilateral fair air entry. Vesicular breath sounds. No wheezing or crepitations. S1 S2 regular. No murmur. No S3 or S4. Peripheral pulses are palpable.

**Abd**: Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) Singular (*) - 10mg - qpm
4) proventil (*) - 90 mcg/inh - 2puffs qid prn
5) Endocet - 325 mg-5 mg - Every 6-8 hours as needed

**Allergies**: NKDA

**Investigations reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal

**Investigations Ordered**: iron w/o

**ASSESSMENT & PLAN**

Reactive Anxiety
Start Xanax 0.25  q8*  PRN #40
Consider lexapro if no Improvement.

Smoking Abuse:
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

Abnormal Pap- refer to Dr Khan
Not gone Yet,

Asthma
controlled, continue on current regimen.
Start Proventil.
Singular 10mg qpm

Anemia NOS
Investigations as above.

Back pain NOS
scoliosis
For Physical therapy x3/w for 4 weeks.

HA
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications ,
lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet
containing detail information for further review. Treatment options was discussed in detail.
Continue treatment with  Axert
Add fiorinol

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.

**Follow up**: As Arranged.

# Delaware Primary Care
938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note
Date: 03/13/2003

## DEMETRIA BAILEY
Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Mother died recently
Feeling anxious and depressed. No change
Smoking more than usual.
Not gone for Follow up  for abnormal  Pap.
No sucidal tought.
Heavy Period,.

**PMH** :  ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** :  None

**Past Investigations**:

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Abn,Pap, Follow up
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. Patient complains of, fatigue, heavy periods, thick white vaginal discharge, Patient denies, leg edema, leg ulcer, heat intolerance, cold intolerance. .

Patient denies, fever, fatigue, sorethroat, nasal congestion, sneezing, sinus pressure, ithcy eyes and nose, cough, SOB, pluritic chest pain, urinary frequency, urgency, incontinence, urethral discharge, joint pain or stiffness, joint swelling, muscle aches, feeling tired, lacking energy and lacking interest and enjoyment of leisure activities.

**Vitals** :   Temp: 98.5 F.       Pulse: 72 per minute.      BP: 110/70mmHg    RR: 14 per minute. WEIGHT 222 pounds

**General/ HENT/ Neck Exam.**:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Low Affect
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal inspection. No thrills palpable. No chest wall tenderness. Apex beat normal. No parasternal heave. Bilateral fair air entry. Vesicular breath sounds. No wheezing or crepitations. S1 S2 regular. No murmur. No S3 or S4. Peripheral pulses are palpable.

**Abd**:  Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all

extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**: Vulva Inspection- Red, white discharge.

**Current Medications**: 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) Singular (*) - 10mg - qpm
4) proventil (*) - 90 mcg/inh - 2puffs qid prn
5) Fiorinal (*) - 325 mg-50 mg-40 mg - q6hrs
6) Niferex (*) - 150mg - bid


**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: Consider Pelvic USS


**ASSESSMENT & PLAN**


Reactive Anxiety with Depression
Continue treatment with  Xanax 0.25  q8*  PRN #30
Add lexapro

Candida Vaginitis
Diflucan 150mg po x1dose

Smoking Abuse:
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

Abnormal Pap- refer to Dr Khan
Not gone Yet,

Asthma
controlled, continue on current regimen.
Start Proventil.
Singular 10mg qpm

Anemia NOS
Start niferex

Back pain NOS
scoliosis
For Physical therapy x3/w for 4 weeks.

HA
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications ,
lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet
containing detail information for further review. Treatment options was discussed in detail.
Continue treatment with  Axert
Add fiorinol

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.


**Follow up**: 4 weeks.

# Delaware Primary Care

938 B S Bradford st.                              802 N Dupont Hwy.
Dover, DE 19904                                  Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 05/22/2003

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Vaginal discharge x 3 days.
Sorethroat  x 3 days.
Feeling tired, sleeping too much
Feeling anxious and depressed. No change
Smoking more than usual.
Heavy Period,.

**PMH** :  ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** :  None

**Past Investigations**: Colposcopy- 5/9/03, positive

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Abn,Pap, Follow up
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, fatigue, .

   Patient complains of, nausea, heartburn, water brash, gas and distension with throat pain esp. in am, Patient denies, poor appetite, fever, weight loss, change in bowel habits, constipation, blood in stools. .   Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. Patient complains of, thick white vaginal discharge with itching, .

Patient denies, fever, fatigue, cough, SOB, pluritic chest pain, urinary frequency, urgency, incontinence, urethral discharge

**Vitals** :   Temp: 98.5 F.        Pulse: 72 per minute.     BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 226 pounds

**General/ HENT/ Neck Exam.**:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Low Affect
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal inspection. No thrills palpable. No chest wall tenderness. Apex beat normal. No parasternal heave. Bilateral fair air entry. Vesicular breath sounds. No wheezing or crepitations. S1 S2 regular. No murmur. No S3 or S4. Peripheral pulses are palpable.

**Abd**: Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**: Vulva Inspection- Red, white discharge.

**Current Medications**: 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) Singular (*) - 10mg - qpm
4) proventil (*) - 90 mcg/inh - 2puffs qid prn
5) Fiorinal (*) - 325 mg-50 mg-40 mg - q6hrs
6) Niferex (*) - 150mg - bid
7) Lexapro (*) - 10mg - qd
8) Zantac (*) - 150mg - bid

**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: CBC,

**ASSESSMENT & PLAN**

Reactive Anxiety with Depression
Continue treatment with  Xanax 0.25  q8*  PRN #30
Continue treatment with lexapro

GERD
Start zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors. Ways of releaving symptoms and treating the condition was discussed. A booklet was given to the patient regarding foods and drinks to avoid and  lifestyle changes to make. The additional choice of treatment with medical therapy including the varioustypes and their risk and benefits was discussed.

Candida Vaginitis
Diflucan 150mg po x1dose

Smoking Abuse:

Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis,
emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism,
medication and nicotine use.

abnormal PAP-
S/p colonoscopy
Follow up Dr Khan

Asthma
controlled, continue on current regimen.
Start Proventil.
Singular 10mg qpm

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA
Differential diagnosis: Migraine
Headache counselling: Common migraine triggers which include food, beverages, medications ,
lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet
containing detail information for further review. Treatment options was discussed in detail.
Continue treatment with Axert
Add fiorinol

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.

**Follow up**: 3 months.

# Delaware Primary Care

938 B S Bradford st.                    802 N Dupont Hwy.
Dover, DE 19904                         Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 06/26/2003

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Asthma acting up
Feeling tired, sleeping too much, Neve pill acting
Feeling anxious and depressed. No change
Smoking more than usual.
Now Losing wt,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Abn,Pap, Follow up
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, fatigue, .

Patient complains of, cough, shotness of breath, wheezing and chest tightness, Cough is, nonproductive, hacking, . Patient denies, nausea, heartburn, water brash, gas and distension, . Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. Now Losing wt. .

**Vitals** :   Temp: 98.5 F.        Pulse: 72 per minute.     BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 212 pounds

**General/ HENT/ Neck Exam.**:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity,  No S3, S4, No murmur.

**Abd**:  Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, no tenderness, no effusion, normal ROM
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**: Vulva Inspection- Red, white discharge.

**Current Medications**: 1) Axert - 12.5 mg - BID
2) Motrin (*) - 800 mg - tid with food
3) proventil (*) - 90 mcg/inh - 2puffs qid prn
4) Fiorinal (*) - 325 mg-50 mg-40 mg - q6hrs
5) Niferex (*) - 150mg - bid
6) Lexapro (*) - 10mg - qd
7) Zantac (*) - 150mg - bid
8) Xanax  XR (*) - 0.25 mg - qd PRN
9) Advair (*) - 100/50mg - bid


**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**:


**ASSESSMENT & PLAN**


Asthma Mild Exercibation
Start Advair
Biaxin XL pack x 1
Refill Albutrerol

Reactive Anxiety with Depression  Improved.
Continue treatment with  Xanax 0.25  q8*  PRN #40
Continue treatment with lexapro

GERD
Continue treatment with  zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors. Ways of releaving symptoms and treating the condition was discussed. A booklet was given to the patient regarding foods and drinks to avoid and  lifestyle changes to make. The additional choice of treatment with medical therapy including the varioustypes and their risk and benefits was discussed.

Smoking Abuse: Advice to stop esp. with astha
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis,
emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism,
medication and nicotine use.

abnormal PAP-
S/p colonoscopy
Follow up  Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA controlled, continue on current regimen.
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications ,
lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet
containing detail information for further review. Treatment options was discussed in detail.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.


**Follow up**: As Arranged.

# Delaware Primary Care

938 B S Bradford st.                         802 N Dupont Hwy.
Dover, DE 19904                              Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 12/08/2003

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Asthma Stable
Coughing x 4d
right Knee pain on/off, No injury,
Feeling anxious and depressed. No change
Smoking Continues, Unable to quit,
Not Losing wt,.

**PMH** :  ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** :  None

**Past Investigations**: Colposcopy- 5/9/03, positive

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: Abn,Pap, Follow up
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, fatigue, .

  Patient complains of, cough, chest pain, Chest pain is, retrosternal, gets worse on coughing., Cough is, productive with greenish yellow sputum, does not, interferes with sleeping, . Patient complains of  Patient complains of, aching, pain, stiffness, in, the, knee, Associated morning stiffness lasting 30 minutes., pain worse with weight bearing, pain worse with lifting, bending or squatting, . Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. Now Losing wt. .

**Vitals** :  Temp: 98.5 F.     Pulse: 72 per minute.    BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 216 pounds

**General/ HENT/ Neck Exam**.:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity,  No S3, S4, No murmur.

**Abd**:  Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, Mild right Knee tenderness, Normal ROM,
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all

extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**: Vulva Inspection- Red, white discharge.

**Current Medications**: 1) Axert - 12.5 mg - BID
2) proventil (*) - 90 mcg/inh - 2puffs qid prn
3) Niferex (*) - 150mg - bid
4) Lexapro (*) - 10mg - qd
5) Zantac (*) - 150mg - bid
6) Advair (*) - 100/50mg - bid


**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: X ray of right knee


**ASSESSMENT & PLAN**


Acute Bronchitis
Start Biaxin XL pack x 1
Rondec DM 5cc po qid 4oz

Asthma controlled, continue on current regimen.
ReStart Advair
Refill Albutrerol

right Knee pain NOS
Start Relefan  BID
Investigations as above.

Reactive Anxiety with Depression  Improved.
Continue treatment with  Xanax 0.25  q8* PRN #60
Restart lexapro

GERD

Continue treatment with zantac

GERD councelling : The mechanism of heartburn was discussed, including precipitating factors. Ways of releaving symptoms and treating the condition was discussed. A booklet was given to the patient regarding foods and drinks to avoid and lifestyle changes to make. The additional choice of treatment with medical therapy including the varioustypes and their risk and benefits was discussed.

Smoking Abuse: Advice to stop esp.

Counselled on smoking habit.

Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.

Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

abnormal PAP-

S/p colonoscopy

Follow up Dr Khan

Anemia NOS with fatigue

Continue treatment with niferex

Back pain NOS

Stable

HA controlled, continue on current regimen.

Differential diagnosis: Migraine

Headache counselling: Common migraine triggers which include food, beverages, medications , lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.

Obesity:

Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: As Arranged.

# Delaware Primary Care

938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 05/26/2004

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Asthma acting up
cough and congestion
body pain diffuse
Feeling anxious and depressed. No change
Smoking Continues, Unable to quit,
Not Losing wt,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive

**FH** : Mother: DM, CVA, Deceased 1/03,
Aunty- HTN
G Father: DM
G Mother: Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette 1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: 5/04, normal
Breast exam.: Irregular
Mammogram: NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

Patient complains of, fatigue, .

Patient complains of, fever and chills, sore throat, sneezing, runny nose congestion, postnasal drainage . Patient complains of, cough, chest pain, Chest pain is, retrosternal, gets worse on coughing., Cough is, productive with greenish yellow sputum, does not, interferes with sleeping, . Patient complains of Patient complains of, generalised, sharp, pain, stiffness in all joints . Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. Now Losing wt. .

**Vitals** :   Temp: 98.5 F.      Pulse: 72 per minute.      BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 206 pounds

**General/ HENT/ Neck Exam.:**  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS:** Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity,  No S3, S4, No murmur.

**Abd:**  Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal:** Ext : No edema, distal pulses- normal, normal muscle mass
Joints: No swelling, Mild right Knee tenderness, Normal ROM,
Spine: No deformity, spinal tenderness, There is no, paraspinal tenderness, paraspinal spasm, reduced ROM.

**Neuro:** Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all

extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**: Vulva Inspection- Red, white discharge.

**Current Medications:** 1) Axert - 12.5 mg - BID
2) proventil (*) - 90 mcg/inh - 2puffs qid prn
3) Niferex (*) - 150mg - bid
4) Lexapro (*) - 10mg - qd
5) Zantac (*) - 150mg - bid
6) Advair (*) - 100/50mg - bid

**Allergies**: NKDA

**Investigations reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: CXR
sed rate, ana, rf, crp

**ASSESSMENT & PLAN**

Acute Bronchitis
Start Biaxin XL pack x 1
Rondec DM 5cc po qid 4oz
Medrol dose pack x1
Excuse from work from 5/26 to 5/27/04

Asthma Uncontrolled on current regimen, following changes were made:
Continue treatment with Advair
Refill Albutrerol

body pain NOS
Investigations as above.

Reactive Anxiety with Depression Improved.
Continue treatment with lexapro

GERD
Continue treatment with zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors. Ways of releaving symptoms and treating the condition was discussed. A booklet was given to the patient regarding foods and drinks to avoid and lifestyle changes to make. The additional choice of treatment with medical therapy including the varioustypes and their risk and benefits was discussed.

Smoking Abuse: Advice to stop esp.
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

abnormal PAP-
S/p colonoscopy
Follow up Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA controlled, continue on current regimen.
Differential diagnosis: Migraine
Headache counselling: Common migraine triggers which include food, beverages, medications , lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: As Arranged.

# Delaware Primary Care

938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 08/23/2004

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Asthma acting up
right shoulder pain on/off
loss of Hair Patch,
body pain diffuse,
Feeling anxious and depressed. Improved.
Smoking Continues, Unable to quit,
Not Losing wt,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)

**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive
Sed Rate/ ANA/ RF/ C-reactive- normal

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam:  5/04, normal
Breast exam.: Irregular

Mammogram: NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

HA Improved. .    Patient complains of  Patient complains of, generalised, sharp, pain, stiffness in all joints, pain also in right shoulder with No injury, .  Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. meds helping, Now Losing wt. . Patient complains of Bald spot on Hair, No injury,

**Vitals** :   Temp: 98.5 F.       Pulse: 72 per minute.      BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 212 pounds

**General/ HENT/ Neck Exam**.:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity,  No S3, S4, No murmur.

**Abd**: Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: left shoulder tenderness, ROM normal,

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Skin is normal in appearance. No breakdown seen. No decubitus is present. No petechia or ecchymosis are present. No spider nevi or palmar erythema. No acne is seen. No changes of dermatitis seen. Nails are nomal in appearance. No clubbing is present. Hair distribution is within normal range.

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Axert - 12.5 mg - BID
2) proventil (*) - 90 mcg/inh - 2puffs qid prn
3) Niferex (*) - 150mg - bid
4) Lexapro (*) - 10mg - qd
5) Zantac (*) - 150mg - bid
6) Advair (*) - 100/50mg - bid


**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: X ray of right shoulder


**ASSESSMENT & PLAN**


alopecia
Start Olux BID

left Shoulder Pain
Differential diagnosis:  Tendinitis/ busitis
Start Relefan 750,g BID x 60

Asthma Uncontrolled on current regimen, following changes were made:
Continue treatment with  Advair
Refill Albutrerol

body pain NOS
Investigations as above.

Reactive Anxiety with Depression  Improved.
Continue treatment with   lexapro

GERD
Continue treatment with  zantac

GERD councelling : The mechanism of heartburn was discussed, including precipitating factors. Ways of releaving symptoms and treating the condition was discussed. A booklet was given to the patient regarding foods and drinks to avoid and lifestyle changes to make. The additional choice of treatment with medical therapy including the varioustypes and their risk and benefits was discussed.

Smoking Abuse: Advice to stop esp.
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

abnormal PAP-
S/p colonoscopy
Follow up  Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA controlled, continue on current regimen.
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications , lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: 4 months.

# Delaware Primary Care

938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 09/27/2004

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Asthma Improved.
right shoulder pain on/off, Improved.
Relefan Causing GI symptoms
loss of Hair Patch, No change
body pain diffuse,
Smoking Continues, Unable to quit,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive
Sed Rate/ ANA/ RF/ C-reactive- normal

**FH** : Mother: DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam:  5/04, positive
Breast exam.: Irregular
Mammogram:  NA

**Consultants**: Dr Khan- gyn

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

HA Improved. .   Patient complains of Patient complains of, generalised, sharp, pain, stiffness in all joints, pain also in right shoulder with No injury, . Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. meds helping, Now Losing wt. . Patient complains of Bald spot on Hair, No injury, No change,

**Vitals** :  Temp: 98.5 F.    Pulse: 72 per minute.    BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 209 pounds

**General/ HENT/ Neck Exam.**: Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity, No S3, S4, No murmur.

**Abd**: Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: left shoulder tenderness, ROM normal,

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Loss of Hair in Posterior right Region,

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Axert - 12.5 mg - BID
2) proventil (*) - 90 mcg/inh - 2puffs qid prn
3) Niferex (*) - 150mg - bid
4) Lexapro (*) - 10mg - qd
5) Zantac (*) - 150mg - bid
6) Advair (*) - 100/50mg - bid


**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: Hepatitis panel/LH/FSH/RPR


**ASSESSMENT & PLAN**


alopecia
Continue treatment with  Olux BID
refer to Dermatologist

left Shoulder Pain Improved.
Differential diagnosis:  Tendinitis/ busitis
Start Relefan 500mg BID x 60
Return to work 9/28/04

Asthma Uncontrolled on current regimen, following changes were made:
Continue treatment with  Advair
Refill Albutrerol

body pain NOS
Investigations as above.

Reactive Anxiety with Depression  Improved.
Continue treatment with   lexapro

GERD
Continue treatment with  zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors.
Ways of releaving symptoms and treating the condition was discussed. A booklet was given to

the patient regarding foods and drinks to avoid and lifestyle changes to make. The additional choice of treatment with medical therapy including the varioustypes and their risk and benefits was discussed.

Smoking Abuse: Advice to stop esp.
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis, emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism, medication and nicotine use.

abnormal PAP-
S/p colonoscopy
Follow up Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA controlled, continue on current regimen.
Differential diagnosis: Migraine
Headache counselling: Common migraine triggers which include food, beverages, medications , lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet containing detail information for further review. Treatment options was discussed in detail.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was discussed. Importance of reducing calory intake and ways of achieving this was discussed in detail. Patient given booklet on food planning.

**Follow up**: 4 months.

# Delaware Primary Care

938 B S Bradford st.                     802 N Dupont Hwy.
Dover, DE 19904                          Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 11/15/2004

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Asthma Improved.
still smoking,
Back pain acting Up,
loss of Hair Patch, No change
Back pain on/off,
Smoking Continues, Unable to quit,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive
Sed Rate/ ANA/ RF/ C-reactive- normal
Convex scoliosis

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam:  5/04, positive
Breast exam.: Irregular

Mammogram: NA

**Consultants**: Dr Khan- gyn
Dr Tamasis- Rheum
Dr dusshutle - Ortho

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

HA Improved. .    Patient complains of Patient complains of, generalised, sharp, pain, stiffness in all joints, pain also in right shoulder with No injury, . Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. meds helping, Now Losing wt. . Patient complains of Bald spot on Hair, Now 2 new areas

**Vitals** :   Temp: 98.5 F.      Pulse: 72 per minute.    BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 209 pounds

**General/ HENT/ Neck Exam**.:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjictiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity, No S3, S4, No murmur.

**Abd**: Normal inspection. No obvious deformity seen. Skin is normal. Abdomen is soft, non-tender. Bowel sound normoactive in all four quadrants. No palpable mass, no organomegaly. No rebound or rigidity. No hernia palpable.

**Musculo-skeletal**: left shoulder tenderness, ROM normal,

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all