extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**:  Loss of Hair in Posterior right Region,

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Axert - 12.5 mg - BID
2) proventil (*) - 90 mcg/inh - 2puffs qid prn
3) Niferex (*) - 150mg - bid
4) Lexapro (*) - 10mg - qd
5) Zantac (*) - 150mg - bid
6) Advair (*) - 100/50mg - bid


**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**: Hepatitis panel/LH/FSH/RPR


**ASSESSMENT & PLAN**


Mild Acute Bronchitis
Start Zithromax Z pac x 1
MRI albuterol

alopecia
Continue treatment with  Olux BID
refer to Dermatologist

left Shoulder Pain Improved.
Differential diagnosis:  Tendinitis/ busitis
Start Relefan 500mg BID x 60
Return to work 9/28/04

Asthma Uncontrolled on current regimen, following changes were made:
Continue treatment with  Advair
Refill Albutrerol

body pain NOS
Investigations as above.

refer to Dr Tamasis
Reactive Anxiety with Depression  Improved.
Continue treatment with   lexapro

GERD
Continue treatment with  zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors.
Ways of releaving symptoms and treating the condition was discussed. A booklet was given to
the patient regarding foods and drinks to avoid and  lifestyle changes to make. The additional
choice of treatment with medical therapy including the varioustypes and their risk and benefits
was discussed.

Smoking Abuse: Advice to stop esp.
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis,
emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism,
medication and nicotine use.

abnormal  PAP-
S/p colonoscopy
Follow up  Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA controlled, continue on current regimen.
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications ,
lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet
containing detail information for further review. Treatment options was discussed in detail.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.


**Follow up**: 4 months.

# Delaware Primary Care
938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note
Date: 01/11/2005

## DEMETRIA BAILEY
Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Abd pain x 2d
Asthma Improved.
still smoking,
Back pain acting Up,
loss of Hair Patch, No change
Back pain on/off,
Smoking Continues, Unable to quit,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)

**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive
Sed Rate/ ANA/ RF/ C-reactive- normal
Convex scoliosis
Hepatitis Panel/ RPR/ LH/FSH- normal  12/04

**FH** : Mother: DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: 5/04, positive
Breast exam.: Irregular
Mammogram: NA

**Consultants**: Dr Khan- gyn
Dr Tamasis- Rheum
Dr dusshutle - Ortho

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

HA Improved. .   Patient complains of, abdominal pain, nausea, heartburn, water brash, gas and distension, Abdominal pain is, sharp, in the epigasric area, worse on eating, disturbs patients sleep, . Patient complains of Patient complains of, generalised, sharp, pain, stiffness in all joints, pain also in right shoulder with No injury, . Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. meds helping, Now Losing wt. . Patient complains of Bald spot on Hair, Now 2 new areas

**Vitals** :   Temp: 98.5 F.      Pulse: 72 per minute.     BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 209 pounds

**General/ HENT/ Neck Exam.:**  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity,  No S3, S4, No murmur.

**Abd**:  Normal inspection
Bowel sound normoactive
Epigastric Tenderness
No mass felt

**Musculo-skeletal**: left shoulder tenderness, ROM normal,

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Loss of Hair in Posterior right Region,

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Axert - 12.5 mg - BID
2) proventil (*) - 90 mcg/inh - 2puffs qid prn
3) Niferex (*) - 150mg - bid
4) Lexapro (*) - 10mg - qd
5) Zantac (*) - 150mg - bid
6) Advair (*) - 100/50mg - bid

**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**:

**ASSESSMENT & PLAN**

abd pain
Differential diagnosis:  gerd
Start Protonix x8w
Restart Zantac
Reglan 10mg tid ac x 10d

alopecia
Continue treatment with  Olux BID
refer to Dermatologist

left Shoulder Pain Improved.
Differential diagnosis:  Tendinitis/ busitis
Start Relefan 500mg BID x 60
Return to work 9/28/04

Asthma Uncontrolled on current regimen, following changes were made:
Continue treatment with  Advair
Refill Albutrerol

body pain NOS
Investigations as above.
refer to Dr Tamasis
Reactive Anxiety with Depression  Improved.
Continue treatment with   lexapro

GERD
Continue treatment with  zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors.
Ways of releaving symptoms and treating the condition was discussed. A booklet was given to
the patient regarding foods and drinks to avoid and  lifestyle changes to make. The additional
choice of treatment with medical therapy including the varioustypes and their risk and benefits
was discussed.

Smoking Abuse: Advice to stop esp.
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis,
emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism,
medication and nicotine use.

abnormal  PAP-
S/p colonoscopy
Follow up  Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Back pain NOS
Stable

HA controlled, continue on current regimen.
Differential diagnosis:  Migraine
Headache counselling:  Common migraine triggers which include food, beverages, medications ,
lifestyle and miscellaneous factors was discussed with patient. Patient was given a booklet
containing detail information for further review. Treatment options was discussed in detail.

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.

**Follow up**: 4 months.

# Delaware Primary Care

938 B S Bradford st.
Dover, DE 19904

802 N Dupont Hwy.
Milford, DE 19963

ABIMBOLA O. OSUNKOYA

## Office Note

Date: 05/13/2005

## DEMETRIA BAILEY

Age: 24 yrs
DOB: 1/12/1981
Sex: female

**Complains**: Difffuse pain in chest, seen in ER, not helping,
Feeling depress.
still smoking,
Back pain acting Up,
Back pain on/off,
Smoking Continues, Unable to quit,.

**PMH** : ASTHMA, UNSPECIFIED WITHOUT MENTION OF STATUS ASTHMATICUS OR
(493.90)
NONDEPENDENT TOBACCO USE DISORDER (305.1)
OBESITY, UNSPECIFIED (278.00)
SCOLIOSIS (AND KYPHOSCOLIOSIS), IDIOPATHIC (737.30)
DEPRESSIVE DISORDER, NOT ELSEWHERE CLASSIFIED (311)


**PSH** : None

**Past Investigations**: Colposcopy- 5/9/03, positive
Sed Rate/ ANA/ RF/ C-reactive- normal
Convex scoliosis
Hepatitis Panel/ RPR/ LH/FSH- normal  12/04
EKG- NSR, No STT abnormality- 5/05

**FH** : Mother:  DM, CVA, Deceased 1/03,
Aunty- HTN
G Father:  DM
G Mother:  Lupus.

**Social Hx**: denies illicit drug use, smokes cigarette  1ppd, drink beer socially, Drink coffee
regularly, single, lives with parents
Occ- None

**Health Screening**: PAP and Pelvic exam: 5/04, positive
Breast exam.: Irregular
Mammogram: NA

**Consultants**: Dr Khan- gyn
Dr Tamasis- Rheum
Dr dusshutle - Ortho

**Advance Directive**: Advance directive discussed in detail, patient will like to remain a full code.

**ROS:**

HA Improved. .    Patient complains of Patient complains of, generalised, sharp, pain, stiffness in all joints, pain also in right shoulder with No injury, .  Patient complains of, labile emotion, feeling anxious, Patient denies, feeling tired and lacking in energy, can't concentrate, too much sleep, unable to sleep, change in appetite. meds helping, Now Losing wt. . Patient complains of Bald spot on Hair, Now 2 new areas

**Vitals** :  Temp: 98.5 F.     Pulse: 72 per minute.     BP: 110/70mmHg    RR: 14 per minute.
WEIGHT 209 pounds

**General/ HENT/ Neck Exam.**:  Patient appears to be obese. In no physical distress. Behavior and affect appears to be normal.
PEERL, normal ocular movements, normal pupilary reflexes, conjuctiva appears to be normal with normal sclera.
Mucosa is moist, good oral hygiene, no obvious gum disease.
Tympanic membrane is intact with normal light reflex.
Throat is clear with no redness or exudate.
Affect Good,
NECK
There is no pathologic cervical or submandibular lymphadenopathy. Neck is supple with normal range of motion. JVD is not raised. Trachea is central. Thyroid is not enlarged. No carotid bruit heard.

**Chest/ CVS**: Normal Inspection, no scar or lesion
Lungs: Vesicular Breath sound, Mild exp wheezes, no ronchi
CVS: S1, S2, normal intensity,  No S3, S4, No murmur.

**Abd**:  Normal inspection
Bowel sound normoactive
Epigastric Tenderness
No mass felt

**Musculo-skeletal**: left shoulder tenderness, ROM normal,

**Neuro**: Cranial nerve exam 2-12 Normal. No tremor. Normal gait. Power is 5/5 in all four extremeties. Normal tone. No focal neurological deficits seen. Sensations are intact in all extremeties. Reflexes +2 and symmetrical bilaterally. Babinski is negative. No ankle clonus. No cerebellar signs seen.

**Skin**: Loss of Hair in Posterior right Region,

**Genital/ Pelvic Exam**:

**Current Medications**: 1) Niferex (*) - 150mg - bid
2) Zantac (*) - 150mg - bid
3) Advair (*) - 100/50mg - bid
4) sonata (*) - 10 mg - hs
5) Effexor XR (*) - 150mg - qd
6) Ultracet (*) - 325 mg-37.5 mg - qid prn
7) Axert - 12.5 mg - BID
8) proventil (*) - 90 mcg/inh - 2puffs qid prn

**Allergies**: NKDA

**Investigations  reviewed**: Vaginal sabs- negative
H/H- 11/35
Lipid- normal
TSH- normal
X ray c/ lumberspine- normal
X ray thoracic spine- Mild right scoliosis
Pap- abnormal
Iron w/o- positive

**Investigations Ordered**:

**ASSESSMENT & PLAN**

depression NOS
Discontinue  lexapro
Start Effexor XR

NOS pain
Differential diagnosis:  psycosomatic pain
To Rx depression
PRN ultracet

alopecia
Continue treatment with  Olux BID
refer to Dermatologist

Asthma controlled, continue on current regimen.
Continue treatment with  Advair

Refill Albutrerol

GERD
Continue treatment with  zantac
GERD councelling : The mechanism of heartburn was discussed, including precipitating factors.
Ways of releaving symptoms and treating the condition was discussed. A booklet was given to
the patient regarding foods and drinks to avoid and  lifestyle changes to make. The additional
choice of treatment with medical therapy including the varioustypes and their risk and benefits
was discussed.

Smoking Abuse: Advice to stop esp.
Counselled on smoking habit.
Risk factors of long term smoking including multisystem cancer risk, chronic bronchitis,
emphysema and CAD was discussed.
Multidisciplinary ways of quitting smoking was discussed, this include group therapy, hypnotism,
medication and nicotine use.

abnormal  PAP-
S/p colonoscopy
Follow up  Dr Khan

Anemia NOS with fatigue
Continue treatment with niferex

Obesity:
Weight reduction counselling: Patient adviced on regular aerobic exercise, at minimum brisk
walking of 2 miles x 3-5 times/wk.The choice of joining a weight reduction program was
discussed. Importance of reducing calory intake and ways of achieving this was discussed in
detail. Patient given booklet on food planning.

**Follow up**: 4 months.

# R. P. DuShuttle, M.D., P.A.

640 South Queen Street • Suite A • Dover, Delaware 19904
P.O. Box 662 • Dover, Delaware 19903-0662
**(302) 678-8447**

November 19, 2004

Abimbola O. Osunkoya, M.D.
938 B South Bradford Street
Dover, DE   19904

RE: **DEMETRIA BAILEY**
     **DOB: 01/12/81**

Dear Dr. Osunkoya:

I had the opportunity of evaluating this 23 year old female in the office today for an initial evaluation.   As you are aware, she presents with complaints of pain to her lower back that she states she has had for at least a year and a half, if not longer.  She does not recall any traumatic injury that would have caused this.  She states the back pain is has just progressively worsened.  She denies any numbness or tingling to the lower extremity.

**PERSONAL MEDICAL HISTORY** is remarkable for asthma. She does not list any prior surgical history.  She does not list any current medications that she is currently taking and does not know of any drug allergies.  She denies being pregnant at this time.

**FAMILY MEDICAL HISTORY**  is remarkable for arthritis, hypertension, stroke, and asthma.

**X-RAYS OF THE LUMBAR SPINE** were taken at our office today and were unremarkable except for scoliosis to the lower thoracic and lumbar spine.

ORTHOPEDICS • BACK DISORDERS • HAND DISORDERS
SPORTS MEDICINE • OCCUPATIONAL MEDICINE

Dr. Osunkoya
RE: **DEMETRIA BAILEY**
November 19, 2004
Page 2

## PHYSICAL EXAM OF THE LUMBAR SPINE:

She has a negative bilateral straight leg raise.

She has full flexion, full extension, and full lateral bending with minimal guarding or tightness noted.

She admits to having taken medication prior to coming in, although she does not state what the medication was, and states she is not feeling much pain at this time.

**DIAGNOSIS:**   Chronic lumbar strain
Scoliosis, lower thoracic/lumbar sprain

**TREATMENT:**  The patient has been put on Soma 350 mg. 1 p.o.qhs. #30 and Lodine 400 mg.  #60, 1 p.o. b.i.d. with food.  I have also written a PT note for the patient as well.  We will see her in 1 month for re-evaluation.  If she has any problems or concerns prior to her next visit, she is to give our office a call.

Thank you for the referral of this patient.

Sincerely,

Richard P. DuShuttle, M.D.

RPD/jm/it

```
                             KENT GENERAL HOSPITAL
                          DOVER, DELAWARE 19901
   NAME: BAILEY,DEMETRIA D         LOC: OP                    PAGE:1
   AGE:  23Y    SEX: F             ADM DATE: 12/06/2004
   BIRTHDATE: 01/12/1981                                      MR#: 1114765
   CLINICIAN: OSUNKOYA, ABIMBOLA   PT PHONE#:(302)698-1324    AC#: K0434100494
                                   PRINTED:12/08/200421:03
   ================= PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA =================
```

************* SMITHKLINE BEECHAM CLINICAL LABORATORIES **************

12/06/04
+    1340 HEPATITIS PAN W/C
          HEPATITIS B SURF AG      NON REACTIVE
                                   Reported range:
                                    Normal: NON REACTIVE
                                   (NOTE)

          Test performed at:

          QUEST DIAGNOSTICS-HORSHAM
          900 BUSINESS CENTER DRIVE
          HORSHAM, PA 19044

          PERFORMED AT SKBL

          HEPATITIS B CORE IGM     NON REACTIVE
                                   PERFORMED AT SKBL
                                   Reported range:
                                    Normal: NON REACTIVE
          HEPATITIS A IGM          NON REACTIVE
                                   Reported range:
                                    Normal: NON REACTIVE
                                   (NOTE)

          Test performed at:

          QUEST DIAGNOSTICS-HORSHAM
          900 BUSINESS CENTER DRIVE
          HORSHAM, PA 19044

          PERFORMED AT SKBL

          HEPATITIS C AB/I         NON REACTIVE
                                   Reported range:
                                    Normal: NON REACTIVE
                                   (NOTE)

     A NON-REACTIVE TEST RESULT DOES NOT EXCLUDE THE

                                      <<RESULTS CONTINUED ON NEXT PAGE>>



                              CONTINUED

     PAGE:    1
     DEMETRIA D BAILEY                     H #: 1114765
     NEW DATA ONLY                         LOC: OP
```

```
                    KENT GENERAL HOSPITAL
                    DOVER, DELAWARE 19901
NAME: BAILEY,DEMETRIA D        LOC: OP                PAGE:2
AGE:  23Y    SEX: F            ADM DATE: 12/06/2004
BIRTHDATE: 01/12/1981                                 MR#: 1114765
CLINICIAN: OSUNKOYA, ABIMBOLA     PT PHONE#:(302)698-1324   AC#: K0434100494
                                  PRINTED:12/08/200421:03
================= PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA =================
```

************* SMITHKLINE BEECHAM CLINICAL LABORATORIES *************

```
HEPATITIS PAN W/C            <<CONTINUED FROM PREVIOUS PAGE>>
POSSIBILITY OF HCV INFECTION SINCE THE TIME FOR
SEROCONVERSION IS VARIABLE.
PERFORMED AT SKBL
```

END OF REPORT

```
PAGE:   2
DEMETRIA D BAILEY                H #: 1114765
NEW DATA ONLY                    LOC: OP
```

```
                        KENT GENERAL HOSPITAL
                      DOVER, DELAWARE 19901
                                                      PAGE:1
  NAME: BAILEY,DEMETRIA D        LOC: OP
  AGE:  23Y    SEX: F            ADM DATE: 12/06/2004
  BIRTHDATE: 01/12/1981                                MR#: 1114765
  CLINICIAN: OSUNKOYA, ABIMBOLA    PT PHONE#:(302)698-1324  AC#: K0434100494
                                  PRINTED:12/07/200420:26
  ================== PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA ==================
```

```
               *************** MILFORD MEMORIAL HOSPITAL LABORATORY ***************

  DATE:                         12/06/04
  TIME:                         +1340            NORMAL    UNITS
  FOOTNOTE:                     #1

  RPR                           NONREACTIVE       NR
  FSH                               3.2                    MIU/ML
  FSH NORMAL RANGE SEE BELOW
  LH                                2.1                    MIU/ML
  LH NORMAL RANGE SEE BELOW

     #1 FSH NORMAL RANGE SEE BELOW = FOLLICULAR PHASE     2.8-14.4 MIU/ML
                                     MIDCYCLE              5.8-21.0 MIU/ML
                                     LUTEAL PHASE          1.2-9.0 MIU/ML
                                     POST MENOPAUSAL       9.7-111 MIU/ML
                                     MALE                  0.7-11.1 MIU/ML
        LH NORMAL RANGE SEE BELOW = FOLLICULAR PHASE     1.1-11.6 MIU/ML
                                     MIDCYCLE             17-77 MIU/ML
                                     LUTEAL PHASE         0-14.7 MIU/ML
                                     POST MENOPAUSAL      11.3-39.8 MIU/ML
                                     MALE                 0.8-7.6 MIU/ML
```

                              END OF REPORT

**LabCorp**

| Specimen # | Primary Lab | Report Status | | |
|---|---|---|---|---|
| 149-306-5738-0 | S | RN | FINAL | PG | 1 |

XI 1

TIME 1302    Additional Information

Clinical Information                                    05/29/04  16:05 ET

DOB: 01/12/81
CD- 92006752647     FASTING N

Physician ID  OSUNKOYA A   Patient ID
                 OSUNKOYA        222627145

Patient Name
     302-698-1324
BAILEY, DEMETRIA D         Sex   Age (Yr/Mos)
                            F     023/04

Account  UPIN: G76033
DELAWARE PRIMARY CARE                        07200685
                                                  DH
938B S BRADFORD ST                                DH

Patient Address 589 MILLIGAN LN
Magnolia        , DE   19962-

DOVER            , DE  19904-
302-730-0554       DEW

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 05/28/04 | 05/29/04 | 05/29/04 | 2638 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Rheumatoid Arthritis Factor | | | | | |
| RA Latex Turbid. | 5.0 | | IU/mL | 0.0 - 13.9 | RN |
| Sedimentation Rate-Westergren | 5 | | mm/hr | 0 - 20 | RN |
| Antinuclear Antibodies (ANA) | | | | Neg <=1:40 | RN |
| | NEGATIVE | | | | |

Negative for all staining
patterns including Anti-
Centromere. ANA patterns
routinely detected include:
Smooth (homogenous or diffuse),
Nucleolar, Speckled, Centromere,
Peripheral, and Spindle. Hep-2
substrate used.

| | | | | | |
|---|---|---|---|---|---|
| | | | Negative | <=1:40 | |
| | | | Borderline | =1:80 | |
| | | | Positive | >=1:160 | |

| C-Reactive Protein, Quant | 3.6 | | mg/L | 0.0 - 4.9 | RN |

-----------------------------------------------------------------------
LAB: RN LabCorp Raritan            DIRECTOR: Irene Isaac, MD
     69 First Avenue Raritan, NJ 08869-0000
-----------------------------------------------------------------------

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-633-5221 LAB: 908-526-2400
                          LAST PAGE OF REPORT



BAILEY, DEMETRIA D      PATID: 222627145    SPEC DATE: 05/29/2004

**REPORT**

Universal #1



**Bayhealth** *Medical Center*

Bayhealth Medical Center
Kent General Hospital
Dover, DE 19901

**DIAGNOSTIC IMAGING
CONSULTATION REPORT**

| | |
|---|---|
| **PATIENT:** BAILEY,DEMETRIA D | **MR#:** 001114765 |
| **ADDRESS:** 539   MILLCHOP LANE | **DATE:** 05/28/04 1340 |
| **SS#** 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 | **PHONE:** (302)698-1324 |
| **D.O.B.:** 01/12/81 | **AGE:** 23Y |
| **ACCT#** K0414900383 | **LOCATION:** OPK |
| **CC:** OSUNKOYA,ABIMBOLA O  OSUNKOYA,ABIMBOLA O | **Check-in No.** 828996 |
| | **ORDERING PHYSICIAN:** OSUNKOYA,ABIMBOLA O |

```
Chk-in #    Order    Exam
 828996     0001     90120    KXR CHEST PA/LATERAL 71020
                              Ord Diag: 786.2-COUGH
```

Clinical history is cough and chest pain.

COMMENT:   PA and lateral chest radiographs demonstrate well
aerated and clear lungs.   The cardiomediastinal silhouette,
hilar regions, and pleural surfaces are within normal limits.

IMPRESSION: Normal chest.

VE  05/28/04 1716

05/28/04 1716
FINAL

Interpreted By:  VICTORIA E KONG M.D., Radiologist

Approved By:  / VICTORIA E KONG M.D., Radiologist

VICTORIA E KONG M.D., Radiologist

**Deliver to:**

OSUNKOYA,ABIMBOLA O
938 B SOUTH BRADFORD ST
DOVER      DE      19901

Raphael Caccese Jr., M.D.          Victoria E. Kong, M.D.
Michael A. Amygdalos, M.D.         Michael F. Polise, D.O.
Martin G. Begley, M.D.             Rachel E. Taylor, M.D.
Ravi S. Kasat, M.D.                Thomas E. Vaughan, M.D.

Kent Diagnostic Radiology Association, P.A.

**LabCorp**®

| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 032-526-3022-0 | 6 | RN | PRELIM PG 1 |

Additional Information

CO- 7630517023

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| BAILEY, DEMETRIUS | | |

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 12/05/02 | 12/05/02 | 12/07/02 | 6382 |

Clinic Information

DELAWARE PRIMARY CARE          372327
                                    EM
9308 S BRADFORD ST              EM
DOVER            , DE  19904-
302-730-2554  DEM

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHLAMYDIA/GC (WITH REFLEX) | | | | | |

C. TRACHOMATIS (WITH REFLEX)
    NEGATIVE;
    for Chlamydia trachomatis by DNA probe.
N. GONORRHOEAE (WITH REFLEX)
    NEGATIVE;
    for Neisseria gonorrhoeae by DNA probe.

            Note: Test valid for male urethral and female
                  endocervical specimens only

GENITAL CULTURE, ROUTINE                        WILL FOLLOW

    LAB: RN LABCORP RARITAN          DIRECTOR: MARLENE DESQUITADO, MD
         69 FIRST AVE RARITAN, NJ 08069-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-633-5281 LAB: 908-526-2400
                        LAST PAGE OF REPORT

©2002 Laboratory Corporation of America® Holdings
All Rights Reserved

```
                    KENT GENERAL HOSPITAL
                   DOVER, DELAWARE 19901
  NAME: BAILEY,DEMETRIA D         LOC: OP                PAGE:1
  AGE:   21Y    SEX: F            ADM DATE: 12/30/2002
  BIRTHDATE: 01/12/1981                                  MR#: 1114765
  CLINICIAN: OSUNKOYA, ABIMBOLA   PT PHONE#:(302)698-0782 AC#: 0236400282
                                  PRINTED:12/31/200210:56
  ================= PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA ================
```

```
           ************** SMITHKLINE BEECHAM CLINICAL LABORATORIES *************
```

```
12/30/02
+   1150 TIBC
           IRON                    L16              UG/DL
                                    PERFORMED AT SKBL
                                    Reported range:
                                     Normal: 35 to 175
                                    Unit: MCG/DL
           IRON BINDING CAPACIT    H450
                                    PERFORMED AT SKBL
                                    Reported range:
                                     Normal: 250 to 400
                                    Unit: MCG/DL
           % SATURATION            L4
                                    Reported range:
                                     Normal: 15 to 50
                                    Unit: % (CALC)
                                    (NOTE)

       Test performed at:

       QUEST DIAGNOSTICS-HORSHAM
       900 BUSINESS CENTER DRIVE
       HORSHAM, PA 19044

       PERFORMED AT SKBL
```

```
                           END OF REPORT
       PAGE:    1
       DEMETRIA D BAILEY                    H #: 1114765
       NEW DATA ONLY                        LOC: OP
```

```
                          KENT GENERAL HOSPITAL
                          DOVER, DELAWARE 19901
    NAME: BAILEY,DEMETRIA D         LOC: OP                    PAGE:1
    AGE:  21Y    SEX: F             ADM DATE: 12/30/2002
    BIRTHDATE: 01/12/1981                                   MR#: 1114765
    CLINICIAN: OSUNKOYA, ABIMBOLA     PT PHONE#:(302)698-0782  AC#: 0236400282
                                      PRINTED:12/30/200220:26
    ================= PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA =================
```

```
        ********************** SPECIAL CHEMISTRY **********************
```

```
DAY:                          1
DATE:                     12/30/02
TIME:                      +1150
LOC:                        OP                      NORMAL     UNITS


FERRITIN                    5.0 L                23.9-336.2 NG/ML
```

```
                             END OF REPORT
    PAGE:    1
    DEMETRIA D BAILEY                        H #: 1114765
    NEW DATA ONLY                            LOC: OP
```

```
                          KENT GENERAL HOSPITAL
                          DOVER, DELAWARE 19901              .
   NAME: BAILEY,DEMETRIA D            LOC: OP                     PAGE:1
   AGE:  21Y    SEX: F               ADM DATE: 12/30/2002
   BIRTHDATE: 01/12/1981                                         MR#: 1114765
   CLINICIAN: OSUNKOYA, ABIMBOLA     PT PHONE#:(302)698-0782  AC#: 0236400282
                                     PRINTED:12/31/200220:26
  ================== PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA ==================
```

```
              ************** SMITHKLINE BEECHAM CLINICAL LABORATORIES *************
```

12/30/02
+    1150 FOLIC ACID/I
              FOLIC ACID TEST          8.0                 NG/ML
                                       (NOTE)

                   LOW:     < 3.4
           BORDERLINE:      3.4-5.4
               NORMAL:      > 5.4


         Test performed at:

         QUEST DIAGNOSTICS-HORSHAM
         900 BUSINESS CENTER DRIVE
         HORSHAM, PA 19044

         PERFORMED AT SKBL



              ************** SMITHKLINE BEECHAM CLINICAL LABORATORIES *************

12/30/02
+    1150 VITAMIN B12/I
              VITAMIN B12 TEST         406                 PG/ML
                                       Reported range:
                                        Normal: 200 to 1100
                                       (NOTE)

         Test performed at:

         QUEST DIAGNOSTICS-HORSHAM
         900 BUSINESS CENTER DRIVE
         HORSHAM, PA 19044

         PERFORMED AT SKBL




                              END OF REPORT
      PAGE:    1
      DEMETRIA D BAILEY                       H #: 1114765
      NEW DATA ONLY                           LOC: OP
```

```
                    KENT GENERAL HOSPITAL
                    DOVER, DELAWARE 19901
   NAME: BAILEY,DEMETRIA D          LOC: OP                 PAGE:3
   AGE:  21Y    SEX: F              ADM DATE: 12/10/2002
   BIRTHDATE: 01/12/1981                                    MR#: 1114765
   CLINICIAN: OSUNKOYA, ABIMBOLA    PT PHONE#:(302)698-0782 AC#: 0234400026
                                    PRINTED:12/10/200210:56
  ================== PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA ==================
```

```
        *********************** SPECIAL CHEMISTRY ***********************
DAY:                          1
DATE:                     12/10/02
TIME:                       +0715                      NORMAL      UNITS
LOC:                         OP

TSH                         1.80                      0.5-4.7    UIU/ML
```

END OF REPORT

```
PAGE:    3
DEMETRIA D BAILEY                    H #: 1114765
NEW DATA ONLY                        LOC: OP
```

LabCorp®

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |

GYN REPORT

TEST ORDERED:
122242 GYN PAP RFX H-R HPV
Number of Slides = 1

SOURCE:
CERVIX

CLINICAL HISTORY:
V76.2 ; SCREENING FOR MALIGNANT NEOPLASM OF THE CERVIX

*****************************************************************
DIAGNOSIS:
EPITHELIAL CELL ABNORMALITY.
LOW-GRADE SQUAMOUS INTRAEPITHELIAL LESION (LGSIL): MILD DYPLASIA AND
HUMAN PAPILLOMAVIRUS EFFECTS ARE PRESENT (CIN 1).

SPECIMEN ADEQUACY:
SATISFACTORY FOR EVALUATION. ENDOCERVICAL AND/OR SQUAMOUS METAPLASTIC
CELLS (ENDOCERVICAL COMPONENT) ARE PRESENT.
*****************************************************************

RECOMMENDATIONS:
SUGGEST COLPOSCOPY AND BIOPSY IF INDICATED.

PERFORMED BY:

                    KATHLEEN ADAIR, CYTOTECHNOLOGIST

ELECTRONICALLY SIGNED:

                    SUSAN M DONNELLY, MD, PATHOLOGIST
LIQUID PAP W/HR RFX IN REDUX

THE PAP SMEAR IS A SCREENING TEST DESIGNED TO AID IN THE DETECTION
OF PREMALIGNANT AND MALIGNANT CONDITIONS OF THE UTERINE CERVIX. IT
IS NOT A DIAGNOSTIC PROCEDURE AND SHOULD NOT BE USED AS THE SOLE
MEANS OF DETECTING CERVICAL CANCER. BOTH FALSE-POSITIVE AND FALSE-
NEGATIVE REPORTS DO OCCUR.

        Comments: HPV DNA TESTING WAS NOT INDICATED FOR THIS SPECIMEN.

        ©2002 Laboratory Corporation of America®
        All Rights

```
                        KENT GENERAL HOSPITAL
                        DOVER, DELAWARE 19901
   NAME: BAILEY,DEMETRIA D          LOC: OP                     PAGE:2
   AGE:  21Y    SEX: F              ADM DATE: 12/10/2002
   BIRTHDATE: 01/12/1981                                        MR#: 1114765
   CLINICIAN: OSUNKOYA, ABIMBOLA    PT PHONE#:(302)698-0782     AC#: 0234400026
                                    PRINTED:12/10/200210:56
   ================= PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA =================
```

*********************** CHEMISTRY PROFILE ***********************

| | | NORMAL | UNITS |
|---|---|---|---|
| DATE: | 12/10 | | |
| TIME: | +0715 | | |
| GLUCOSE | 90 | 70-140 | MG/DL |
| BUN | 7 | 7-20 | MG/DL |
| CREATININE | 1.0 | 0.5-1.4 | MG/DL |
| SODIUM | 142 | 136-145 | MMOL/L |
| POTASSIUM | 3.5 | 3.5-5.1 | MMOL/L |
| CHLORIDE | 106 | 98-108 | MMOL/L |
| CO2 | 23.5 | 21.0-29.0 | MMOL/L |
| CALCIUM | 8.9 | 8.5-10.2 | MG/DL |
| TOTAL BILI | 0.4 | 0.0-1.5 | MG/DL |
| ALT | 26 | 15-55 | IU/L |
| AST | 10 L | 15-37 | U/L |
| ALK PHOS | 98 | 50-136 | U/L |
| PROTEIN, TOTAL | 6.9 | 6.4-8.2 | G/DL |
| ALBUMIN | 3.3 L | 3.4-5.0 | G/DL |
| CALC VALUES | | | |
| ANION GAP | 13 | | |
| BUN/CREATININE | 7 | | |
| OSMOLALITY | 281 | | |
| GLOBULIN | 3.6 | 1.7-4.0 | G/DL |
| A/G RATIO | 0.9 L | 1.5-3.0 | RATIO |

*********************** CARDIOVASCULAR EVAL. ***********************

| | | NORMAL | UNITS |
|---|---|---|---|
| DATE: | 12/10 | | |
| TIME: | +0715 | | |
| TRIGLYCERIDES | 80 | 20-150 | MG/DL |
| CHOLESTEROL | 174 | <200 | MG/DL |
| HDL | 44.0 | >35.0 | MG/DL |
| LDL | 114.0 | <130 | MG/DL |
| CHOL/HDL | 3.95 | <4.44 | |

CONTINUED

```
   PAGE:    2
   DEMETRIA D BAILEY                    H #: 1114765
   NEW DATA ONLY                        LOC: OP
```

```
                         KENT GENERAL HOSPITAL
                         DOVER, DELAWARE 19901
   NAME: BAILEY,DEMETRIA D            LOC: OP              PAGE:1
   AGE:   21Y    SEX: F               ADM DATE: 12/10/2002
   BIRTHDATE: 01/12/1981                                   MR#: 1114765
   CLINICIAN: OSUNKOYA, ABIMBOLA      PT PHONE#:(302)698-0782   AC#: 0234400026
                                      PRINTED:12/10/200210:56
   ================== PHYSICIAN COPY FOR DR: OSUNKOYA, ABIMBOLA =================
```

```
         ********************** COMPLETE BLOOD COUNT ********************
```

| | | NORMAL | UNITS |
|---|---|---|---|
| DATE: | 12/10/02 | | |
| TIME: | +0715 | | |
| | | | |
| WBC | 14.7 H | 4.3-10.3 | K/UL |
| RBC | 4.58 | 4.0-5.2 | M/UL |
| HGB | 11.6 L | 12.0-16.0 | GM/DL |
| HCT | 35.7 L | 37-47 | % |
| MCV | 77.8 L | 80-100 | FL |
| MCH | 25.2 L | 27-31 | PG/CELL |
| MCHC | 32.4 | 32-36 | GH/DL |
| RDW | 17.5 H | 0-14.5 | % |
| PLT | 268 | 150-400 | K/UL |
| MPV | 10.5 H | 7.4-10.4 | FL |

```
         ********************** DIFFERENTIAL ***************************
```

| | | NORMAL | UNITS |
|---|---|---|---|
| DATE: | 12/10/02 | | |
| TIME: | +0715 | | |
| FOOTNOTE: | #1 | | |
| | | | |
| NEUT | 51.9 | 34.6-71.4 | % |
| LYMPH | 41.3 | 19.6-52.7 | % |
| MONO | 5.5 | 1.7-9.3 | % |
| EOSIN | 1.1 | 0.0-7.8 | % |
| BASO | 0.2 | 0.0-1.8 | % |
| | | | |
| ABS. NEUT | 7.6 H | 1.4-6.5 | K/UL |
| ABS. LYMPH | 6.1 H | 1.0-3.6 | K/UL |
| ABS. MON | 0.8 | 0.1-0.95 | K/UL |
| ABS EOSIN | 0.2 | 0.0-0.7 | K/UL |
| ABS. BASO | 0.0 | 0.0-0.15 | K/UL |

```
   #1 ABS. NEUT,ABS. LYMPH = H
```

```
                              CONTINUED
       PAGE:   1
       DEMETRIA D BAILEY                    H #: 1114765
       NEW DATA ONLY                        LOC: OP
```



Bayhealth Medical Center
Kent General Hospital
Dover, DE 19901

**DIAGNOSTIC IMAGING
CONSULTATION REPORT**

| | |
|---|---|
| **PATIENT:** BAILEY,DEMETRIA D | **MR#:** 001114765 |
| **ADDRESS:** 388 MILLCHOP LANE | **DATE:** 12/10/02 0705 |
| **SS#** 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 | **PHONE:** (302)698-0782 |
| **D.O.B.:** 01/12/81 | **AGE:** 21Y |
| **ACCT#** K0234400026 | **LOCATION:** OPK |
| **CC:** OSUNKOYA,ABIMBOLA O | **Check-in No.** 564960 |
| OSUNKOYA,ABIMBOLA O | **ORDERING PHYSICIAN:** OSUNKOYA,ABIMBOLA O |

```
Chk-in #    Order     Exam
  564960    0003      90270    KXR SPINE LUMBOSACRAL COMP 72110
                               Ord Diag: 724.5-BACKACHE NOS
```

HISTORY:Back pain

IMPRESSION: No evidence of spondylolysis or spondylolisthesis.

COMMENTS: Radiographic examination of the lumbar spine is
performed.   A.P., lateral, both oblique views are obtained.
The vertebral bodies are maintained in height.   The disc
spaces are normal in height.   No evidence of spondylolysis or
spondylolisthesis is seen.   No fractures are identified.


MA  12/10/02 1050

12/10/02 1050
FINAL

Interpreted By:  MICHAEL AMYGDALOS M.D., Radiologist

Approved By:  / MICHAEL AMYGDALOS M.D., Radiologist

MICHAEL AMYGDALOS M.D., Radiologi

**Deliver to:**

OSUNKOYA,ABIMBOLA O
938 B SOUTH BRADFORD ST
DOVER   DE     19901

Raphael Caccese Jr., M.D.
Michael A. Amygdalos, M.D.
Martin G. Begley, M.D.
Ravi S. Kasat, M.D.

Victoria E. Kong, M.D.
Michael F. Polise, D.O.
Rachel E. Taylor, M.D.
Thomas E. Vaughan, M.D.

Kent Diagnostic Radiology Association, P.A.



**Bayhealth**
*Medical Center*

Bayhealth Medical Center
Kent General Hospital
Dover, DE 19901

**DIAGNOSTIC IMAGING
CONSULTATION REPORT**

| | |
|---|---|
| **PATIENT:** BAILEY, DEMETRIA D | **MR#:** 001114765 |
| **ADDRESS:** 388 MILLCHOP LANE | **DATE:** 12/10/02 0705 |
| **SS#** 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 | **PHONE:** (302)698-0782 |
| **D.O.B.:** 01/12/81 | **AGE:** 21Y |
| **ACCT#** K0234400026 | **LOCATION:** OPK |
| **CC:** OSUNKOYA, ABIMBOLA O<br>OSUNKOYA, ABIMBOLA O | **Check-in No.** 564960 |
| | **ORDERING PHYSICIAN:** OSUNKOYA, ABIMBOLA O |

| Chk-in # | Order | Exam | |
|---|---|---|---|
| 564960 | 0003 | 90240 | KXR SPINE CERVICAL COMPLETE 72050 |
| | | | Ord Diag: 723.1-CERVICALGIA |

HISTORY: Pain

IMPRESSION:  No abnormality identified.

COMMENT:  Radiographic examination of the cervical spine is
performed.  A.P., lateral, both oblique, and open-mouth
odontoid views are obtained.  All seven cervical vertebral
bodies are seen on the lateral projection.  No evidence of
fracture or malalignment is identified.  The prevertebral soft
tissues are normal in caliber.


MA  12/10/02 1048

12/10/02 1048
FINAL

Interpreted By:  MICHAEL AMYGDALOS M.D., Radiologist

Approved By:  / MICHAEL AMYGDALOS M.D., Radiologist

MICHAEL AMYGDALOS M.D., Radiologi

**Deliver to:**

OSUNKOYA, ABIMBOLA O
938 B SOUTH BRADFORD ST
DOVER   DE   19901

| | |
|---|---|
| Raphael Caccese Jr., M.D. | Victoria E. Kong, M.D. |
| Michael A. Amygdalos, M.D. | Michael F. Polise, D.O. |
| Martin G. Begley, M.D. | Rachel E. Taylor, M.D. |
| Ravi S. Kasat, M.D. | Thomas E. Vaughan, M.D. |

Kent Diagnostic Radiology Association, P.A.



**Bayhealth** *Medical Center*

Bayhealth Medical Center
Kent General Hospital
Dover, DE 19901

**DIAGNOSTIC IMAGING
CONSULTATION REPORT**

| | |
|---|---|
| **PATIENT:** BAILEY,DEMETRIA D | **MR#:** 001114765 |
| **ADDRESS:** 388 MILLCHOP LANE | **DATE:** 12/10/02 0705 |
| **SS#** 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 | **PHONE:** (302)698-0782 |
| **D.O.B.:** 01/12/81 | **AGE:** 21Y |
| **ACCT#** K0234400026 | **LOCATION:** OPK |
| **CC:** OSUNKOYA,ABIMBOLA O | **Check-in No.** 564960 |
| OSUNKOYA,ABIMBOLA O | |
| | **ORDERING PHYSICIAN:** OSUNKOYA,ABIMBOLA O |

```
    Chk-in #    Order     Exam
    564960      0003      90310    KXR SPINE THORA AP/LAT/SWIM 72072
                                   Ord Diag: 724.5-BACKACHE NOS
```

HISTORY: Pain

IMPRESSION: No evidence of fracture or malalignment.

COMMENTS: A.P. and lateral views of the thoracic spine are
obtained.   A swimmer's view is also performed.   No evidence
of fracture or malalignment is seen.   A minimal scoliosis is
present with the curve convex to the right.

MA  12/10/02 1049

12/10/02 1049
FINAL

Interpreted By:  MICHAEL AMYGDALOS M.D., Radiologist

Approved By:  / MICHAEL AMYGDALOS M.D., Radiologist

_Michael_ (signature)

MICHAEL AMYGDALOS M.D., Radiologi

**Deliver to:**

OSUNKOYA,ABIMBOLA O
938 B SOUTH BRADFORD ST
DOVER    DE    19901

Raphael Caccese Jr., M.D.          Victoria E. Kong, M.D.
Michael A. Amygdalos, M.D.         Michael F. Polise, D.O.
Martin G. Begley, M.D.             Rachel E. Taylor, M.D.
Ravi S. Kasat, M.D.                Thomas E. Vaughan, M.D.

Kent Diagnostic Radiology Association, P.A.

**LabCorp**®

239-326-2332-0   S   RN   FINAL   DG   1

Clinical Information                           12/10/02   76-05

| Physician ID | | Patient ID | |

ID- 005505170003

| Patient Name | | Sex | Age (Yr/Mos) |

BAILEY, DEMETRIUS

Account

DELAWARE PRIMARY CARE                          373306
                                                       DH
939B S BRADFORD ST                                     DH
DOVER          , DE  19904-
302-738-0554     REV:

| Date Collected | Date Entered | Date Reported | |
| 12/05/02 | 12/05/02 | 12/10/02 | 5400 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |

CHLAMYDIA. GC (WITH REFLEX)
C. TRACHOMATIS (WITH REFLEX)
    NEGATIVE:
    for Chlamydia trachomatis by DNA probe.
N. GONORRHOEAE (WITH REFLEX)
    NEGATIVE:
    for Neisseria gonorrhoeae by DNA probe.

           Note: Test valid for male urethral and female
                 endocervical specimens only

GENITAL CULTURE, ROUTINE              Final report.
RESULT 1                              Normal flora present.

  LAB: RN LABCORP RARITAN              DIRECTOR: MARLENE DESQUITADO, MD
       69 FIRST AVE RARITAN, NJ 08869-0200


FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-633-5221 LAB: 908-526-241
                    LAST PAGE OF REPORT

©2002 Laboratory Corporation of America® Holdings
All Rights Reserved

ABNORMAL PAP REPORT

**Laboratory Corporation of America**
**Pathology Report**
212 Cherry Lane
New Castle, DE   19720
302-655-5227

## DEPARTMENT OF PATHOLOGY

Patient:  BAILEY,DEMETRIE                          Specimen #: CDE2002-133152
So Sec #:                                          Patient ID:
DOB/Age/Sex:              F                        1100 Ref #: 340-G30-0343-0
Age (if birthdate unknown):                        Taken:     12/04/2002
Req Phys: OSKUNKOYA A                               Received:  12/04/2002
MDA(S): DELAWARE PRIMARY CARE                       Reported:  12/11/2002
Account #:     07200685

**TEST ORDERED/SOURCE:**         192047 GYN PAP RFX H-R HPV
                                 CERVIX

**CLINICAL HISTORY:**
Menstrual Status: {Not provided}

============================================================================
FINAL DIAGNOSIS:

**EPITHELIAL CELL ABNORMALITY.**
**LOW-GRADE SQUAMOUS INTRAEPITHELIAL LESION (LGSIL); MILD DYSPLASIA AND**
**HUMAN PAPILLOMAVIRUS EFFECTS ARE PRESENT (CIN I).**

**SPECIMEN ADEQUACY:**
**SATISFACTORY FOR EVALUATION. ENDOCERVICAL AND/OR SQUAMOUS METAPLASTIC**
**CELLS (ENDOCERVICAL COMPONENT) ARE PRESENT.**

**RECOMMENDATIONS:**
**SUGGEST COLPOSCOPY AND BIOPSY IF INDICATED.**

**\*Performed By\***
**Kathleen A Adair, CT**

Rf + Dr Klum

**\* Report Electronically Signed \***
**SUSAN M.DONNELLY,MD**
============================================================================

THE PAP SMEAR IS A SCREENING TEST DESIGNED TO AID IN THE DETECTION
OF PREMALIGNANT AND MALIGNANT CONDITIONS OF THE UTERINE CERVIX. IT
IS NOT A DIAGNOSTIC PROCEDURE AND SHOULD NOT BE USED AS THE SOLE
MEANS OF DETECTING CERVICAL CANCER. BOTH FALSE-POSITIVE AND FALSE-
NEGATIVE REPORTS DO OCCUR.

**BAILEY,DEMETRIE**

End of Report

302 730 1175


Rehabilitation
Centers at Bayhealth

Milford Memorial Hospital
21 West Clarke Avenue
Milford, DE 19963
Fax- 430-5351
Phone- 430-5706

Kent General Hospital
640 S. State Street
Dover, DE 19901
Fax- 735-3257
Phone- 744-7095

BAILEY, DEMETRIA D
K03008-00299                              PTK
388 MILLCHOP LANE          00-1114765
MAGNOLIA, DE 19962        (302)698-0782
SEX:F REL:NO  DOB:01/12/1981 21Y
OSUNKOYA, ABIMBOLA            01/08/03

## PHYSICAL THERAPY LUMBAR EVALUATION

### PAGE 2

PATIENT: _Demetria D Bailey_          EVALUATION DATE: _1/8/03_

SENSATION _intact_

PALPATION _tenderness along spinous processes (L-T ..)_
_localized tenderness @ ... @ PSIS_

SPECIAL TESTS _+ ... dysfunction   Posterior ..._

OTHER OBSERVATIONS/COMMENTS _extremely flat feet @_
_@ ... valgus_
_... thumbs._

### EVALUATION AND TREATMENT PLAN DISCUSSED WITH PATIENT        ✓ YES ____ NO

TREATMENT INITIATED _Evaluation. Instructed ... ... ..._
_and initiated postural education_

ASSESSMENT: _Unable to determine functional ... ... ... has_
_increased cervical & lumbar lordosis, with ..._
_spinal segmental hypermobility, postural dysfunction and ..._
_joint dysfunction. ... Posterior Innominate. ... has potential_
_... pt. ... valgus. Pt will benefit from PT for postural_

PT GOALS: _..._                          TARGET DATE

PLAN: _... ... for postural education ..._
_strengthening, ... ..._

_____
Physical Therapist's Signature  -  Date

Revised 01/02

Milford Memorial Hospital
21 West Clarke Avenue
Milford, DE 19963
Fax- 430-5351
Phone- 430-5706

Kent General Hospital
640 S. State Street
Dover, DE 19901
Fax- 735-3257
Phone- 744-7095

BAILEY, DEMETRIA D
K03008-00299
388 MILLCHOP LANE
MAGNOLIA, DE 19962
SEX:F REL:NO   DOB:01/12/1981 21Y
OSUNKOYA, ABIMBOLA

00-1114765        PTK
(302)698-0782

01/08/03

# PHYSICAL THERAPY LUMBAR EVALUATION

**EVALUATION DATE:** 1/8/03

**PATIENT:** Demetria D Bailey     **BIRTHDATE:** 1/12/81   **MD** Osunkoya

**PHYSICIAN'S ORDERS:** 3x/wk for 4 weeks

**DIAGNOSIS/HISTORY:** 21 yr female c Ex mild scoliosis

**PREVIOUS MEDICAL HISTORY/PRECAUTIONS:** Asthma

**SUBJECTIVE:** Have had the back pain since 1999 but recently the pain has gotten a whole lot worse + now I can't sleep and I can't sit > 20 min and I'm supposed to go back to school Jan 21st. Wakes me up @ night & hurts when I get up from sitting.

**PAIN ASSESSMENT (LOCATION,INTENSITY,DESCRIPTION):** 7/10 across top of shld blades down spine (cervical/thoracic/lumbar) + across low back

**PATIENT GOALS:** To be able to sleep a little better and sit without bad pain

**OBJECTIVE:** obese female with shoulder @ posture, forward head/neck rounded shoulders. Increased cervical + lumbar curve

## LUMBAR INCLINOMETER MEASURMENTS
| | |
|---|---|
| Flexion | 30 |
| Extension | 20 |
| Side-bending (R) | 12 |
| Side-bending (L) | 10 |

## STRAIGHT LEG RAISES (supine)
| | (L) LE | (R) LE |
|---|---|---|
| Active | 90 | 80 |
| Passive | 90 | 80 |

## DTR'S
| | (L) LE | (R) LE |
|---|---|---|
| Patellar | 2+ | 2+ |
| Achilles | 2+ | 2+ |

## MMT
| | (L) LE | (R) LE |
|---|---|---|
| Hip Flexion | 4/5 | 4/5 |
| Knee Extension | | |
| Ankle Dorsiflexion | | |
| EHL | | |

Revised 01/02

Continued: