IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : |
| v | : |
| RONALD I. LEBMAN, M.D., et al | : |

C.A. No. 04-1540-GMS

## CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 12th day of September, 2005, a correct copy of Plaintiffs' Answer to Defendants' Motion to Compel was served upon the counsel listed below via U.S. Mail and ECF.

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY:_____
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
and

**KLINE & SPECTER**
*A Professional Corporation*

BY:  S/Joshua Van Naarden, Esquire
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiff
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19102
(215) 772-1000

**Dated:**