IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : | C.A. No. 04-1540-GMS |
| v | : : | |
| RONALD I. LEBMAN, M.D., et al | : | |

### ORDER

    AND NOW, this     day of          , 2005, upon consideration of Defendants' Motion to Compel Discovery and Plaintiffs' response hereto, IT IS ORDERED that Defendants' Motion is Denied.

                                                                                      GREGORY M. SLEET, J.