**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6508
Writer's Telecopy Number: (302) 888-6549
Writer's E-Mail Address: METurner@prickett.com

September 23, 2005

*Via Electronic Filing – District Court*

The Hon. Gregory M. Sleet
United States District Court Judge
844 King Street
Lock Box 19
Wilmington, DE 19801

    *In re:*    *Debbie Bailey v. Bayhealth Medical Center, Inc., et.al.*
                  *C. A. No. 04-1540-GMS*

Dear Judge Sleet:

    In connection with Defendants' Motion to Compel Discovery, which we are scheduled to discuss with Your Honor on Monday morning, September 26, 2005 at 9:00 a.m. by teleconference, I prepared a Joint Agenda which I sent to Plaintiffs' counsel as being the issues remaining for resolution by the Court in connection with my motion. Those issues are as follows:

    1.    Whether the Plaintiffs are obligated to file properly verified interrogatory answers pursuant to Rule 33;

    2.    Whether the Decedent's federal and state tax returns must be produced by a date certain, or, in the alternative, an authorization permitting those returns to be obtained from the Delaware Division of Revenue must be provided by a date certain;

    3.    Whether Plaintiff must provide information concerning special damages being claimed (Interrogatory 11) by a date certain, or be barred from presenting such claim;

    4.    Whether Plaintiffs must provide information concerning the Decedent's spending and savings (Interrogatories 25 and 26) by a date certain or be barred from presenting a claim for

The Hon. Gregory M. Sleet
Page 2
September 23, 2005

what the Decedent would have earned, saved and left but for her alleged wrongful death pursuant to 10 Del.C. § 3724;

     5.    Whether Defendant must be awarded the reasonable costs incurred in obtaining an Order.

I heard back yesterday afternoon from Mr. Van Naarden's office sending me the document which I am attaching to this letter "Plaintiffs' Joint Agenda." I attempted to call Mr. Van Naarden about this, but he was unavailable and I spoke to his secretary late yesterday afternoon and explained to her that the items which they had sent me do not appear related to the pending motion, and that frankly I do not know what they relate to and was not certain that Your Honor would welcome this document. I received a message back from Mr. Van Naarden's secretary yesterday evening indicating that they would like this document submitted and I am therefore appending it to this submission.

I will be placing the conference call to the Court and Mr. Van Naarden Monday morning at 9:00 a.m.

Respectfully,

*Mason E. Turner, Jr.* by/AMC

MASON E. TURNER, JR.

METjr/jb
Attachment
cc:    Joshua Van Naarden, Esq. (w/ Attachment)
       Stephen B. Potter, Esq. (w/ Attachment)