IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## NOTICE OF VIDEOCONFERENCE DEPOSITION OF ALBERT WEIHL, M.D. FOR NOVEMBER 22, 2005 AT 10:00 A.M.

TO:    STEPHEN B. POTTER, ESQ.          LEON AUSSPRUNG, ESQ.
       POTTER,      CARMINE    &       THOMAS KLINE, ESQ.
       LEONARD, P.A.                    JOSHUA VAN NAARDEN, ESQ.
       840 N. UNION ST.                 KLINE & SPECTOR, P.C.
       P.O. BOX 514                     1525 LOCUST ST., 19TH FLOOR,
       WILMINGTON, DE 19899             PHILADELPHIA, PA  19102

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Albert

Weihl, M.D.[1] on **Tuesday, November 22, 2005, at 10:00 a.m.**, via videoconference, with the

Wilmington attorneys' location being situate at the offices of Parente Randolph, 824 Market St.,

#809, Wilmington, Delaware and Dr. Weihl being located at MedMedia Group, Information

---

[1]    *Duces Tecum*:  All documents prepared by, or reviewed by, the witness in connection with formulating his opinions concerning plaintiff, Debbie Bailey, including any literature reviewed or relied upon by the witness.

Technology Services-Medicine, Yale University School of Medicine, 333 Cedar Street, New

Haven, Connecticut 06510.  Telephone:  203-737-5283 (Jeff).

PRICKETT, JONES & ELLIOTT, P.A.

BY:  MASON E. TURNER, JR., NO. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANT
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-MAIL:  METURNER@PRICKETT.COM

DATED:        November 8, 2005.

cc:     Ms. Nancy Bloom, Court Reporter
        Parente Randolph

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,

Plaintiffs,

v.

RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,

Defendants.

C.A. No. 04-1540.

JURY TRIAL BY TWELVE PERSONS DEMANDED.

---

### CERTIFICATE OF SERVICE OF
### NOTICE OF VIDEOCONFERENCE DEPOSITION OF
### ALBERT WEIHL, M.D. FOR NOVEMBER 22, 2005 AT 10:00 A.M.

I HEREBY CERTIFY, that on November 8, A.D. 2005, I electronically filed Defendants' Notice of Videoconference Deposition of Albert Weihl, M.D., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on November 8, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, ESQ.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

PRICKETT, JONES & ELLIOTT, P.A.


BY:  MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-Mail:  METurner@prickett.com

November 8, 2005.