IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>                Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>                Defendants. | C.A. No. 04-1540 GMS.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

### NOTICE OF DEPOSITION OF
### CHARLES N. POSNER, M.D. FOR NOVEMBER 21, 2005 AT 12:00 NOON

TO:    STEPHEN B. POTTER, ESQ.    LEON AUSSPRUNG, ESQ.
POTTER, CARMINE & LEONARD, P.A.    THOMAS KLINE, ESQ.
840 N. UNION ST.    JOSHUA VAN NAARDEN, ESQ.
P.O. BOX 514    KLINE & SPECTOR, P.C.
WILMINGTON, DE 19899    1525 LOCUST ST., 19TH FLOOR,
    PHILADELPHIA, PA 19102

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Charles N. Posner, M.D.[1], on **Monday, November 21, 2005, at 12:00 Noon**, at the offices of Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, DE 19899-1328.

---

[1] *Duces Tecum*: All documents prepared by, or reviewed by, the witness in connection with formulating his opinions concerning plaintiff, Debbie Bailey, including any literature reviewed or relied upon by the witness.

PRICKETT, JONES & ELLIOTT, P.A.

_Paul M. Lunoff (No. 96) for_
BY: MASON E. TURNER, JR., NO. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANT
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-MAIL: METURNER@PRICKETT.COM

DATED:    November 9, 2005.

cc:    Ms. Nancy Bloom, Court Reporter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br>                  Plaintiffs,<br>v.<br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br>                  Defendants. | C.A. No. 04-1540 GMS<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

**CERTIFICATE OF SERVICE
OF NOTICE OF DEPOSITION OF
CHARLES N. POSNER, M.D. FOR NOVEMBER 21, 2005 AT 12:00 NOON**

      I HEREBY CERTIFY, that on November 9, A.D. 2005, I electronically filed Defendants' Notice of Deposition of Charles N. Posner, M.D., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

      I HEREBY CERTIFY that on November 9, A.D. 2005, I have mailed by United States Postal Service and VIA FACSIMILE the documents to the following non-registered participants:

LEON AUSSPRUNG, ESQ.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

PRICKETT, JONES & ELLIOTT, P.A.

*Paul M. Lunoff (No. 96) for*
BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-Mail: METurner@prickett.com

November 9, 2005.