IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540 GMS.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

**NOTICE OF VIDEO CONFERENCE DEPOSITION OF
CHARLES N. POSNER, M.D. FOR DECEMBER 8, 2005 AT 12:00 NOON**

TO:    STEPHEN B. POTTER, ESQ.     LEON AUSSPRUNG, ESQ.
           POTTER, CARMINE & LEONARD,     THOMAS KLINE, ESQ.
           P.A.     JOSHUA VAN NAARDEN, ESQ.
           840 N. UNION ST.     KLINE & SPECTOR, P.C.
           P.O. BOX 514     1525 LOCUST ST., 19TH FLOOR,
           WILMINGTON, DE 19899     PHILADELPHIA, PA 19102

PLEASE TAKE NOTICE that the undersigned will take the video-conference deposition of Charles N. Posner, M.D.[1], on **Thursday, December 8, 2005, at 12:00 Noon**, with the Wilmington location being situate at Parcels, Inc., 230 N. Market Street, 2nd Floor, Wilmington,

---

[1] *Duces Tecum*: All documents prepared by, or reviewed by, the witness in connection with formulating his opinions concerning plaintiff, Debbie Bailey, including any literature reviewed or relied upon by the witness.

Delaware 19801 (Tele:  254-7253) and Dr Posner being located at Kinkos[2], 187 Dartmouth Street, Copley Square, Boston, MA  02116-3502 (Tele: 617-262-6188).

          PRICKETT, JONES & ELLIOTT, P.A.

BY: MASON E. TURNER, JR., NO. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANT
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-MAIL: METURNER@PRICKETT.COM

DATED:    November 16, 2005.

cc:    Ms. Nancy Bloom, Court Reporter

---

[2]    Directions:  Take Mass Pike to Copley Square exit, turn left onto Dartmouth St.  MBTA Train – Green line to Copley, or Orange Line to Bay Station.  Kinkos is across from Westin Hotel.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540 GMS<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

**CERTIFICATE OF SERVICE**
**OF NOTICE OF VIDEO CONFERENCE DEPOSITION OF**
**CHARLES N. POSNER, M.D. FOR DECEMBER 8, 2005 AT 12:00 NOON**

I HEREBY CERTIFY, that on November 16, A.D. 2005, I electronically filed Defendants' Notice of Video Conference Deposition of Charles N. Posner, M.D., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

I HEREBY CERTIFY that on November 16, A.D. 2005, I have mailed by United States Postal Service the documents to the following non-registered participants:

LEON AUSSPRUNG, ESQ.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

          PRICKETT, JONES & ELLIOTT, P.A.

          _/s/ Mason E. Turner, Jr._
          BY: MASON E. TURNER, JR., No. 661
          1310 KING STREET
          P.O. BOX 1328
          WILMINGTON, DE 19899-1328
          (302) 888-6508
          ATTORNEY FOR DEFENDANTS
          BAYHEALTH MEDICAL CENTER, INC.
          DELMARVA EMERGENCY PHYSICIANS, LLP
          AND RONALD I. LEBMAN, M.D.
          E-Mail: METurner@prickett.com

November 16, 2005.