## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix     :
of the Estate of DEBBIE BAILEY,          :         C.A. No. 04-1540-GMS
deceased, et al                          :
                                         :
     v                                   :
                                         :
RONALD I. LEBMAN, M.D., et al            :

### NOTICE OF DEPOSITION FOR JOANN DAVIS

TO:    Mason Turner, Esquire
       Prickett, Jones & Elliott, P.A.
       1310 King Street
       Wilmington, Delaware 19899

       PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of JoAnn Davis on

January 24, 2005 at 10:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

       The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

       Deponent will bring with her any and all original medical records, original hospital chart, any

and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey,

relating to this litigation and discoverable pursuant to Rule 26.

                          **POTTER, CARMINE, LEONARD & AARONSON, P.A.**


                          BY:S/ STEPHEN POTTER, ESQUIRE
                             STEPHEN POTTER, ESQUIRE
                             840 North Union Street
                             Post Office Box 514
                             Wilmington, Delaware 19899
                             (302) 658-8940
                             Attorney for Plaintiffs
                             and

**KLINE & SPECTER, P.C.**

By: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
  JOSHUA VAN NAARDEN, ESQUIRE
  LEON AUSSPRUNG, ESQUIRE
  Attorneys for Plaintiffs
  Nineteenth Floor
  1525 Locust Street
  Philadelphia, Pennsylvania 19103
  (215) 772-1000

**DATED:** December 9, 2005