IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | :<br>:  C.A. No. 04-1540-GMS<br>: |
| v | :<br>: |
| RONALD I. LEBMAN, M.D., et al | : |

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 9th day of December, 2005, a correct copy of Plaintiffs' Notice of Deposition for JoAnn Davis was served upon the counsel listed below via facsimile and U.S. Mail.

    Mason Turner, Esquire
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    Wilmington, Delaware 19899

**KLINE & SPECTER**
*A Professional Corporation*

BY:  S/ JOSHUA VAN NAARDEN, ESQUIRE
      JOSHUA VAN NAARDEN, ESQUIRE
      LEON AUSSPRUNG, ESQUIRE
      Attorneys for Plaintiff
      Nineteenth Floor
      1525 Locust Street
      Philadelphia, Pennsylvania 19102
      (215) 772-1000

**Dated:**     December 9, 2005