IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : | C.A. No. 04-1540-GMS |
| v | : : | |
| RONALD I. LEBMAN, M.D., et al | : | |

### NOTICE OF DEPOSITION FOR GEORGE RUDLOFF

TO:   Mason Turner, Esquire
      Prickett, Jones & Elliott, P.A.
      1310 King Street
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of George Rudloff on December 21, 2005 at 10:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with him any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY: S/STEPHEN POTTER, ESQUIRE
    STEPHEN POTTER, ESQUIRE
    840 North Union Street
    Post Office Box 514
    Wilmington, Delaware 19899
    (302) 658-8940
    Attorney for Plaintiffs
        and

                                       **KLINE & SPECTER, P.C.**

                         By: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
                             JOSHUA VAN NAARDEN, ESQUIRE
                             LEON AUSSPRUNG, ESQUIRE
                             Attorneys for Plaintiffs
                             Nineteenth Floor
                             1525 Locust Street
                             Philadelphia, Pennsylvania 19103
**DATED:**  December 9, 2005           (215) 772-1000