IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

GLADYS BAILEY, as the Administratrix  :
of the Estate of DEBBIE BAILEY,       :  C.A. No. 04-1540-GMS
deceased, et al                       :
                                      :
   v                                  :
                                      :
RONALD I. LEBMAN, M.D., et al         :
_____

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 9$^{th\,th}$ day of December, 2005, a correct copy of Plaintiffs' Notice of Deposition for George Rudloff was served upon the counsel listed below via facsimile and U.S. Mail.

    Mason Turner, Esquire
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    Wilmington, Delaware 19899

                              **KLINE & SPECTER**
                              *A Professional Corporation*

                            BY: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
                                    JOSHUA VAN NAARDEN, ESQUIRE
                                    LEON AUSSPRUNG, ESQUIRE
                                    Attorneys for Plaintiff
                                    Nineteenth Floor
                                    1525 Locust Street
                                    Philadelphia, Pennsylvania 19102
                                    (215) 772-1000

**Dated:**       December 9, 2005