IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : | C.A. No. 04-1540-GMS |
| v | : : | |
| RONALD I. LEBMAN, M.D., et al | : | |

## NOTICE OF DEPOSITION FOR CINDY JESTER

TO:   Mason Turner, Esquire
      Prickett, Jones & Elliott, P.A.
      1310 King Street
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Cindy Jester on January 17, 2005 at 10:00 a.m. at Delaware Health and Social Services, 2055 Limestone Road, Wilmington DE 19808.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with her the entire chart regarding the complaint against Kent General Hospital regarding the incidents surrounding the death of Debbie Bailey.

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY: S/ STEPHEN POTTER, ESQUIRE
    STEPHEN POTTER, ESQUIRE
    840 North Union Street
    Post Office Box 514
    Wilmington, Delaware 19899
    (302) 658-8940
    Attorney for Plaintiffs
        and

                    **KLINE & SPECTER, P.C.**

        By: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
             JOSHUA VAN NAARDEN, ESQUIRE
             LEON AUSSPRUNG, ESQUIRE
             Attorneys for Plaintiffs
             Nineteenth Floor
             1525 Locust Street
             Philadelphia, Pennsylvania 19103
             (215) 772-1000

**DATED:** December 19, 2005