IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : <br> : C.A. No. 04-1540-GMS <br> : <br> : |
| v | : <br> : |
| RONALD I. LEBMAN, M.D., et al | : |

### CERTIFICATE OF SERVICE

I, JOSHUA VAN NAARDEN, hereby certify that on the 19[th th] day of December, 2005, a correct copy of Plaintiffs' Notice of Deposition for Cindy Jester was served upon the counsel listed below via facsimile and U.S. Mail.

    Mason Turner, Esquire
    Prickett, Jones & Elliott, P.A.
    1310 King Street
     Wilmington, Delaware 19899

                        **KLINE & SPECTER**
                        *A Professional Corporation*

                    BY: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
                           JOSHUA VAN NAARDEN, ESQUIRE
                           LEON AUSSPRUNG, ESQUIRE
                           Attorneys for Plaintiff
                           Nineteenth Floor
                           1525 Locust Street
                           Philadelphia, Pennsylvania 19102
                           (215) 772-1000

**Dated:**      December 19, 2005