IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : | C.A. No. 04-1540-GMS |
| v | : : | |
| RONALD I. LEBMAN, M.D., et al | : | |

### NOTICE OF DEPOSITION FOR DR. ROSS MEGARGEL

TO:   Mason Turner, Esquire
      Prickett, Jones & Elliott, P.A.
      1310 King Street
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of Ross McGargel, D.O. on February 16, 2006 at 10:00 a.m. at Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, Delaware

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with him his entire file including notes and correspondences, relating to this litigation and discoverable pursuant to Rule 26.

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY:S/ STEPHEN POTTER, ESQUIRE
    STEPHEN POTTER, ESQUIRE
    840 North Union Street
    Post Office Box 514
    Wilmington, Delaware 19899
    (302) 658-8940
    Attorney for Plaintiffs
       and

                                    **KLINE & SPECTER, P.C.**

                      By: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
                          JOSHUA VAN NAARDEN, ESQUIRE
                          LEON AUSSPRUNG, ESQUIRE
                          Attorneys for Plaintiffs
                          Nineteenth Floor
                          1525 Locust Street
                          Philadelphia, Pennsylvania 19103
                          (215) 772-1000

**DATED:** 2/6/06