IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : <br> : C.A. No. 04-1540-GMS <br> : |
| v | : <br> : |
| RONALD I. LEBMAN, M.D., et al | : |

### REVISED NOTICE OF DEPOSITION FOR JOANN DAVIS

TO: Mason Turner, Esquire
 Prickett, Jones & Elliott, P.A.
 1310 King Street
 Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the deposition of JoAnn Davis on February 14, 2006 at 10:00 a.m. at Kent General Hospital, 640 So. State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

Deponent will bring with her any and all original medical records, original hospital chart, any and all writings, recordings, and tangible things, including all notes, correspondence of Debbie Bailey, relating to this litigation and discoverable pursuant to Rule 26.

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY: S/ STEPHEN POTTER, ESQUIRE
 STEPHEN POTTER, ESQUIRE
 840 North Union Street
 Post Office Box 514
 Wilmington, Delaware 19899
 (302) 658-8940
 Attorney for Plaintiffs
  and

                                    **KLINE & SPECTER, P.C.**

                       By: <u>S/JOSHUA VAN NAARDEN, ESQUIRE</u>
                            JOSHUA VAN NAARDEN, ESQUIRE
                            LEON AUSSPRUNG, ESQUIRE
                            Attorneys for Plaintiffs
                            Nineteenth Floor
                            1525 Locust Street
                            Philadelphia, Pennsylvania 19103
**DATED:** 2/3/06              (215) 772-1000