IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## BAYHEALTH'S ANSWERS TO PLAINTIFFS' SUPPLEMENTAL INTERROGATORIES

1.   Please list the sub-specialty physicians available for consultation in the emergency room on January 19, 2003.

**ANSWER:**   The on-call schedule for January 19, 2003 is attached.

2.   Please state the date and time that the hospital, physician or any nurse identified Ms. Bailey as having an emergency medical condition for the January 19, 2003 presentation to Bayhealth Medical Center.

**ANSWER:**   January 19, 2003 at approximately at approximately 20:31 hours.

PRICKETT, JONES & ELLIOTT, P.A.

_____
BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail:  METurner@prickett.com

Dated: February 28, 2006.

STATE OF DELAWARE )
: SS.
COUNTY OF KENT )

BE IT REMEMBERED, that on this /4th day of February, A.D. 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, JoAnn Davis, Director of Risk Management, Bayhealth Medical Center, Inc., who being by me duly sworn according to law, did depose and say that she is the said individual and that her answers to the foregoing interrogatories are true and correct, as herein set forth, to the best of her knowledge and belief.

BAYHEALTH MEDICAL CENTER, INC.

BY: JOANN DAVIS,
DIRECTOR OF RISK MANAGEMENT

SWORN TO and SUBSCRIBED before me, the day and year aforesaid.

Margaret A. Abbott
Notary Public

My Commission Expires:

11-20-06



ER on-call Schedule
January 2003

| | Surgeons | Orthopedic | Family Practice and Medicine | Family Practice and Pediatrics | NICU Backup | OR | GYN |
|---|---|---|---|---|---|---|---|
| | Wilson S | | | Parise/C. Rosal | C. Rosal | WCA | OB/GYN |
| 1 | Bolesny | E. Schwartz | Parise/Vemulapalli | Willet/Ravin | Ravin | WCA | OB/GYN |
| 2 | Barnett 7a-4p H / Gletrin 4p-7a | Manifold | Willet/Bongalos | Abrams/Montone | Montone | Khan | OB/GYN |
| 3 | | Rowe | Abrams/Kumar | | | | |
| 4 | Feuerstein S | Baxter | Hague | J. Kaza | Pillsbury | OB/GYN | OB/GYN |
| 5 | Barnes | Rowe | Sweeney | Schlesinger | Montone | OB/GYN | OB/GYN |
| 6 | S. Wilson N | Piccioni | Mann | A. Schwartz | A. Schwartz | OB/GYN | OB/GYN |
| 7 | Barnes | Rowe | Tonkala | Grob | Grob | OB/GYN | WCA |
| 8 | Barnett B | Baxter | Duggal | Gehlot | Gehlot | OB/GYN | WCA |
| 9 | Domenick A | Rowe | Vemulapalli | Montone | Montone | WCA | Khan |
| 10 | S. Wilson | Manifold | Giles | C. Rosal | C. Rosal | WCA | C. Wilson |
| 11 | Newell | Piccioni | Fields | J. Kaza | A. Schwartz | WCA | OB/GYN |
| 12 | Domenick N | Manifold | Dues USWKOVA | Grob | Grob | Khan | OB/GYN |
| 13 | Bolesny | Toozs | Trivedi | Caballero | Caballero | OB/GYN | OB/GYN |
| 14 | Clements N | Dushuttle | Al Junaidi | Gehlot | Gehlot | OB/GYN | OB/GYN |
| 15 | Barnes | Mattem | Giles | Marquez | Sheahan | OB/GYN | OB/GYN |
| 16 | Domenick H | Manifold | Ocampo-Lim | Pillsbury | Pillsbury | OB/GYN | OB/GYN |
| 17 | Feuerstein 7a-4p S / Domenick 4p-7a | Dushuttle | Tonkala | Caballero | Caballero | OB/GYN | OB/GYN |
| 18 | Hamilton | Mattem | Milligan | J. Kaza | Ravin | OB/GYN | WCA |
| 19 | Clements H | Dushuttle | R. Rosal | Schlesinger | Gehlot | WCA | WCA |
| 20 | Domenick S | Piccioni | Schueller PURE | Sheahan | Sheahan | WCA | Khan |
| 21 | Newell | Schwartz | Jarrell | Pillsbury | Pillsbury | Khan | C. Wilson |
| 22 | Domenick B | Piccioni | Trivedi | Gehlot | Gehlot | OB/GYN | OB/GYN |
| 23 | Clements H | Dushuttle | Bongalos | Caballero | Caballero | OB/GYN | OB/GYN |
| 24 | Newell | Easter | Kumar | Marquez | Grob | OB/GYN | OB/GYN |
| 25 | Feuerstein B | Schwartz | Isiocha/Haque | Isiocha/Mahmoud | Mahmoud | OB/GYN | OB/GYN |
| 26 | Bolesny | Easter | Willet/Giles | Willet/Grob | Grob | OB/GYN | OB/GYN |
| 27 | Domenick H | Manifold | Rubacky/Mann | Rubacky/Montone | Montone | OB/GYN | OB/GYN |
| 28 | Clements N | Piccioni | Little/Patel | Little/Gehlot | Gehlot | WCA | WCA |
| 29 | Barnes | Rowe | Horn/Duggal | Horn/Marquez | A. Schwartz | WCA | WCA |
| 30 | Feuerstein C | Toozs | Ford/Tataggari | Ford/Grob | Grob | Khan | OB/GYN |
| 31 | Barnes | Rowe | Elmedachar/Bettsson | Elmedachar/Montone | Montone | OB/GYN | C. Wilson |

Call Switchboard of Radiation Oncologist On-call            SEE OTHER SIDE FOR MORE SCHEDULES

Domenick 7a-4p
Willson 7a

## January 2003

| | Psychiatry | Cardiology | Unassigned EKG | ENT | PM & R |
|---|---|---|---|---|---|
| 1 | No Coverage | Cardiology Consultants | Tuma-Aid | S. Kaza | Islam |
| 2 | Abad-Santos | Delaware Cardiology Assoc. | Trivedi | S. Kaza | Herman |
| 3 | Hrecznyj | Cardiology Consultants | Al Junaidi | S. Kaza | Islam |
| 4 | Hyeczyj | Cardiology Consultants | Cardiology Consultants | S. Kaza | Islam |
| 5 | Hrecznyj | Cardiology Consultants | Sweeney | S. Kaza | Upadhyay |
| 6 | Abad-Santos | Cardiology Consultants | R. Rosal | S. Kaza | Herman |
| 7 | Hrecznyj | Delaware Cardiology Assoc. | Delaware Cardiology Assoc. | S. Kaza | Islam |
| 8 | Abad-Santos | Cardiology Consultants | Patel | S. Kaza | Herman |
| 9 | Hrecznyj | Quiroga | Milligan | S. Kaza | Herman |
| 10 | Abad-Santos | Cardiology Consultants | Tuma-Aid | S. Kaza 7a-5p / Cooper 5p-7a | Herman |
| 11 | Abad-Santos | Quiroga | R. Rosal | Cooper | Herman |
| 12 | Abad-Santos | Quiroga | Osunkoya | Cooper | Upadhyay |
| 13 | Hrecznyj | Delaware Cardiology Assoc. | Delaware Cardiology Assoc. | Cooper | Herman |
| 14 | Abad-Santos | Cardiology Consultants | Sweeney | Cooper | Islam |
| 15 | Hrecznyj | Cardiology Consultants | Trivedi | Cooper | Herman |
| 16 | Abad-Santos | Cardiology Consultants | Cardiology Consultants | Cooper | Upadhyay |
| 17 | Wilson | Delaware Cardiology Assoc. | Bongalos | Cooper 7a-5p / Kelly 5p-7a | Upadhyay |
| 18 | Wilson | Cardiology Consultants | Kumar | Kelly | Upadhyay |
| 19 | Wilson | Cardiology Consultants | Tuma-Aid | Kelly | Upadhyay |
| 20 | Abad-Santos | Quiroga | Haque | Kelly | Herman |
| 21 | Hrecznyj | Cardiology Consultants | Jarrell | Kelly | Islam |
| 22 | Wilson | Delaware Cardiology Assoc. | Delaware Cardiology Assoc. | Kelly | Herman |
| 23 | Abad-Santos | Cardiology Consultants | Mann | Kelly 7a-5p / Cooper 5p-7a | Herman |
| 24 | Hrecznyj | Cardiology Consultants | Patel | Cooper | |
| 25 | Hrecznyj | Delaware Cardiology Assoc. | Delaware Cardiology Assoc. | Cooper | Herman |
| 26 | Hrecznyj | Delaware Cardiology Assoc. | Duggal | Cooper | Herman |
| 27 | Wilson | Delaware Cardiology Assoc. | Vermulapalli | Cooper | Upadhyay |
| 28 | Abad-Santos | Cardiology Consultants | Cardiology Consultants | Cooper | Herman |
| 29 | Hrecznyj | Quiroga | Jarrell | Cooper | Islam |
| 30 | Wilson | Cardiology Consultants | Fields | Cooper 7a-5p / Kelly 5p-7a | Herman |
| 31 | Abad-Santos | Delaware Cardiology Assoc. | Tuma-Aid | Kelly 5p-7a | Upadhyay |

Call Switchboard for Radiation Oncologist On-call
SEE OTHER SIDE FOR MORE SCHEDULES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD I. LEBMAN, M.D., PAUL EMERY, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## CERTIFICATE OF SERVICE FOR BAYHEALTH'S ANSWERS TO PLAINTIFFS' SUPPLEMENTAL INTERROGATORIES

I HEREBY CERTIFY, that on February 28, A.D. 2006, I electronically filed Bayhealth's Answers to Plaintiffs' Supplemental Interrogatories, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

LEON AUSSPRUNG, M.D., J.D.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

I HEREBY CERTIFY that on _____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

None

                                    PRICKETT, JONES & ELLIOTT, P.A.

                                    BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
RONALD I. LEBMAN, M.D. and PAUL EMERY, M.D.
E-Mail: METurner@prickett.com