IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : C.A. No. 04-1540-GMS : : |
| v | : : |
| RONALD I. LEBMAN, M.D., et al | : |

NOTICE OF MOTION

TO:  Mason Turner, Esquire
     Prickett, Jones & Elliott, P.A.
     1310 King Street
     Wilmington, Delaware 19899

**PLEASE TAKE NOTICE** that plaintiffs' Gladys Bailey, as the Administratrix of the Estate of Debbie Bailey, Deceased, Dominick Bailey, Demetria Bailey, Individually and as guardian for Amber Bailey, a minor, and Tia Bailey, by their undersigned counsel, Motion for Partial Summary Judgment Concerning Defendants' EMTALA Violation will be presented to the Court on _____ , at 9:00 a.m.

Respectfully submitted,

**POTTER, CARMINE, LEONARD &
AARONSON, P.A.**

BY: S/ STEPHEN POTTER, ESQUIRE
    STEPHEN POTTER, ESQUIRE
    840 North Union Street
    Post Office Box 514
    Wilmington, Delaware 19899
    (302) 658-8940
    Attorney for Plaintiffs

                      **KLINE & SPECTER**
                      **A Professional Corporation**

BY:    /s/ Leon Aussprung
         THOMAS R. KLINE, ESQUIRE
         LEON AUSSPRUNG, ESQUIRE
         JOSHUA VAN NAARDEN, ESQUIRE
         Attorneys for Plaintiffs
         Nineteenth Floor
         1525 Locust Street
         Philadelphia, Pennsylvania 19102
         (215) 772-1000

Dated: May 5, 2006