IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | :<br>:  C.A. No. 04-1540-GMS<br>: |
| v | :<br>: |
| RONALD I. LEBMAN, M.D., et al | : |

_____

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT CONCERNING DEFENDANTS' EMTALA VIOLATION**

Plaintiffs, Gladys Bailey, as the Administratrix of the Estate of Debbie Bailey, Deceased, Dominick Bailey, Demetria Bailey, Individually and as guardian for Amber Bailey, a minor, and Tia Bailey, by their undersigned counsel, hereby moves this Court for Partial Summary Judgment Concerning Defendants' EMTALA Violation. The undisputed and admitted to facts of this case reveal that defendant Bayhealth Medical Center, Inc. d/b/a Kent General Hospital and defendant Ronald Lebman, M.D. violated EMTALA by failing to provide the standard accepted medical screening examination for decedent Debbie Bailey, when she presented with severe chest pain and shortness of breath on January 19, 2003. Because the evidence of this EMTALA violation has been admitted to by defendants and there is no issue of material fact, summary judgment should be entered on the sole issue that an EMTALA violation occurred.

In support of this Motion, plaintiffs incorporate herein by reference and make a part hereof the attached Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment Concerning Defendants' EMTALA Violation.

WHEREFORE, plaintiffs respectfully request that the Court enter the attached proposed Order and grant partial summary judgment on the issue that an EMTALA violation occurred.

Respectfully submitted,

**POTTER, CARMINE, LEONARD &
   AARONSON, P.A.**

BY: S/ STEPHEN POTTER, ESQUIRE
   STEPHEN POTTER, ESQUIRE
   840 North Union Street
   Post Office Box 514
   Wilmington, Delaware 19899
   (302) 658-8940
   Attorney for Plaintiffs

**KLINE & SPECTER**
**A Professional Corporation**

BY: _____
   THOMAS R. KLINE, ESQUIRE
   LEON AUSSPRUNG, ESQUIRE
   JOSHUA VAN NAARDEN, ESQUIRE
   Attorneys for Plaintiffs
   Nineteenth Floor
   1525 Locust Street
   Philadelphia, Pennsylvania 19102
   (215) 772-1000

Dated: May 5, 2006