**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix : | |
| of the Estate of DEBBIE BAILEY, : | C.A. No. 04-1540-GMS |
| deceased, et al : | |
| : | |
| v : | |
| : | |
| RONALD I. LEBMAN, M.D., et al : | |

_____

**<u>ORDER</u>**

  AND NOW, this         day of                 , 2006, upon consideration of Plaintiffs' Motion for Partial Summary Judgment Concerning Defendants' EMTALA Violation and Defendants' Response hereto, IT IS ORDERED that Plaintiffs' Motion is GRANTED.

_____
GREGORY M. SLEET, J.