IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : |
| v | : : |
| RONALD I. LEBMAN, M.D., et al | : |

C.A. No. 04-1540-GMS

## NOTICE OF PAPER FILING

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY: S/STEPHEN POTTER, ESQUIRE
STEPHEN POTTER, ESQUIRE
840 North Union Street
Post Office Box 514
Wilmington, Delaware 19899
(302) 658-8940
Attorney for Plaintiffs
  and

**KLINE & SPECTER, P.C.**

By: S/JOSHUA VAN NAARDEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
LEON AUSSPRUNG, ESQUIRE
Attorneys for Plaintiffs
Nineteenth Floor
1525 Locust Street
Philadelphia, Pennsylvania 19103
(215) 772-1000

**DATED:** May 5, 2006