IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al<br><br>v<br><br>RONALD I. LEBMAN, M.D., et al | C.A. No. 04-1540-GMS |

### CERTIFICATE OF SERVICE

I hereby certify that I have served two (2) copies of the Defendant's Motion for Partial Summary Judgment on the below listed individuals via electronic filing:

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

_____
Patricia Hall