**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6508
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
METurner@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 8, 2006

*Via CM/ECF*

The Hon. Gregory M. Sleet
United States District Court Judge
844 King Street
Lock Box 19
Wilmington, DE 19801

   In re:    *Debbie Bailey v. Bayhealth Medical Center, Inc., et.al.*
             C. A. No. 04-1540-GMS

Dear Judge Sleet:

   Trial in this case is scheduled to commence on June 19, 2006. This week, I was notified by the Delaware Supreme Court that en banc oral argument in the case of Butler v. Newark Country Club, No. 387, 2005, in which I represent the appellee, has been scheduled for Wednesday, June 21, 2006 at 12 Noon in Dover.

   I will have to be present for argument in that matter and if it goes forward on that date, it would render me unavailable for most of the trial day in Bailey.

   I am writing to advise the Court and counsel of this problem and to seek some guidance concerning it. I am not sure of the present state of Federal/State relations in matters of this nature, but I could request a rescheduling of the oral argument on the grounds of the Bailey trial, although my experience is that the Supreme Court is less amenable to rescheduling en banc arguments than those before a three-justice panel.

   Would it be appropriate to request a teleconference with your Honor to discuss this issue?

                                                   Respectfully,

                                                   [signature]

                                                   MASON E. TURNER, JR.

METjr/lsc

cc:   Stephen B. Potter, Esq.
      Leon Aussprung, Esq.