IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RONALD I. LEBMAN, M.D., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 04-1540 (GMS) ) ) ) ) ) |

## **ORDER**

WHEREAS, on December 22, 2004, the plaintiffs filed the above-captioned action alleging medical negligence and EMTALA violations against the defendants;

WHEREAS, on May 19, 2005, the court issued a Scheduling Order (D.I. 35), setting a 7-day jury trial for this matter to commence on June 19, 2006;

WHEREAS, on May 8, 2006, Mason E. Turner, Jr., Esquire ("Mr. Turner"), counsel for the defendants, filed a letter (D.I. 76) to inform the court of a conflict, specifically that he would be unavailable for trial on June 21, 2006, due to an en banc oral argument in a case before the state court;

WHEREAS, the letter requests a teleconference with the court to discuss the conflict; and

WHEREAS, after having considered the letter, the court concludes that a teleconference is not necessary, as Mr. Turner is required to attend trial in this matter on June 21, 2006;

IT IS HEREBY ORDERED that:

1. Mr. Turner's letter request for a teleconference (D.I. 76) is DENIED.

2. Mr. Turner shall appear before this court in the trial of the above-captioned matter on Wednesday, June 21, 2006.

3. The court will entertain no further requests on this issue.


Dated: May 11, 2006                             /s/ Gregory M. Sleet
                                                UNITED STATES DISTRICT JUDGE