IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al : : : : v : : RONALD I. LEBMAN, M.D., et al : | C.A. No. 04-1540-GMS |

## NOTICE OF VIDEO TRIAL TESTIMONY OF AMBER BAILEY

TO:   Mason Turner, Esquire
      Prickett, Jones & Elliott, P.A.
      1310 King Street
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that plaintiffs herein will take the Video Trial Testimony of Amber Bailey on May 12, 2006 at 4:00 p.m. at the Offices of Mason Turner, Esquire at 11 North State Street, Dover, DE.

The deposition will be taken pursuant to Delaware Rules of Civil Procedure.

**POTTER, CARMINE, LEONARD & AARONSON, P.A.**

BY: S/Stephen Potter
    STEPHEN POTTER, ESQUIRE
    840 North Union Street
    Post Office Box 514
    Wilmington, Delaware 19899
    (302) 658-8940
    Attorney for Plaintiffs
        and
**KLINE & SPECTER, P.C.**
By: S/Joshua Van Naarden, Esquire
    JOSHUA VAN NAARDEN, ESQUIRE
    LEON AUSSPRUNG, ESQUIRE
    Attorneys for Plaintiffs
    Nineteenth Floor
    1525 Locust Street
    Philadelphia, Pennsylvania 19103
    (215) 772-1000

**DATED:**   May 11, 2006