IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al | : : : : |
| v | : : |
| RONALD I. LEBMAN, M.D., et al | : |

C.A. No. 04-1540-GMS

## CERTIFICATE OF SERVICE

I hereby certify that I have served two (2) copies of the Notice of Video Trial Testimony of Amber Bailey on the 12th day of May, 2006, on the below listed individuals via electronic filing:

Mason Turner, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, Delaware 19899

_____
Patricia Hall