LAW OFFICES
# POTTER, CARMINE & AARONSON, P.A.

STEPHEN B. POTTER   KENNETH F. CARMINE   JENNIFER-KATE AARONSON
spotter@pottercarmine.com : kcarmine@pottercarmine.com : jkaaronson@pottercarmine.com

May 17, 2006

The Honorable Gregory M. Sleet
United States District Court for the
   State of Delaware
844 N. King Street
Room 4209
Wilmington, DE  19801
**HAND DELIVERY**

Re:   **Bailey, et al. v. Ronald I. Lebman, M.D., et al., C.A. No. 04-1540 GMS**

Dear Judge Sleet:

   The captioned case is scheduled for trial beginning June 19, 2006. This letter is to request that my presence at trial be excused. I am local counsel for the attorneys representing the plaintiff and my presence, at least in my judgment, is not required as counsel for plaintiff are well versed in the Rules.

   Additionally, I would appreciate being excused as I need to schedule a surgical procedure on June 21, 2006 and will require recuperation time.

                             Respectfully submitted.

                             Stephen B. Potter

SBP/mjm
cc:   H. Leon Aussprung, Esquire
      Thomas Kline, Esquire
      Mason Turner, Esquire
      Joshua Van Naarden, Esquire

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702
TELEPHONE: 302 832 6000
TELECOPIER: 302 832 6008

ALL CORRESPONDENCE TO
840 N. UNION STREET
P.O. BOX 514
WILMINGTON, DELAWARE 19899
TELEPHONE: 302 658 8940   TELECOPIER: 302 654 8377
E-MAIL: PCA@POTTERCARMINE.COM

SMYRNA OFFICE
231 N. NEW STREET
SMYRNA, DELAWARE 19977
TELEPHONE: 302 389 0000
TELECOPIER: 302 389 0005