IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) RONALD I. LEBMAN, M.D., et al., ) ) Defendants. ) | Civil Action No. 04-1540 (GMS) |

## ORDER

WHEREAS, on December 22, 2004, the plaintiffs filed the above-captioned action alleging medical negligence and EMTALA violations against the defendants;

WHEREAS, on May 19, 2005, the court issued a Scheduling Order (D.I. 35), setting a 7-day jury trial for this matter to commence on June 19, 2006;

WHEREAS, on May 17, 2006, Stephen B. Potter, Esquire ("Mr. Potter"), local counsel for the plaintiffs, filed a letter (D.I. 80) requesting to be excused from participating in the trial of the above-captioned matter;

WHEREAS, the letter states that lead counsel for the plaintiffs are well-versed in the Rules; and

WHEREAS, after having considered the letter, the court agrees with Mr. Potter and concludes that he shall be excused from participating in the trial of this matter;

IT IS HEREBY ORDERED that:

1. Mr. Potter's letter request to be excused from trial (D.I. 80) is GRANTED.


Dated: May 19, 2006                    /s/ Gregory M. Sleet
                                                              UNITED STATES DISTRICT JUDGE