**Compendium of Exhibits**

Exhibit A:     Emergency Physicians Record.

Exhibit B:     Lebman Deposition, pp. 122-3.

Exhibit C:     Little Depo. pp. 125, 135-6.

Exhibit D:     McLean Depo, pp. 22-5.

Exhibit E:     Eberly Depo. pp. 26-8.

# EXHIBIT "A"

Dictated: Yes  No    Copied: Yes  No

| **Bayhealth Medical Center Kent General** | **Emergency Department QualChart®** | **Page 1 of 2** |
|---|---|---|
| **CHEST PAIN** | Fill in, circle pertinent positive findings. Complete all sections. | |

Time: ___ a.m. / p.m.    (VSS) except: _____
of Arrival:  EMS  Other    Cardiac Monitor / Interp: Rate: NL  Brady  Tachy  Rhythm: NSR  AFIB  Ectopy: None  PVCs  PACs
Nurse's Triage Notes reviewed: (Yes) No    Pulse Ox: Not Applicable (NL) Hypoxic ____ % on RA or O2 @ _____ L/min

**HISTORY:**    HX from Patient Unobtainable due to:  Dementia  Altered MS  Extremis  Other: _____
HX from:  Patient  Family / Caretaker  EMS  Interpreter
LMP: _____  Last Tetanus Booster: _____

CHIEF COMPLAINT: This is a _4/_ year old· male / (female) who presents with a complaint of : _SOB, CP_

| Onset/Duration | Started ___ Min Hours Days Weeks Months Years Ago (Still Present) Resolved  Worse Since: _____ |
|---|---|
| Timing | Time of Onset: 0830 a.m. /(p.m.)(Constant) Intermittent  Episodes Lasting ___ Sec Min Hours Days Weeks |
| Severity | Initially: _9_ (0-10 Scale)  Currently: _7_ (0-10 Scale) |
| Location | Diffuse  Discrete At: LA Chest  Radiates to: arm |
| Character | Crushing  Dull / Aching  Tightness  Burning  Heaviness  Pressure / Squeezing  (Sharp) Stabbing |
| Aggravating | Exertion (Movement)  (Deep Breaths)  Nothing |
| Alleviating | Rest  NTG 1 2 3  EMS Tx  Oxygen  OTC Meds  Upright  Spontaneous Resolution  (Nothing) |
| Associated Signs and Symptoms | Negative  Diaphoresis  Nausea  Vomiting  Fever  Palpitations  Edema |
| | Back Pain  Abd Pain  Dizzy  (SOB)  Calf Pain / Swelling |

Cardiac RF:  Negative  MI  Family Hx  Obesity  HTN  CHF  (DM)  Elev. Chol/trigly  NTG Use  Smoker  Sedentary
Additional HX:  Similar Episode / Dx as: _____    Recent Immobility:  Prolonged Travel / Bedridden / Other
Pertinent Surgical HX:  CABG  Cardiac Cath  Angioplasty  Pacemaker  Valve Replacement  Aneurysm Repair  Renal Surgery

**REVIEW OF SYSTEMS:**    Pertinent Positives    Additional Pertinent History: _____

Location of Pain:

| | | | |
|---|---|---|---|
| Constitutional | Negative | Fever | Chills |
| Eyes | Negative | Photophobia | Blurred Vision |
| ENT | Negative | Sore Throat | Ear Ache |
| CV | Negative | Palpitations | (Chest Pain) |
| ...piratory | Negative | (SOB) | Cough |
| GI | Negative | Vomiting | Diarrhea |
| GU | Negative | Dysuria | Hematuria |
| MS | Negative | Arthralgia | Myalgia |
| Skin | Negative | Rash | Bruising |
| Neuro | Negative | Headache | Weakness |
| Psych | Negative | Anxious | Depressed |

Yes  No  All other systems *either* reviewed and negative
or non-contributory for chief complaint

**PAST MEDICAL HISTORY:**  Previously Healthy    Other: _____

| | | | | |
|---|---|---|---|---|
| Endocrine | (DM)  Thyroid | | | |
| CV | CAD  HTN | DVT | CHF | Afib |
| Respiratory | COPD  Asthma | Bronchitis | Pneumonia | PE |
| GI/GU | PUD  GERD | GI Bleed | Diverticulitis | Gall Stones |
| Cancer: | Lung  Colon | Breast | Prostate | |
| Neuro/Psych | TIA/CVA  Depression | Anxiety | Migraine | (Other:) |

**FAMILY HISTORY:**  Negative

| Heart | _____ |
|---|---|
| HTN | _____ |
| Cancer | _____ |
| Diabetes | _____ |
| Other | _____ |

**SOCIAL HISTORY:**  Negative

Smoking _____ ppd
FTOH / Drug Use _____
...upation _____
...es Alone  Lives W/Family  Nursing Home
Other: _____

This form is to assist the physician's documentation of clinical care and treatment.
It is not intended to supplant that judgement or create a standard of care.
Rev. 9/1/02    (c) 1997-2002 Emergency Consultants, Inc.

BAILEY, DEBBIE D                          ERK
K03019-00121           00-1112817
388 MILLCHOP LANE      (302) 698-0782
MAGNOLIA, DE 19962
SEX: F  REL: NO  DOB: 01/27/1961  41Y
PHYSICIAN, EMERGENC      01/19/03

01/19/03 09:18 pm

Dictated: Yes  No    Copied: Yes  No

| Bayhealth Medical Center Kent General | Emergency Department QualChart® | Page 2 of 2 |
| CHEST PAIN | Fill in, circle pertinent positive findings. Complete all sections. | |

**ICAL EXAMINATION**  EXAM LIMITED DUE TO:  Dementia    Altered MS    Extremis    Other: _____

| Appearance | Normal | **Normal Findings:** | **Abnormal Findings:** |
|---|---|---|---|
| | | No Distress | Distress (Mild) Mod Severe |
| | | Well-Developed | Obese |
| | | Well-Nourished | Cachectic |
| Eyes | Normal | PERL / EOMI | R Pupil _____ L Pupil _____ |
| | | Conjunctiva Clear | Conjunctiva Inflammed |
| HENT | Normal | Ears Normal | TMs Occluded |
| | | Nose Normal | Rhinorrhea / Epistaxis |
| | | Oropharynx Normal | Erythema / Exudate / Dry Mucosa |
| Neck | Normal | Supple | Nonsupple |
| Respiratory | Normal | Airway Patent | Airway Obstructed |
| | | CTA | Rales @ _____ |
| | | Breath Sounds Equal | Rhonchi @ _____ |
| | | | Wheezes @ _____ |
| | | Respiration Nonlabored | Retractions |
| Cardiovascular | Normal | RRR | IRR  Tachycardia  Bradycardia |
| | | Pulses Normal | Abn. Pulses @ _____ |
| | | No Rub / Murmur | Murmur |
| GI/GU | Normal | Soft / Nontender | Tender @ _____ |
| | | No Masses | Mass @ _____ |
| | | Bowel Sounds Normal | Bowel Sounds Hypo  Hyper |
| | | No Organomegaly | Hepatomegaly / Splenomegaly |
| MS | Normal | Strength / ROM Intact | Limited @ _____ |
| | | No Edema | Edema @ _____ |
| | | No Calf Tenderness | Calf Tenderness |
| Skin | Normal | Warm & Dry | Pale / Diaphoretic |
| | | Color Normal | Cyanosis @ _____ |
| Neuro | Normal | Sensory / Motor Intact | Focal Deficit @ _____ |
| | | Reflexes Intact | Abn. Reflex @ _____ |
| | | CN Intact | CN _____ Palsy |
| | | A & O x 3 | A V P U  Disoriented |
| Psychiatric | Normal | Affect / Mood Appropriate | Anxious / Depressed |

**Additional Findings:**
JVD
SubQ Emphysema
Diminished Breath Sounds  R / L
Reproducible Chest Wall Pain

**RE-EVALUATION:**  Pain Scale (0-10)
Time: 2230  Unchanged  Improved  Worse  _____
Time: _____  Unchanged  Improved  Worse  _____

**MEDICAL DECISION MAKING:**  Consideration of the following circled conditions may be warranted for the presenting problem.

Acute MI
Acute Atypical Chest Pain
Anxiety
Angina (Stable or Unstable)
Aortic Aneurysm
Other: _____

CHF / Pulmonary Edema
Chest Wall Pain
GI Disease
Lower Respiratory Infection
Pulmonary Embolism

Ancillary Tests and ED Treatment: See Orders Sheet

**PHYS. NOTIFICATION/CONSULTS:**
Discussed case/management/disposition of patient with:
Name: _____ at _____ a.m. / p.m.
Name: _____ at _____ a.m. / p.m.
Name: _____ at _____ a.m. / p.m.
Admit  OBS  Transfer  Consult  Follow-up: _____

**DISPOSITION:**  RX: _____
Discharge to: Home  Work  Nursing Home  ICU  Tele  Floor  (Deceased)  AMA
Condition:  Stable  Unstable
Care Endorsed to: _____ @ _____ a.m. / p.m.
Transfer to: _____ Transfer Form Completed
Disposition Rationale: _____

Discussed with: Patient  Family  Other: _____
Standard After-Care Instructions Given to Patient Upon Discharge from ED

**ED PHYSICIAN DIAGNOSES:**
1 Chest pain
2 Cardiac arrest
3

**CRITICAL CARE PROVIDED FOR 30 MIN.**    Progress Note/Critical Care/Procedure Note Attached  Yes  No

**SIGNATURE:** I have reviewed the ancillary/nursing staff documentation.
_____ (Initials)  Physician attests reviewed History, Pertinent Physical Examination, and Medical Decision Making

Disposition Time: 2230 _____ a.m. / p.m.

MD/DO Initials: _____
Resident/PA/NP: _____

BAILEY, DEBBIE D                    ERK
K03019-00121              00-1112817
388 MILLCHOP LANE         (302)698-0782
MAGNOLIA, DE 19962
SEX:F  REL:NO  DOB:01/27/1961 41Y
PHYSICIAN, EMERGENC            01/19/03

# EXHIBIT "B"

Page 121

[1]   A: Well, because the end —

[2]   Q: Five minutes is double ten minutes,

[3] correct?

[4]   A: Because again you're looking at things

[5] without — as an absolute. As I said earlier, the

[6] standard protocol is Nitroglycerin every five

[7] minutes. The standard protocol is a written

[8] protocol. The fact that the nurse documents certain

[9] things — and I will also tell you the fact, which is

[10] not documented but was a common situation.

[11]   Some nurses, once given the order for

[12] Nitroglycerin will proceed with the full three doses

[13] and evaluate them and, then, report to the physician.

[14]   Other nurses will, after each dose,

[15] report to the physician and ask if they should give

[16] the second one.

[17]   If in this case, considering that the

[18] two baby Aspirin were given which would have required

[19] at least a verbal order from me, this indicates to me

[20] that that nurse did not, at 2135, give the second

[21] dose, but at 2135 came to me to ask permission to

[22] give the second dose.

[23]   Therefore, there had to be a delay

[24] from the time the nurse saw the patient, evaluated no

Page 122

[1] change, and came to me to get an order for baby

[2] Aspirin and Nitroglycerin. Whether documented or

[3] not, it's a physical fact that it could not all have

[4] happened at 2135.

[5]   Q: Underneath it, at 2145 where you wrote GI

[6] cocktail, there's an arrow and it says, given at

[7] 2150, correct?

[8]   A: Correct.

[9]   Q: So we know that the administration of the

[10] GI cocktail was at 2150?

[11]   A: Correct.

[12]   Q: Tell me about the standard for checking up

[13] on a patient after a GI cocktail is given as far as

[14] how much time should go by?

[15]   A: I don't know if there is a standard. I

[16] know from personal experience that it can take as

[17] long as a half-hour to forty-five minutes for a

[18] patient to get relief from it.

[19]   Q: Typically, how long do you wait before you

[20] check up on a patient that you ordered a GI cocktail

[21] and — what was the other thing you gave her?

[22]   A: Ativan.

[23]   Q: — Ativan?

[24]   A: Ativan PO could take about twenty minutes

Page 123

[1] to half-an-hour to have an effect.

[2]   Q: So how much time do you usually give

[3] before you would —

[4]   A: After that combination I would wait at

[5] least twenty to thirty minutes before evaluating

[6] their effect.

[7]   Q: The next indication is 2120, correct?

[8]   A: No.

[9]   Q: Twenty-two twenty, I'm sorry.

[10]   A: Correct.

[11]   Q: And that's over a half-an-hour later,

[12] correct?

[13]   A: Correct.

[14]   Q: And that was when she was found

[15] unresponsive, right?

[16]   A: Correct.

[17]   Q: Is there anything else on this page, other

[18] than the GI cocktail and the Ativan on those lines

[19] which is your handwriting?

[20]   A: No.

[21]   Q: The following page is page 1 of 2 of the

[22] QualChart. I think you've already gone through that.

[23]   A: Correct.

[24]   Q: Page 2 of the QualChart, is that all your

Page 124

[1] handwriting?

[2]   A: Yes, it is.

[3]   Q: Is that your signature at the bottom?

[4]   A: Yes, it is.

[5]   Q: And when you did your physical

[6] examination, you circled everything was normal,

[7] correct?

[8]   A: Correct, except for appearance.

[9]   Q: You indicated she was in mild distress?

[10] You circled that you mean?

[11]   A: Correct.

[12]   Q: Now, that's under abnormal findings,

[13] correct?

[14]   A: Correct.

[15]   Q: You also indicated that she was obese?

[16]   A: Yes.

[17]   Q: Is obesity a risk factor for a myocardial

[18] infarction?

[19]   A: It's a risk factor for everything these

[20] days including myocardial infarction.

[21]   I can save you some questions, and

[22] kind of shorten this up. Bottom line is, every

[23] there were many indications that the patient was at

[24] risk for myocardial infarction. You don't have to

# EXHIBIT "C"

Lisa Little, RN
June 24, 2005

Case 1:04-cv-01540-GMS    Document 82-2    Filed 05/25/2006    Page 8 of 16    Bailey    v.
Lebman et al.

Page 124

[1] ordered this blood work?

[2] A: Yes.

[3] Q: And you'll agree with me that the only

[4] doctor on this page who worked at Bayhealth on

[5] January 19th is Paul Emory; correct?

[6] A: Yes.

[7] Q: Because we know that Jack Milligan was her

[8] family physician?

[9] A: Yes.

[10] Q: And if you flip the page over, do you have

[11] another auto result report page?

[12] A: Yes.

[13] Q: And I think the time is 2156?

[14] A: Yes.

[15] Q: And, again, Paul Emory's name is on there

[16] as well; correct?

[17] A: Yes.

[18] Q: And the third page, if you flip it again,

[19] Paul Emory's name is, again, on the next 2153 lab

[20] page?

[21] A: Yes.

[22] Q: Do you have that one?

[23] A: Yes, uh-huh.

[24] Q: Usually, is the doctor who actually

Page 125

[1] ordered the labs written on these lab results?

[2] A: Yes.

[3] Q: After you wrote your notation at

[4] 9:00 o'clock on January 19, 2003, do you know if you

[5] ever again saw Debbie Bailey?

[6] A: Yes.

[7] Q: When did you see her after 9:00 o'clock?

[8] A: I don't know a specific time. But I know

[9] what — walking by the room and going, you know,

[10] hearing the alarm for the — not, you know, the alarm

[11] or the beeping for the leads off. I remember putting

[12] them back on her several times.

[13] And I remember trying to keep her —

[14] at one point she had her legs flung over the

[15] side of the stretcher. And I remember putting, you

[16] know, putting her back in the bed. And then when she

[17] coded, I was in with the code.

[18] Q: When her legs flung over the stretcher or

[19] when you were putting the leads in, do you recall if

[20] any of the other nurses were there with you?

[21] A: Sometimes. We were helping together to

[22] help pull her up in the bed or to put the leads back

[23] on her.

[24] Q: You agree with me that nowhere in the

Page 126

[1] chart does it indicate at all that her leads were

[2] either ripped off by her or fell off and they had to

[3] be put back on?

[4] A: I agree with you.

[5] Q: And I might have asked this question

[6] before. But is that something that normally you

[7] would put in the chart?

[8] A: Like I said, I don't usually write that in

[9] my charting. I can't speak for other nurses. But it

[10] would not be something that I — usually you just put

[11] them back on.

[12] Q: Back in two thousand —

[13] A: And go about your business.

[14] Q: Back in 2003, was the monitoring system,

[15] the cardiac monitoring system with the alarms and the

[16] way it worked, is it different than it is today in

[17] the ER?

[18] A: I think so, yes.

[19] Q: Okay. How is it different?

[20] A: I think they don't allow us to turn the

[21] alarms off at the nurses station anymore.

[22] Q: Back in 2003 you were able to turn the

[23] alarms off —

[24] A: Yes.

Page 127

[1] Q: — at the nursing stations?

[2] A: Yes, suspend them.

[3] Q: How was that done back in 2003? If the

[4] nurse wanted to turn off the alarms at the nursing

[5] station, how would you do it?

[6] A: I'm not sure because I never really did

[7] it.

[8] Q: Do you know if it was like a switch or if

[9] there was a code you had to punch in?

[10] A: It was in the computer.

[11] Q: Okay. So if it's in the computer —

[12] A: You used the mouse and they did something.

[13] I've never done it, so I really can't tell you how it

[14] was done.

[15] Q: Do you know if you needed some type of

[16] access code —

[17] A: No.

[18] Q: — in order to turn it off?

[19] A: No.

[20] Q: You did not?

[21] A: No; because anybody can go and use it and,

[22] and because, you know, you — we print our strips out

[23] on the patients from there and you can change — or

[24] you can go back and get strips, you know, if you

Lisa Little, RN
June 24, 2005
Case 1:04-cv-01540-GMS     Document 82-2     Filed 05/25/2006     Page 9 of 16
Bailey     v.
Lebman et al.

Page 132

**BY MR. VAN NAARDEN:**

[2] Q: How loud is the — if you can tell me, how
[3] loud is the alarm in the actual room? Can you hear
[4] it if you're standing at the nursing station?
[5] A: Yes.
[6] Q: So if the alarm is working in the room but
[7] off at the nursing station and it goes off, the
[8] actual alarm goes off in Room 3, would you be able to
[9] hear it if you were at the nursing station?
[10] A: You should be able to.
[11] Q: Is there always somebody staffed at the
[12] actual station, the actual nursing station?
[13] A: Yes.
[14] Q: And would that be one of the six nurses?
[15] A: It's usually a couple nurses and the
[16] doctors are there.
[17] Q: Does somebody specifically have to be
[18] there at all times, or does it just so happens that
[19] usually somebody is there?
[20] A: Just so happens somebody's there.
[21] Q: So there's actually no policy or procedure
[22] that says somebody at all times must be at that
[23] nursing station; is that accurate?
[24] A: I don't think so; yeah.

Page 133

[1] Q: It just so happens it's a busy place and
[2] people tend to be there a lot?
[3] A: Yes.
[4] Q: At 2210, which is 10:20 (sic), we know
[5] from the records that she was found unresponsive.
[6] Can you tell me how it is that she was found
[7] unresponsive?
[8] A: 2210 or 2220?
[9] Q: 2220. I'm sorry. Thank you. 2220, you
[10] know that she was found unresponsive. Can you tell
[11] me how it is and who actually found her to be
[12] unresponsive?
[13] A: I believe it was Dr. Lebman.
[14] Q: And what leads you to that conclusion?
[15] A: (Indicating.)
[16] Q: Why do you say it was Lebman as opposed to
[17] one of the nurses?
[18] A: Because I remember him, him standing in
[19] front of her bed. And I had come around the corner.
[20] And he said something about that she was laying there
[21] still; it was the first time she was still.
[22] Q: And at that point was he standing in the
[23] actual doorway of Room 3?
[24] A: No.

Page 134

[1] Q: Where was he?
[2] A: In the opening of the nurses station, I
[3] believe.
[4] Q: Was anybody else in with Debbie Bailey at
[5] the time that Dr. Lebman said that to you?
[6] A: No.
[7] Q: So he said to you that she was — that was
[8] the first time that she wasn't moving around?
[9] A: I'm not sure if he asked — I'm not really
[10] positive what he said to me. But it was something,
[11] something about her medication must have worked or
[12] something. I don't, I don't know if that's what he
[13] said. But it was something to the fact that she was
[14] calmer than she had been.
[15] Q: Did he seem concerned when he made the
[16] initial statement to you, like, Oh, the medication's
[17] working?
[18] A: I don't know what you mean by "concerned."
[19] I mean, did he seem...?
[20] Q: When he was standing in the opening and he
[21] made that statement to you, Oh, the medication seems
[22] to be working, did anybody after that go in and, and
[23] look at her?
[24] A: I did.

Page 135

[1] Q: And why did you go in and look at her?
[2] A: For one thing I noticed that her leads
[3] were off again. And then when we got closer to her,
[4] she was not breathing very well.
[5] Q: When you say not breathing well, what do
[6] you mean?
[7] A: She was breathing, but it was very shallow
[8] and kind of deep.
[9] Q: Did you look up at the monitor?
[10] A: Yeah. That's why I went over there. I
[11] told you the leads were off, so I went over there to
[12] look at her.
[13] Q: So when the leads are off, is anything on
[14] the monitor at all?
[15] A: No.
[16] Q: Is the last notation on the monitor before
[17] the leads got removed? Or is it just totally blank.
[18] A: It's totally blank.
[19] Q: Was there an alarm going off?
[20] A: I don't remember.
[21] Q: Was there an alarm going — when I say —
[22] my initial question was, was there an alarm going off
[23] actually at the cardiac monitor in the actual room,
[24] Room 3?

Page 136

[1]  A: I don't remember.

[2]  Q: And how about at the nursing station

[3] before you walked towards Dr. Lebman; do you recall

[4] if the alarms were going off at that point in the

[5] nursing station?

[6]  A: I don't remember.

[7]  Q: Under normal circumstances if someone had

[8] taken their leads off, one of the two monitors would

[9] be going off?

[10]  A: Yes.

[11]  Q: Certainly, if the monitor at the nursing

[12] station was turned off, the one in the room would at

[13] least be going off back in 2003?

[14]  A: Yes.

[15]  Q: When you approached her and you noticed

[16] that her breathing was, she wasn't breathing well,

[17] what did you do?

[18]  A: Put her back on the monitor right away and

[19] laid her down, opened her airway. And then we

[20] started to try to resuscitate her.

[21]  Q: When you put her back on the cardiac

[22] monitor, what did you learn?

[23]  A: She was in, I think — I'm not sure what

[24] the initial rhythm was. But I believe she was either

Page 137

[1] in a ventricular fibrillation...

[2]  Q: So she wasn't doing well. When you looked

[3] at the cardiac monitor after you put the leads back

[4] on, it was abnormal?

[5]  A: Yes.

[6]  Q: And you started CPR?

[7]  A: Yes.

[8]  Q: So did you start CPR after you had gotten

[9] her hooked back up to the cardiac monitor and read

[10] the monitor?

[11]  A: Once we saw the rhythm, yes. We

[12] initially, you know, started the whole — we call it

[13] advanced cardiac life support — when someone's not

[14] breathing well; and opened her airway, started

[15] getting her oxygen; someone got the crash cart.

[16] There was several of us in there at that time.

[17]  Q: And sitting here today, can you tell me

[18] how long she had been in that condition? And when I

[19] say "that condition," I mean, you know, in the

[20] condition that when you initially hooked her back up

[21] to the cardiac monitor and saw it was abnormal, do

[22] you have any way of knowing how long she had been

[23] like that?

[24]  A: No.

Page 138

[1]  Q: And is that because the cardiac, the leads

[2] were off and it wasn't, it wasn't showing on the

[3] cardiac monitor?

[4]  A: I don't know. I wasn't really responsible

[5] for that patient. So, I mean, I was helping with

[6] that patient. But I can't tell you how long she was

[7] in that because, you know, I, I don't know.

[8]  Q: Sure. Putting that aside, looking at the

[9] medical records, do you have any way of knowing how

[10] long she, her cardiac rhythm was abnormal?

[11]  A: No.

[12]  Q: It says, CPR started — when we're talking

[13] about 2220 — see code sheet. And then there's an

[14] initial. Do you know whose initial that is?

[15]  A: Louise.

[16]  Q: Okay. Do you have the code sheet there as

[17] well?

[18]  A: I believe it is here.

[19]  (Discussion held off the record.)

[20]  BY MR. VAN NAARDEN:

[21]  Q: Looking at the code sheet, which I believe

[22] the times start at 2220, what did you do for Debbie

[23] Bailey and how did she respond?

[24]  MR. TURNER: You mean what did this

Page 139

[1] witness do individually or what did the code team —

[2]  BY MR. VAN NAARDEN:

[3]  Q: Well, you were there in the room; correct?

[4]  A: Yes.

[5]  Q: What was being done on Debbie Bailey in

[6] Room 3 from 2220 in order to try to revive her? And

[7] how was she responding?

[8]  A: Well, we were doing everything that needed

[9] to be done. I mean, we were following advanced

[10] cardiac life support, CPR, giving medications. We

[11] defibrillated her. She didn't respond to any of it.

[12]  Q: From 2220 how long were you working on

[13] her?

[14]  A: It looks like they stopped at 2250.

[15]  Q: So approximately 30 minutes. And what

[16] happened at 2250?

[17]  A: They pronounced her.

[18]  Q: Putting aside the code sheet and going

[19] back to page 2, towards the bottom we have, you know,

[20] vital signs —

[21]  A: Uh-huh.

[22]  Q: — and times, 2135 and 2145?

[23]  A: Uh-huh.

[24]  Q: Pulse rate at 2135 was 72; correct?

# EXHIBIT "D"

Page 20

[1] **Q:** Tell me the types of things that you would
[2] ask with a patient who presents with complaints of
[3] chest pain as far as previous medical history and
[4] questions that you need to have answered in order to
[5] properly treat a patient?
[6] **A:** Their history, medical history, and
[7] whether they've had any heart problems, high blood
[8] pressure, diabetes, that type of thing.
[9] **Q:** Would you ask about the duration
[10] or how long they've had chest pain for?
[11] **A:** Yes.
[12] **Q:** Would you ask them the location of the
[13] chest pain?
[14] **A:** Yes.
[15] **Q:** Before we get into the medical record, do
[16] you have any independent recollection of treating
[17] Debbie Bailey back in January of 2003?
[18] And what I mean by that is, putting
[19] aside the medical record, is there anything that
[20] sticks out in your head that you remember?
[21] **A:** Yes.
[22] **Q:** Tell me what those independent
[23] recollections are?
[24] **A:** When I had contact with her, she was not

Page 21

[1] what I would call a typical chest pain patient.
[2] **Q:** What is typical, and what was Debbie
[3] Bailey?
[4] **A:** Typical, they're usually very quiet, their
[5] skin color is pale, they're diaphoretic and have a
[6] sense of impending doom. They don't move around
[7] much. They may say that their pain is the worse that
[8] they've ever had, and they don't move.
[9] **Q:** How was Debbie Bailey from what you
[10] remember?
[11] **A:** My first contact with her she was sitting
[12] up, laying back, arms flailing, legs over the side
[13] rail, off the side rail, pulling the leads off, the
[14] blood pressure cuff off, saying her chest pain —
[15] saying, chest pain, chest pain.
[16] **Q:** Anything else you remember about her when
[17] she presented in the ER in January of 2003?
[18] **A:** She was unusual. She was all over, you
[19] know.
[20] **Q:** Is there anything else that you can tell
[21] me independent of the chart that you can remember?
[22] **A:** No.
[23] **Q:** You said that you remember, and, again,
[24] I'm just talking about your independent recollection,

Page 22

[1] you said you remember her taking her leads off,
[2] **A:** Uh-huh.
[3] **Q:** When you say the leads, the cardiac
[4] monitor Leads?
[5] **A:** Yes.
[6] **Q:** Did you actually have to go and put them
[7] back on her?
[8] **A:** Yes.
[9] **Q:** When a patient is in the ER and they're
[10] taking their leads off, is that something that you
[11] normally document in the record?
[12] **A:** Not necessarily.
[13] **Q:** Why do you say, not necessarily?
[14] **A:** Well, sometimes they just become
[15] disconnected, you know, from their moving around, the
[16] cords get caught on the stretcher.
[17] **Q:** Was that the case in Debbie Bailey?
[18] **A:** No.
[19] **Q:** Tell me why you think the reason was that
[20] the leads kept coming off of Debbie Bailey?
[21] **A:** She took them off.
[22] **Q:** And why do you say that?
[23] **A:** Because I saw her, you know, pulling off.
[24] **Q:** Was she saying anything to you while she

Page 23

[1] was pulling them off?
[2] **A:** Having chest pain.
[3] **Q:** Do you know if she was pulling them off
[4] because she was in pain, or if she was pulling them
[5] off because she didn't want them on her?
[6] Did you have any indication?
[7] **A:** No.
[8] **Q:** Did you have a conversation with Debbie
[9] about, hey, you need to keep these leads on?
[10] **A:** Yes.
[11] **Q:** And what was her reaction?
[12] **A:** I don't remember what she said to me.
[13] **Q:** From your testimony I'm guessing that
[14] Debbie wasn't the normal case where she was just
[15] moving around inadvertently and the leads were coming
[16] off. This is kind of a different situation where she
[17] was consciously taking them off —
[18] **A:** Yes.
[19] **Q:** — is that accurate?
[20] **A:** Yes.
[21] **Q:** Is that something that you would normally
[22] put and document in the chart when a patient is being
[23] non-compliant and consciously taking leads off?
[24] **A:** Yes.

Page 24

[1] **Q:** Why would you usually put that in the
[2] chart?
[3] **A:** For documentation of what was going on at
[4] the time.
[5] **Q:** My understanding is that Debbie was in
[6] Room 3?
[7] **A:** Right.
[8] **Q:** And my understanding is also that that was
[9] one of the rooms that was assigned to you?
[10] **A:** Yes.
[11] **Q:** How were you notified that the leads were
[12] taken off?
[13] **A:** I saw them.
[14] **Q:** Was the alarm that is connected with the
[15] leads going off?
[16] **A:** Yes.
[17] **Q:** And do you recall if it was going off at
[18] the Nurses' Station, if it was going off in the room,
[19] or both?
[20] **A:** Both.
[21] **Q:** Can you give me either an exact or a rough
[22] estimate as to how many times the leads were coming
[23] off and how many times these alarms were going off?
[24] **A:** I would estimate my putting them back on

Page 25

[1] was at least four times.
[2] **Q:** How much time does it take for you to
[3] actually go and put the leads back on the patient
[4] when they're taken off?
[5] **A:** A minute.
[6] **Q:** Do you know how many other patients you
[7] were attending to at the time that Debbie Bailey was
[8] present in the ER?
[9] **A:** Four.
[10] **Q:** Four other patients?
[11] **A:** Three other patients.
[12] **Q:** Three other patients. And were those
[13] three other patients all in separate rooms?
[14] **A:** Yes.
[15] **Q:** How do you remember that you had three
[16] other patients in addition to Debbie Bailey?
[17] **A:** That's my assignment.
[18] **Q:** So that's normal?
[19] **A:** Yes.
[20] **Q:** The four rooms that you had, I know that
[21] Debbie was in Room 3, do you know what room numbers
[22] the other patients were assigned to?
[23] **A:** One, 2, 3 and GYN 1.
[24] **Q:** Now, 1, 2 and 3 are right next to each

Page 26

[1] other, correct?
[2] **A:** Yes.
[3] **Q:** And that's right outside the Nursing
[4] Station?
[5] **A:** Right.
[6] **Q:** GYN 1 is behind a wall?
[7] **A:** Yes.
[8] **Q:** So GYN 1 is separated from 1, 2 and 3?
[9] **A:** Yes.
[10] **Q:** When you are over in GYN 1 attending to
[11] that patient, are you able to hear the cardiac
[12] monitor alarms if they go off?
[13] **A:** No.
[14] **Q:** Is that something that concerned you at
[15] all at the time, that you were assigned to four
[16] different rooms, one of the rooms, if you were there,
[17] you wouldn't be able to hear the cardiac monitors in
[18] Rooms 1, 2 and 3?
[19] **A:** Yes.
[20] **Q:** Is that something you had a discussion
[21] with anybody about?
[22] **A:** No, that's just the way it's set up.
[23] **Q:** Well, you're still working in the ER now,
[24] correct?

Page 27

[1] **A:** Yes.
[2] **Q:** My understanding is that the rotation is
[3] different now than it was back in 2003 as far as the
[4] rooms that you'd be assigned to; is that accurate?
[5] **A:** No.
[6] **Q:** Do you still work in rooms that are over
[7] by 1, 2 and 3 in addition to room —
[8] **A:** Yes.
[9] **Q:** Has that problem ever been addressed, to
[10] your knowledge?
[11] **A:** No.
[12] **Q:** When you have to go over to the GYN 1
[13] room, is there a policy or procedure of letting
[14] another nurse or a roving nurse know that I'm going
[15] to be over in the GYN room and kind of not be in
[16] communication with the other patients I'm seeing,
[17] could you cover for me?
[18] **A:** We cover for each other, and the charge
[19] nurse covers for all of us.
[20] **Q:** You actually, verbally tell them I need
[21] you to cover, or you just expect that they're going
[22] to walk by and they're going to see?
[23] **A:** I expect the charge nurse to pick up on
[24] any problems. She knows the assignments.

# EXHIBIT "E"

Page 24

[1] didn't carry it, you know, any further at that point

[2] because I didn't really think there was another

[3] issue.

[4] Q: After you talked to Joanne at Risk

[5] Management, what else did you do to follow up on the

[6] information that Lisa Little gave you?

[7] A: That's all I really did at that time.

[8] Q: We're talking about on the 20th, correct?

[9] A: Uh-huh.

[10] Q: You need to say yes.

[11] A: Yes. Yes. Sorry.

[12] Q: Take me through the next thing that you

[13] did, if anything, to investigate or to follow up on

[14] what happened at Bayhealth on January 19th in regard

[15] to Debbie Bailey?

[16] A: I didn't really do anything else in

[17] regards to that, not — oh, I did not initiate

[18] anything else.

[19] Q: Did anybody or any entity contact you

[20] after the 20th to question you about what happened

[21] with Debbie Bailey?

[22] A: Entity meaning?

[23] Q: Delaware Health and Social Services,

[24] anybody?

Page 25

[1] A: Okay. Yes, the State contacted the

[2] hospital.

[3] Q: And do you know when in time they got

[4] involved?

[5] A: This is several months after the incident.

[6] I can't tell you the exact date.

[7] Q: And in the intervening months, was

[8] anything said or heard that you knew about in regard

[9] to Debbie Bailey's treatment and care?

[10] A: No, not me personally as far as being

[11] involved with family or anything, no.

[12] Q: Did you hear anything about Debbie Bailey,

[13] maybe secondhand or third-hand, from one of the

[14] medical staff about the treatment and care that

[15] Debbie Bailey received, other than talking to Lisa

[16] Little, John Ritterhoff and Joanne Davis?

[17] A: Medical staff, not that I can recall, no.

[18] Q: Other than that first conversation you had

[19] with Lisa Little, where she just basically told you,

[20] from my understanding, correct me if I'm wrong, that

[21] the alarms didn't work and they were turned off, did

[22] she give you any other information about Debbie

[23] Bailey?

[24] A: She said that the family was upset, as I

Page 26

[1] mentioned to you earlier, and that there was — that

[2] the son was extremely upset, and that there was some

[3] interaction with the physician. But that really —

[4] the physicians aren't under my oversight. I didn't

[5] really get involved in that capacity.

[6] Q: Did she tell you anything else about

[7] specifically Debbie Bailey, and about the way she was

[8] acting when she presented, or the way that she was

[9] behaving in the Emergency Department on the 19th?

[10] A: She said that — I know she said — she

[11] mentioned that she was continuously pulling her leads

[12] off, and that nurses were going back in and

[13] reapplying the ECG leads.

[14] Q: Was that in the same conversation on the

[15] 20th when she approached you and told you about the

[16] alarms?

[17] A: It had to be the same morning because

[18] James Smalley was one of the nurses that was also on

[19] duty and he validated the patient pulling the leads

[20] off. So that had to be that same morning.

[21] Q: You said that James Smalley validated what

[22] Lisa Little said. Did you actually talk to James

[23] Smalley?

[24] A: James Smalley came in the office while

Page 27

[1] Lisa Little was in there with me.

[2] Q: Was he there for the whole conversation?

[3] A: No, he was just there for a short period

[4] of the conversation when he made the comment that Ms.

[5] Bailey seemed to be, you know, kept removing her

[6] leads and they kept having to go back in and put the

[7] leads back on so they could monitor her.

[8] Q: James Smalley, is he an RN?

[9] A: Yes.

[10] Q: Is he still working here?

[11] A: He works up in the ICU.

[12] Q: Now, he's in ICU?

[13] A: Yes.

[14] Q: In the conversation that you had with

[15] James Smalley and with Lisa Little, did they express

[16] to you a reason why Debbie was taking the leads off?

[17] A: No, they just said that she kept pulling

[18] the leads off and they kept going in and putting the

[19] leads back on.

[20] Q: Did they say to you anything along the

[21] lines of that she was in pain and that's why she was

[22] taking them off?

[23] A: No.

[24] Q: So as you sit here today, you have no idea

Page 28

[1] why she was taking the leads off?

[2] A: No, I don't.

[3] Q: And no one ever told you any possible

[4] explanation for why she was taking the leads off?

[5] A: No, because I don't think the patient

[6] responded — I don't think anybody asked the patient

[7] why she was taking the leads off.

[8] Q: But no one ever expressed an explanation

[9] why they thought that maybe she was taking them off?

[10] A: No, and, no. I know that they commented

[11] that, you know, she had removed them several times,

[12] you know, and, then, kept having to put them back on.

[13] Q: When you say that you knew that they had

[14] taken them off, that's just based on your

[15] conversation with James and with Lisa?

[16] A: That's what Mr. Smalley told me, right.

[17] Right. He said that he, himself, had gone in and

[18] reapplied the leads.

[19] Q: Other than that conversation and the

[20] conversation that you had with the hospital personnel

[21] on the 20th, did you have any other conversations

[22] regarding Debbie Bailey's treatment and care in the

[23] months between the 20th and the time that you were

[24] contacted by the State?

Page 29

[1] A: No, I don't — not that I can recall. If

[2] there was any major conversation I don't recall it.

[3] I think the last time — the next time that we had

[4] conversation was when the complaint came from the

[5] State.

[6] Q: In the time between the time that Debbie

[7] Bailey came to the hospital and the time you were

[8] contacted by the State, did you produce any reports

[9] about what happened?

[10] A: Reports, no. Not until the State filed

[11] the complaint.

[12] Q: Did you correspond via E-mail with any

[13] employees about the situation on the 19th?

[14] A: No.

[15] Q: Now, take me through when you were

[16] contacted by the State. Do you recall who actually

[17] contacted you?

[18] A: I believe the initial point of contact

[19] person from the State was Cindy Jester.

[20] Q: And did you ever talk to Cindy Jester

[21] prior to that date?

[22] A: I worked with Cindy Jester here at this

[23] hospital many years ago.

[24] Q: So you knew her?

Page 30

[1] A: She was a nurse here. Yes.

[2] Q: Do you consider her a friend?

[3] A: Very good clinically. I — she was just

[4] — I knew her as a professional associate. We didn't

[5] socialize outside of the hospital.

[6] Q: How is it that you came to be in contact

[7] with her?

[8] A: I was called and notified that the State

[9] had a complaint and that they were here in the

[10] hospital. And that the complaint was associated with

[11] the Bailey case.

[12] Q: Were you given any other information?

[13] A: No, I was asked to come and sit down with

[14] the State people, and that's when they — they

[15] provided most of the information, you know, they had

[16] a copy of the record and we reviewed that, you know,

[17] while they were here.

[18] Q: Now, when you were contacted by the State,

[19] were they already here in the hospital?

[20] A: Yeah, I got a call saying that the State

[21] was here. I received no direct contact from the

[22] State people. I got the phone call from — I believe

[23] it was Marvin Lans with Security, letting me know

[24] that the State was here.

Page 31

[1] Q: Do you remember what Marvin told you?

[2] A: The State's here.

[3] Q: Had that ever happened to you before

[4] previous —

[5] A: Yes.

[6] Q: — to the time they approached you? Under

[7] what circumstances did that happen before?

[8] A: Well, it's my understanding that any time

[9] there's a complaint issued that any — any patient,

[10] anybody who's had any care rendered in the hospital,

[11] if they have concerns at all they have the option to

[12] file a complaint with the State if they feel that the

[13] care was not adequate or if they had concerns with

[14] it.

[15] And that can be anybody about

[16] anything. It doesn't — it's my understanding that

[17] there's no limitation on that.

[18] Q: Had you ever been contacted by the State

[19] prior to the date that we're talking about about a

[20] complaint lodged?

[21] A: In regards to this patient?

[22] Q: No, in regard to anybody?

[23] A: Oh, I'd have to be honest with you, I

[24] wouldn't know if it was in between that time or after