IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) RONALD I. LEBMAN, M.D., et al., ) ) Defendants. ) | Civil Action No. 04-1540 (GMS) |

## ORDER

WHEREAS, on May 8, 2006, the plaintiffs submitted a Joint Proposed Pretrial Order (the "Proposed PTO") (D.I. 75), in preparation for a pretrial conference scheduled for June 1, 2006;

WHEREAS, the Scheduling Order (D.I. 35) issued in the present case directed the parties to submit a Proposed PTO "with the information required by the form of Final Pretrial Order"[1];

WHEREAS, after having considered the Proposed PTO submitted by the parties, the court concludes that counsel for the parties have failed to follow, as directed, the form of Final Pretrial Order; and

WHEREAS, the court concludes that the Proposed PTO is deficient and, therefore, will reject the Proposed PTO;

---

[1] D.I. 35 ¶ 8.

IT IS HEREBY ORDERED that:

1. The parties shall meet and confer, and the plaintiffs shall file a Proposed PTO, which complies with the court's form of Final Pretrial Order, no later than close of business on **Tuesday, May 30, 2006**.

2. The parties are directed to consult the court's form of Final Pretrial Order, which is available under Judge Sleet's Forms on the court's website.

3. Should the parties fail to comply with this Order, the court will issue an Order to Show Cause as to why counsel for both parties should not be held in contempt.

Dated: May 25, 2006                                         /s/ Gregory M. Sleet
                                                                           UNITED STATES DISTRICT JUDGE