IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540 GMS.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## OFFER OF JUDGMENT

TO: STEPHEN B. POTTER, ESQ.　　　LEON AUSSPRUNG, ESQ.
　　POTTER, CARMINE & LEONARD, P.A.　THOMAS KLINE, ESQ.
　　840 N. UNION ST.　　　　　　　　　JOSHUA VAN NAARDEN, ESQ.
　　P.O. BOX 514　　　　　　　　　　　KLINE & SPECTOR, P.C.
　　WILMINGTON, DE 19899　　　　　　 1525 LOCUST ST., 19TH FLOOR,
　　　　　　　　　　　　　　　　　　　PHILADELPHIA, PA 19102

PURSUANT TO RULE 68, defendants hereby offer to allow judgment to be taken against them in the amount of Eight Hundred and Fifty Thousand Dollars ($850,000.00), together with court costs accrued at the time of the making of this offer. If this offer is not accepted, and the ultimate result is not more favorable than this offer, all costs incurred subsequent to the making of this offer shall be taxed to the plaintiffs.

PRICKETT, JONES & ELLIOTT, P.A.

_____
BY: MASON E. TURNER, JR., NO. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANT
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-MAIL:  METURNER@PRICKETT.COM

DATED:   May 26, 2006.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br>　　　　　　　　Defendants. | C.A. No. 04-1540 GMS<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

**CERTIFICATE OF SERVICE OF DEFENDANTS' OFFER OF JUDGMENT**

I HEREBY CERTIFY, that on May 26, A.D. 2006, I electronically filed Defendants' Offer of Judgment, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ.
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

LEON AUSSPRUNG, ESQ.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA 19102

I HEREBY CERTIFY that on May ____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

                    PRICKETT, JONES & ELLIOTT, P.A.

                    _____
                    BY:  MASON E. TURNER, JR., No. 661
                    1310 KING STREET
                    P.O. BOX 1328
                    WILMINGTON, DE  19899-1328
                    (302) 888-6508
                    ATTORNEY FOR DEFENDANTS
                    BAYHEALTH MEDICAL CENTER, INC.
                    DELMARVA EMERGENCY PHYSICIANS, LLP
                    AND RONALD I. LEBMAN, M.D.
                    E-Mail:  METurner@prickett.com

Dated:  May 26, 2006.