## TABLE OF CONTENTS

**JOINT POINT FOR CHARGE SUBMISSIONS**

| | |
|---|---|
| **PROVINCE OF THE COURT AND JURY** | J-1 |
| **STATEMENTS OF COUNSEL** | J-2 |
| **INSTRUCTION TO JURORS AT THE BEGINNING OF TRIAL (THE ROLE OF ATTORNEYS IN THESE PROCEEDINGS)** | J-3 |
| **BURDEN OF PROOF BY A PREPONDERANCE OF THE EVIDENCE** | J-4 |
| **NEGLIGENCE DEFINED** | J-5 |
| **NO NEED TO PROVE ALL CHARGES OF NEGLIGENCE** | J-6 |
| **MULTIPLE DEFENDANTS** | J-7 |
| **JOINT TORTFEASORS** | J-8 |
| **PROXIMATE CAUSE** | J-9 |
| **CONCURRENT CAUSES** | J-10 |
| **EFFECT OF INSTRUCTIONS AS TO DAMAGES** | J-11 |
| **EVIDENCE: DIRECT, INDIRECT OR CIRCUMSTANTIAL** | J-12 |
| **PRIOR SWORN STATEMENTS** | J-13 |
| **OBJECTIONS - RULINGS ON EVIDENCE** | J-14 |
| **CREDIBILITY OF WITNESSES - WEIGHING CONFLICTING TESTIMONY** | J-16 |
| **EXPERT TESTIMONY** | J-17 |
| **EXPERT MEDICAL OPINION MUST BE TO A REASONABLE PROBABILITY** | J-18 |
| **JUROR NOTE-TAKING AND EXHIBIT BINDERS** | J-19 |
| **COURT IMPARTIALITY** | J-20 |
| **SYMPATHY** | J-21 |
| **DEFINITION OF MEDICAL NEGLIGENCE** | J-22 |

| | |
|---|---|
| **CORPORATIONS AND THEIR AGENTS** | J-23 |
| **PLAINTIFFS' POINT FOR CHARGE SUBMISSIONS FOR WHICH DEFENDANTS OBJECTED** | |
| **NATURE OF THE CASE** | P-1 |
| **PLAINTIFF'S CONTENTIONS** | P-2 |
| **AGENCY OF TREATING DOCTORS AND NURSES** | P-3 |
| **AGENT'S NEGLIGENCE IMPUTED TO PRINCIPAL** | P-4 |
| **AGENCY ADMITTED** | P-5 |
| **CAUSATION** | P-6 |
| **PLAINTIFF SUSCEPTIBLE TO INJURY** | P-7 |
| **DAMAGES - WRONGFUL DEATH** | P-8 |
| **DAMAGES - SURVIVAL ACTION - PAIN AND SUFFERING** | P-10 |
| **DAMAGES - SURVIVAL ACTION - PUNITIVE DAMAGES** | P-11 |
| **DAMAGES - PUNITIVE DAMAGES - EMPLOYER OF TORTFEASOR** | P-12 |
| **EFFECT OF INSTRUCTIONS AS TO PUNITIVE DAMAGES** | P-13 |
| **DEPOSITION - USE AS EVIDENCE** | P-14 |
| **USE OF REQUESTS FOR ADMISSIONS AT TRIAL** | P-15 |
| **APPROPRIATE MEDICAL SCREENING EXAMINATION- DEFINITION** | P-16 |
| **EMERGENCY MEDICAL CONDITION- DEFINITION** | P-17 |
| **EMTALA VIOLATION-INSTRUCTION** | P-18 |
| **FAILURE TO PRODUCE AVAILABLE EVIDENCE** | P-20 |
| **SPOLIATION/DESTRUCTION OF EVIDENCE** | P-21 |
| **JURY DELIBERATIONS** | P-22 |
| **INSTRUCTIONS TO BE CONSIDERED AS A WHOLE** | P-23 |

**DEFENDANTS POINT FOR CHARGE SUBMISSIONS FOR WHICH PLAINTIFFS' OBJECTED**

**NO SPECULATIVE DAMAGES** D-1

**DUTY OF A PHYSICIAN OR OTHER HEALTH CARE PROVIDER** D-2

**INSTRUCTIONS TO BE CONSIDERED AS A WHOLE** D-3