LAW OFFICES

# POTTER, CARMINE & AARONSON, P.A.

STEPHEN B. POTTER   KENNETH F. CARMINE   JENNIFER-KATE AARONSON

spotter@pottercarmine.com : kcarmine@pottercarmine.com : jkaaronson@pottercarmine.com

May 31, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

    Re:    Bailey et al. v. Lebman
           Case Number: 04-1540 GMS

Dear Judge Sleet:

    This is to request that docket items 85 and 86, filed on May 30, 2006 be withdrawn.

                         Respectfully Submitted,

                         Stephen B. Potter /pjc

SBP/pjc
cc:    Joshua Van Naarden, Esquire

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702
TELEPHONE: 302 832 6000
TELECOPIER: 302 832 6008

ALL CORRESPONDENCE TO
840 N. UNION STREET
P.O. BOX 514
WILMINGTON, DELAWARE 19899
TELEPHONE: 302 658 8940   TELECOPIER: 302 654 8377
E-MAIL: PCA@POTTERCARMINE.COM

SMYRNA OFFICE
231 N. NEW STREET
SMYRNA, DELAWARE 19977
TELEPHONE: 302 389 0000
TELECOPIER: 302 389 0005