IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLADYS BAILEY, as the Administratrix of)
the Estate of DEBBIE BAILEY, deceased,  )
et al.,                                  )
                                         )
                Plaintiffs,              )
                                         )    Civil Action No. 04-1540 (GMS)
        v.                               )
                                         )
RONALD I. LEBMAN, M.D., et al.,          )
                                         )
                Defendants.              )

## ORDER

WHEREAS, on December 22, 2004, the plaintiffs filed the above-captioned action against the defendants, alleging medical negligence and EMTALA violations;

WHEREAS, on May 8, 2006, the plaintiffs submitted a Joint Proposed Pretrial Order (the "Proposed PTO") (D.I. 75), in preparation for a pretrial conference scheduled for June 1, 2006;

WHEREAS, on May 25, 2006, the court issued an Order (D.I. 83) rejecting the Proposed PTO and directing the parties to file a Proposed Final Pretrial Order which complied with the court's form of Final Pretrial Order, no later than close of business on Tuesday, May 30, 2006;

WHEREAS, the Order further stated "[s]hould the parties fail to comply with this Order, the court will issue an Order to Show Cause as to why counsel for both parties should not be held in contempt;"[1] and

WHEREAS, the plaintiff filed a Proposed Final Pretrial Order (D.I. 87) on Wednesday, May 31, 2006, thereby failing to comply with the court's May 25, 2006 Order;

_____

[1] D.I. 83, at 2.

IT IS HEREBY ORDERED that:

1.      The pretrial conference scheduled for **Thursday, June 1, 2006, at 10:00 a.m.** shall

be cancelled.

2.      The pretrial conference shall be rescheduled for **Friday, June 16, 2006, at 10:15**

**a.m.**, at the United States Courthouse, 844 King Street, Wilmington, Delaware in

Courtroom 4A;

3.      The court shall convene a hearing to show cause as to why counsel for both parties

should not be held in contempt of its May 25, 2006 Order, on **Friday, June 16, 2006,**

immediately following the pretrial conference.

Dated: May 31, 2006

_____
UNITED STATES DISTRICT JUDGE

2