**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

LEON AUSSPRUNG, M.D., J.D.

215-772-1000
FAX: 215-772-1359

June 1, 2006

E-Filed and
Via Fax No. 1-302-573-6472

The Honorable Gregory M. Sleet
United States District Court
of Delaware
844 North King Street
Wilmington, DE 19801

Re:   Debbie Bailey v. Bayhealth Medical Center, Inc. and Ronald I. Lebman, M.D., Paul Emery, M.D., DelMarVa Emergency Physicians, LLP and Bay Health Medical Center, Inc., C.A. No. 04-1540-GMS

Dear Judge Sleet:

We are in receipt of Your Honor's Order of May 31, 2006, scheduling a Hearing to show cause as to why counsel for both parties should not be held in contempt for failure to comply with Your Honor's May 25, 2006 Order requiring that a Proposed Final Pretrial Order be filed no later than close of business on Tuesday, May 30, 2006. We respectfully write to offer some explanation of the events that transpired on May 30, 2006 and to beg the Court's forgiveness for the ministerial error that made it appear to Your Honor that the parties had disregarded your prior Order.

On Tuesday, May 30, 2006, the undersigned counsel completed the Proposed Final Pretrial Order, after conferring with defense counsel and consulting the Court's form of Final Pretrial Order, and electronically forwarded the documents to local counsel, Stephen Potter, Esquire. Between 3:50 p.m. and 4:16 p.m. on Tuesday, all the documents were transmitted by various e-mails to local counsel for electronic filing with the Court. A copy of six (6) e-mails from Carla Pavese, legal assistant for Plaintiffs' counsel, to Patti Childs, legal assistant for local Plaintiffs' counsel, Stephen Potter, are attached. On Tuesday, May 30, 2006, at 5:11 p.m. and 5:14 p.m., Mr. Potter's legal assistant electronically filed the Proposed Final Pretrial Order and, believing the filing to have been proper and successful, left the office. A copy of the electronic filing confirmation pages from May 30, 2006, at 5:11 p.m. and 5:14 p.m. are attached (docket numbers 85 and 86). Moments later, on Tuesday, after receiving email confirmations of the filing, undersigned counsel reviewed the

aforementioned filing and learned that local counsel had erroneously electronically filed the Proposed Pretrial Order under the wrong heading, which was a defect in the filing. Undersigned counsel immediately contacted Mr. Potter (by cell phone) and learned that Mr. Potter's office had closed and that there was no means of correcting the clerical error in the filing until the next morning.

On Wednesday, May 31, 2006, at 9:43 a.m., Mr. Potter's staff re-filed the Proposed Final Pretrial Order electronically, correcting the clerical errors made in the first filing attempt. A copy of the corrected electronically filed Proposed Final Pretrial Order is attached and is docketed at number 87. In light of the corrected filing, Mr. Potter filed with the Court a letter at 4:31 p.m. (docket number 89) requesting that the erroneously filed documents (docket numbers 85 and 86), be withdrawn. We beg the Court's forgiveness for not having immediately explained to the Court the clerical error that had been corrected.

We offer our most sincere apologies for the clerical error committed by Mr. Potter's staff, as well as for counsels' failure to forward a courtesy copy of the Proposed Pretrial Order to Your Honor's chambers on the afternoon of May 30, 2006, and for counsels' failure to explain the filing errors to Your Honor immediately on May 31, 2006, as the corrected filing was being submitted. Counsel attempted to comply with Your Honor's Order in good faith and the Proposed Pretrial Order was filed with this Court by the close of business on Tuesday, May 30, 2006. However, as a result of a purely ministerial error made by a support person, the filing was not technically correct and Your Honor's Order was not fully satisfied. Counsel respectfully request the Court's indulgence and will appear at the scheduled hearing to further address Your Honor's concerns regarding this filing error.

Respectfully submitted,

LEON AUSSPRUNG
JOSHUA VAN NAARDEN

JVN/tt
Enclosures
cc:   Mason Turner, Esquire (w/enc.)
      Stephen Potter, Esquire (w/enc.)



ITS COMING IN PIECES





From: Pavese, Carla
To: Patty Childs (E-mail)
Cc:
Subject:
Sent: Tue 5/30/2006 4:04 PM

Attachments: Defendant proposed with plaintiff objections.pdf (36 KB); Plaintiff Proposed Jury Instructions with Defendant Objections.pdf (114 KB); Plaintiff Proposed Jury Instructions with Defendant Objections.wpd (82 KB); Defendant proposed with plaintiff objections.wpd (16 KB); Joint Proposed Jury Instructions.pdf (108 KB); Joint Proposed Jury Instructions.wpd (77 KB)

these are all the jury instructions in three sets. joint first, plaintiff then defendant I am sending down the table of contents in a minute' This has to be filed today sorry its so late







**Aussprung, Leon**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, May 30, 2006 5:12 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01540-GMS Bailey, et al v. Lebman, et al "Proposed Jury Instructions" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Potter, Stephen entered on 5/30/2006 at 5:11 PM EDT and filed on 5/30/2006

**Case Name:** Bailey, et al v. Lebman, et al
**Case Number:** 1:04-cv-1540
**Filer:** Gladys Bailey
**Document Number:** 85

**Docket Text:**
Proposed Jury Instructions by Gladys Bailey. (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Exhibit # (6) # (7) Exhibit Table of Contents)(Potter, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-0]
[abc972ba195191ed36982061683cae8dddaae41ba70c9e6efeb040e523b87fd3103b
a6a23fafa2825517adb84df70a95f97a2313723ec9dd8f2a6aba3d45567b]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-1]
[c39619100d9390b95d830801f243669bc90482047cd3363b77340a241466163b2c55
c379acdff11f444aacba86ec3ba3e8a33579190e5bf155d6adabe97908aa]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-2]
[0d83836f398f0a82daefc0081b80bbe338f1b8e7428c666442548c3f94ac4b5e4c1c
2d5a096d528cc94c8fdc400dd3b66e7b4e099fa999fe25e9deeba6a7c14a]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-3]

[75ffa84712ac4af6433b9ad1c3c1b74578c91f79fbe4ba33cd600d50f8f5795e6ff2
97577b254b65697d52883eb5083936c2544796fcad745641b5e7e9f2b2c2]]

**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-4]
[80e10651fc414bbe618d0a856af5a2c4e708f1a52b703ddc65b8b4bd33dc9240a39f
a2b8af7ac8119755d6f1d8f95dbd24a43de8db2b4d59f92b301b948f010d]]

**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-5]
[7e309a53788cb5b47139a4479b2a04f911687cfbd4450de59af5543508db478f6dd7
34dd9876c1884cc92ab7060b42c91a0c4dcf626aeb6ce20053658b797b3b]]

**Document description:**
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-6]
[e3fea3fcd7d485a9aeef2f4e8521846a792cd55df1fbbe10a2d68772b79b4df26af5
ef809cd135bcbb23289277557eb31df9089650f5ac4929c2622cadcc74e8]]

**Document description:**Exhibit Table of Contents
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221424-7]
[35620c51ff6d51e5ce1aa2fc258e58728787a2ed77f1194f556d6e321b72bfed3082
e582db35f7a33a36b7f8de6ae159e8f0249f539d5ee9fdf3fe1699d7042b]]

**1:04-cv-1540 Notice will be electronically mailed to:**

Leon Aussprung    leon.aussprung@klinespecter.com

Stephen B. Potter    spotter@pcllaw.com,

Mason E. Turner , Jr    meturner@prickett.com, lscoates@prickett.com

Joshua Van Naarden    joshua.vannaarden@klinespecter.com

**1:04-cv-1540 Notice will be delivered by other means to:**

6/1/2006

**Aussprung, Leon**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, May 30, 2006 5:14 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01540-GMS Bailey, et al v. Lebman, et al "Proposed Voir Dire" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Potter, Stephen entered on 5/30/2006 at 5:14 PM EDT and filed on 5/30/2006

**Case Name:** Bailey, et al v. Lebman, et al
**Case Number:** 1:04-cv-1540
**Filer:** Gladys Bailey
**Document Number:** 86

**Docket Text:**
Proposed Voir Dire by Gladys Bailey. (Potter, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/30/2006] [FileNumber=221433-0]
[c8b5f2b5f04f35fa80242e5ea7fdc706d25b7e483744813cd58b44d486caa085be92
5e2e1ea32e9cffd83a694f92d0446f06cbddcf2e94139a99ad2f7ca6aaba]]

**1:04-cv-1540 Notice will be electronically mailed to:**

Leon Aussprung    leon.aussprung@klinespecter.com

Stephen B. Potter    spotter@pcllaw.com,

Mason E. Turner , Jr    meturner@prickett.com, lscoates@prickett.com

Joshua Van Naarden    joshua.vannaarden@klinespecter.com

**1:04-cv-1540 Notice will be delivered by other means to:**

**Aussprung, Leon**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Wednesday, May 31, 2006 9:43 AM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01540-GMS Bailey, et al v. Lebman, et al "Proposed Pretrial Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Potter, Stephen entered on 5/31/2006 at 9:43 AM EDT and filed on 5/31/2006

**Case Name:** Bailey, et al v. Lebman, et al
**Case Number:** 1:04-cv-1540
**Filer:** Gladys Bailey
**Document Number:** 87

**Docket Text:**
Proposed Pretrial Order *Final Pretrial Order* by Gladys Bailey. (Attachments: # (1) Exhibit Exhibits A - G# (2) Exhibit Exhibit H Part 1# (3) Exhibit Exhibit H Part 2# (4) Exhibit Proposed Jury Instructions# (5) Exhibit Joint Proposed Voir Dire)(Potter, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=221634-0]
[917db46cde2e2fd8c9e4d0b73f3ba82b9f1b30bb7098a189bab2da513c1c3c187056
3e01f2e134eff38db02046048f328e6d2c20f2dfb943de0f20e462742aee]]
**Document description:** Exhibit Exhibits A - G
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=221634-1]
[854f6e34d5f9033a42bc164d5c5954d8f4b4c636f44dde9b0927d8026d91d21001e2
7dace3954d7501a48ff50954c6fbad7fdcde84641a1d18d37e3d0e3cf71d]]
**Document description:** Exhibit Exhibit H Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=221634-2]
[01b28c92b6617e5bb648b44fae4c1d005213515ff2788f11f9de666a4bd3e681fbc4
a7f065ab7259622f08727ae589ad8342610fdde0084bb9f824de0ea8df12]]
**Document description:** Exhibit Exhibit H Part 2
**Original filename:** n/a
**Electronic document Stamp:**

6/1/2006

[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=221634-3]
[7fb6fdb6dd941eee7fdd6a9db9c6001b893cbea6a580cc73c7c6a3ef1b919a3617de
ce7218891a16b6bce906e498a9df04d1d7877f95f4d639357911bbb66cbf]]
**Document description:**Exhibit Proposed Jury Instructions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=221634-4]
[6c7a4fb270861b0b14e4dbd5eac19ed63b28e4861f95f15a51094edcb096a0e0110f
f714ac6064c5467dacadb7d8de7975a76f9742c1f5bb6bf311e54969e5aa]]
**Document description:**Exhibit Joint Proposed Voir Dire
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=221634-5]
[c297bdba5b631c525312ce63c38c01333964c8a8e1d3c223c19183a31466c9544141
f7767658c6252b64f57aed2bc33b79a860b23950778c157b267dfd1d2078]]

**1:04-cv-1540 Notice will be electronically mailed to:**

Leon Aussprung     leon.aussprung@klinespecter.com

Stephen B. Potter     spotter@pcllaw.com,

Mason E. Turner , Jr     meturner@prickett.com, lscoates@prickett.com

Joshua Van Naarden     joshua.vannaarden@klinespecter.com

**1:04-cv-1540 Notice will be delivered by other means to:**

6/1/2006

**Aussprung, Leon**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Wednesday, May 31, 2006 4:31 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01540-GMS Bailey, et al v. Lebman, et al "Letter" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Potter, Stephen entered on 5/31/2006 at 4:31 PM EDT and filed on 5/31/2006
**Case Name:**         Bailey, et al v. Lebman, et al
**Case Number:**       1:04-cv-1540
**Filer:**
**Document Number:** 89

**Docket Text:**
Letter to Honorable Gregory M. SLeet from Stephen B. Potter, Esquire regarding Request to withdraw docket items 85 and 86 - re [85] Proposed Jury Instructions, [86] Proposed Voir Dire. (Potter, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/31/2006] [FileNumber=222482-0]
[acbfca73a5dc256b411d4a5af96787bba798ec3cf08db741bda16942c210ef8f6c99
46cfc650614ba9966c4ba1b079c580d09ee37874e1d7e32d3cc83e66daa4]]

**1:04-cv-1540 Notice will be electronically mailed to:**

Leon Aussprung      leon.aussprung@klinespecter.com

Stephen B. Potter    spotter@pcllaw.com,

Mason E. Turner , Jr    meturner@prickett.com, lscoates@prickett.com

Joshua Van Naarden     joshua.vannaarden@klinespecter.com

**1:04-cv-1540 Notice will be delivered by other means to:**

6/1/2006

LAW OFFICES
# POTTER, CARMINE & AARONSON, P.A.

STEPHEN B. POTTER   KENNETH F. CARMINE   JENNIFER-KATE AARONSON
spotter@pottercarmine.com : kcarmine@pottercarmine.com : jkaaronson@pottercarmine.com

May 31, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

    Re:    Bailey et al. v. Lebman
              Case Number: 04-1540 GMS

Dear Judge Sleet:

    This is to request that docket items 85 and 86, filed on May 30, 2006 be withdrawn.

                            Respectfully Submitted,

                            Stephen B. Potter /pjc

SBP/pjc
cc:    Joshua Van Naarden, Esquire

ALL CORRESPONDENCE TO
840 N. UNION STREET
P.O. BOX 514
WILMINGTON, DELAWARE 19899

TELEPHONE: 302 658 8940   TELECOPIER: 302 654 8377
E-MAIL: PCA@POTTERCARMINE.COM

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702
TELEPHONE: 302 832 6000
TELECOPIER: 302 832 6008

SMYRNA OFFICE
231 N. NEW STREET
SMYRNA, DELAWARE 19977
TELEPHONE: 302 389 0000
TELECOPIER: 302 389 0005