LAW OFFICES

# POTTER, CARMINE & AARONSON, P.A.

STEPHEN B. POTTER   KENNETH F. CARMINE   JENNIFER-KATE AARONSON

spotter@pottercarmine.com : kcarmine@pottercarmine.com : jkaaronson@pottercarmine.com

June 1, 2006

The Honorable Gregory M. Sleet
United States District Court
of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    **Debbie Bailey v. Bayhealth Medical Center, Inc. And Ronald I. Lebman, M.D., Paul Emery, M.D., DelMara Emergency Physicians, LLP and Bay Health Medical Center, Inc.**
            **C.A. No.: 04-1540-GMS**

Dear Judge Sleet:

    I am in receipt of Your Honor's Order of May 31, 2006, scheduling a Hearing to show cause as to why counsel for both parties should not be held in contempt for failure to comply with Your Honor's May 25, 2006 Order Requiring that a Proposed Final Pretrial Order be filed no later than close of business on Tuesday, May 30, 2006. We respectfully write to offer some explanation of the events that transpired on May 30, 2006 and to beg the Court's forgiveness for the ministerial error that made it appear to Your Honor that the parties had disregarded your prior Order.

    On Tuesday, May 30, 2006, Joshua Van Naarden of Kline & Specter, P.C., had his paralegal Carla Pavese forward via electronic mail the Proposed Final Pretrial Order to my paralegal, Patti Childs. The Proposed Final Pretrial Order came through six (6) e-mails. Ms. Childs worked at my firm previously, however she had not worked in a law firm for quite some time. While it is now apparent that the multi-part filing confused Ms. Childs, when she departed the office after receiving the filing confirmation she believed everything to be in order.

    Leon Aussprung, Esquire, reached me on my cell phone on Tuesday evening about 5:30 p.m. and explained the situation to me. I explained to him that unfortunately nothing could be done at that hour and it would be top priority first thing in the morning.

    On Wednesday, May 31, 2006, as Ms. Childs walked in the door at 8:30, Ms. Pavese was on the phone. Ms. Pavese explained what was incorrect with the filing from the previous day. As they talked on the phone, Ms. Childs was turning her computer on and began to open the new e-mails from Ms. Pavese. Once the document was properly explained and e-mailed, Ms. Childs proceeded to correctly e-file the Proposed Final Pretrial Order.

    Carla Pavese contacted Ms. Childs later that day to see how to withdraw docket items 85 and

ALL CORRESPONDENCE TO
840 N. UNION STREET
P.O. BOX 514
WILMINGTON, DELAWARE 19899

TELEPHONE: 302 658 8940   TELECOPIER: 302 654 8377
E-MAIL: PCA@POTTERCARMINE.COM

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702
TELEPHONE: 302 832 6000
TELECOPIER: 302 832 6008

SMYRNA OFFICE
231 N. NEW STREET
SMYRNA, DELAWARE 19977
TELEPHONE: 302 389 0000
TELECOPIER: 302 389 0005

86. Ms. Childs called the Clerk of the Court to ask how to withdraw docket items and was transferred to Your Honor's Chambers. She then called Ms. Pavese and told her that a letter had to be electronically filed requesting Your Honor to withdraw the docket items 85 and 86, that were incorrectly filed. We electronically filed a letter to Your Honor requesting docket items 85 and 86 to be withdrawn as they were duplicates and were re-filed Wednesday morning.

We offer our most sincere apologies for the clerical errors of the filing of the Proposed Final Pretrial Order on Tuesday. The filing was ministerially filed incorrectly and corrected immediately the next business morning.

Respectfully Submitted,

*Stephen B. Potter*
Stephen B. Potter

SBP/pjc
cc: Mason Turner, Esquire
    Leon Aussprung, Esquire