**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6508
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
METurner@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

June 9, 2006

*Via CM/ECF*

The Hon. Gregory M. Sleet
United States District Court Judge
844 King Street
Lock Box 19
Wilmington, DE 19801

    *In re:*    *Debbie Bailey v. Bayhealth Medical Center, Inc., et.al.*
                *C. A. No. 04-1540-GMS*

Dear Judge Sleet:

    I am writing to advise the Court that the parties have reached a settlement in this case. Because one of the plaintiffs, Amber Bailey, is a minor, the portion of the settlement to be allocated to her requires Court approval, which we understand will have to be obtained in the Superior Court. However, because of the settlement, we believe there is now no necessity for the trial which had been scheduled to commence on June 19, 2006.

    Nevertheless, unless advised by the Court to the contrary, we will plan on being present in Courtroom 4A at 10:15 a.m. on June 16, 2006 for whatever proceedings your Honor deems appropriate in view of your May 31, 2006 order.

    Plaintiffs' counsel has reviewed and agrees with this letter.

                                      Respectfully submitted,

METjr/lsc                                MASON E. TURNER, JR.
                                         Delaware Bar ID No. 661
                                         E-Mail: METurner@prickett.com

cc:    Stephen B. Potter, Esq.
       Leon Aussprung, Esq.