IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br><br>Plaintiffs,<br>v.<br><br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br><br>Defendants. | C.A. No. 04-1540 GMS.<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

## STIPULATION OF DISMISSAL

NOW COME Stephen B. Potter, Esq., Attorney for Plaintiffs, and Mason E. Turner, Jr., Esq., Attorney for Defendants, and they stipulate that the foregoing civil action be, and it hereby is, dismissed, with prejudice, each side to pay its own costs.

POTTER, CARMINE & LEONARD, P.A.

/s/ Stephen B. Potter
STEPHEN B. POTTER, ESQ.
BAR I.D. NO. 298
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899
ATTORNEY FOR PLAINTIFFS
E-MAIL: SPOTTER@PCLLAW.COM

PRICKETT, JONES & ELLIOTT, P.A.

_____
BY: MASON E. TURNER, JR.
BAR I.D. NO. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-MAIL: METURNER@PRICKETT.COM

DATED: 10/25/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLADYS BAILEY, as the Administratrix of the Estate of DEBBIE BAILEY, deceased, and DOMINICK BAILEY, DEMETRIA BAILEY, Individually and as Guardian for AMBER BAILEY, a minor, and TIA BAILEY,<br>Plaintiffs,<br>v.<br>RONALD I. LEBMAN, M.D., DELMARVA EMERGENCY PHYSICIANS, LLP and BAYHEALTH MEDICAL CENTER, INC., d/b/a KENT GENERAL HOSPITAL,<br>Defendants. | C.A. No. 04-1540 GMS<br><br>JURY TRIAL BY TWELVE PERSONS DEMANDED. |

### CERTIFICATE OF SERVICE OF STIPULATION OF DISMISSAL

I HEREBY CERTIFY, that on October 25, A.D. 2006, I electronically filed Stipulation of Dismissal, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

STEPHEN B. POTTER, ESQ. (NO. 298)
POTTER, CARMINE & LEONARD, P.A.
840 N. UNION ST.
P.O. BOX 514
WILMINGTON, DE 19899

LEON AUSSPRUNG, ESQ.
THOMAS KLINE, ESQ.
JOSHUA VAN NAARDEN, ESQ.
KLINE & SPECTOR, P.C.
1525 LOCUST ST., 19TH FLOOR,
PHILADELPHIA, PA  19102

I HEREBY CERTIFY that on _____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

None.

                    PRICKETT, JONES & ELLIOTT, P.A.

                    BY: MASON E. TURNER, JR., No. 661
                    1310 KING STREET
                    P.O. BOX 1328
                    WILMINGTON, DE 19899-1328
                    (302) 888-6508
                    ATTORNEY FOR DEFENDANTS
                    BAYHEALTH MEDICAL CENTER, INC.
                    DELMARVA EMERGENCY PHYSICIANS, LLP
                    AND RONALD I. LEBMAN, M.D.
                    E-Mail: METurner@prickett.com

Dated: October 25, 2006.